# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., and | ) | |
| ROCKWELL AUTOMATION | ) | |
| TECHNOLOGIES, INC., | ) | Case No. 10-cv-718 |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAGO CORPORATION and | ) | |
| WAGO KONTAKITTECHNIK GmbH | ) | |
| & CO. KG, | ) | |
|    Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John C. Scheller of Michael Best & Friedrich LLP has been retained as counsel for Defendants Wago Corporation and Wago Kontakittechnik GmbH & Co. KG in connection with this lawsuit. All pleadings, correspondence and communications of whatever kind must be served upon Mr. Scheller at the address noted below.

Dated this 8th day of December, 2010.

**MICHAEL BEST & FRIEDRICH LLP**

By:   /s/ John C. Scheller
       John C. Scheller, SBN 1031247
       One South Pinckney Street, Suite 700
       Madison, WI  53703
       Telephone:  (608) 257-3501
       Fax:  (608) 283-2275
       Email:   jcscheller@michaelbest.com

       **Co-Counsel**
       Robert N. Cook, VA SBN 36411*
       Whitham, Curtis, Christofferson & Cook, P.C.
       11491 Sunset Hills Road, Suite 340
       Reston, VA 20190
       Telephone: (703) 787-9400
       Fax: (703) 787-7557
       Email:   bob@wcc-ip.com

       *Attorneys for Defendants*

*Application for admission to the Western District of Wisconsin pending.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2010, I caused true and correct copies of the

Notice of Appearance to be served on all counsel of record by filing with the Court's

ECF System.

/s/ John C. Scheller
John C. Scheller