IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WAGO CORPORATION AND WAGO KONTAKTTECHNIK GMBH & CO. KG, <br><br> Defendant. | Case No.3:10CV00718-WMC |

## DECLARATION OF GREGORY S. RINN

I, Gregory S. Rinn, make this declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746:

1. My name is Gregory S. Rinn, and I serve as Vice President for WAGO Corporation.

2. WAGO Corporation is a Nevada corporation registered to do business in the State of Wisconsin, with its headquarters located at N120 W19129 Freistadt Road, P.O. Box 1015, Germantown, Wisconsin 53022. WAGO Corporation does not share its offices or property with any other company.

3. WAGO Corporation was incorporated in Nevada in 1979 by WAGO Kontakttechnik GmbH & Co. KG, which continues to be the owner of the stock of WAGO Corporation. WAGO Corporation was established to represent the WAGO brand in the United States. WAGO Corporation operates at a profit, selling the WAGO product line in the United States. WAGO Corporation is entirely funded by its business operations and has not received

capital from WAGO Kontakttechnik GmbH & Co. KG since 1987.

4. WAGO Kontakttechnik GmbH & Co. KG does not use WAGO Corporation's offices or property and deals with WAGO Corporation on an arms-length basis. There are no patent licenses or contracts between WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG. There are no intercorporate loans between WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG. WAGO Corporation's tax returns are not consolidated with the tax returns of WAGO Kontakttechnik GmbH & Co. KG. The accounts and corporate records of WAGO Corporation are maintained according to professional accounting standards and are not commingled with the accounts or records of any other company.

5. The board of directors of WAGO Corporation consists of two general managers and one employee of WAGO Kontakttechnik GmbH & Co. KG; however, WAGO Corporation manages its day-to-day operations without input from WAGO Kontakttechnik GmbH & Co. KG.

6. In connection with my position as Vice President for WAGO Corporation, I serve as the registered agent for WAGO Corporation in Wisconsin. On November 17, 2010, I was handed papers relating to a lawsuit brought by Rockwell Automation against WAGO Corporation. At that time, I understood that I was being asked to accept service of process as the registered agent of WAGO Corporation. I was handed two copies of the materials. At that time, I thought that both copies were for WAGO Corporation, and I did not understand that the second copy was intended to effect service of process on WAGO Kontakttechnik GmbH & Co. KG.

7. Even though I serve as the registered agent for WAGO Corporation, I do not act as a registered agent for WAGO Kontakttechnik GmbH & Co. KG or its general partner WAGO Kontakttechnik GmbH. In addition, I am not a general partner of WAGO Kontakttechnik GmbH

& Co. KG or its general partner, WAGO Kontakttechnik GmbH, nor am I an officer, director or managing agent of WAGO Kontakttechnik GmbH & Co. KG or its general partner, WAGO Kontakttechnik GmbH. I have never been authorized to accept service of process on behalf of WAGO Kontakttechnik GmbH & Co. KG or its general partner, WAGO Kontakttechnik GmbH.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2010.

Gregory S. Rinn     (Signature)