IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br>  Plaintiffs, <br> v. <br> WAGO CORPORATION AND WAGO KONTAKTTECHNIK GMBH & CO. KG, <br>  Defendant. | Case No.3:10CV718-WMC |

**APPEARANCE OF ROBERT N. COOK**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant WAGO Corporation and Defendant WAGO Kontakttechnik GmbH & Co. KG.  I certify that I am admitted to practice in this Court as of December 8, 2010.

Date: December 24, 2010

Respectfully submitted,

/s/  Robert N. Cook
_____
Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

Counsel for Defendants
WAGO CORPORATION
WAGO KONTAKTTECHNIK GMBH & CO. KG

## CERTIFICATE OF SERVICE

I certify that on December 24, 2010, I caused the foregoing APPEARANCE OF ROBERT N. COOK to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System.  All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically.  There is no party requiring a different form of service under this Court's electronic filing procedures.

/s/  Robert N. Cook
_____
Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

Counsel for Defendants
WAGO CORPORATION
WAGO KONTAKTTECHNIK GMBH & CO. KG