# CHADBOURNE
# & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**John M. Hintz**
**direct tel** +1 212 408 1036
jhintz@chadbourne.com

July 26, 2011

**BY ECF**

The Honorable William M. Conley
Chief United States District Judge
United States District Court for the Western District of Wisconsin
120 North Henry Street, Room 320
P.O. Box 432
Madison, WI  53701-0432

Re:    *Rockwell Automation, Inc. et al. v. WAGO Corporation et al.*,
       Civil Action No. 3:10-cv-00718-wmc

Dear Chief Judge Conley:

I am lead counsel for Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (collectively, "Rockwell") in this action.

On December 8, 2010, Defendant WAGO Kontakttechnik GmbH & Co. KG ("WAGO Germany") filed a "Motion by WAGO Kontakttechnik GmbH & Co. KG to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction, or in the Alternative, for a More Definite Statement."  (Docket Entry # 10).  Rockwell timely filed an opposition (Docket Entry # 15), and WAGO Germany timely filed a reply (Docket Entry # 18).

As is evident from the title of WAGO Germany's motion, among other things, WAGO Germany contested the sufficiency by which Rockwell had served process on WAGO Germany.  I write to advise the Court that Rockwell has effected service of process on WAGO Germany under the Hague Convention by making delivery of translated, German-language copies of the Summons, Complaint, and all exhibits (*i.e.*, the patents-in-suit) on the following:

- Sven-Michael Hohorst of Minden, Germany – WAGO Germany's counsel previously informed us that Mr. Hohorst is a managing director of WAGO Germany; and

- WAGO Kontakttechnik Beteiligungs GmbH of Domdidier, Switzerland – WAGO Germany's counsel previously informed us that this company is the general partner of WAGO Germany.



New York  Washington  Los Angeles  Mexico City  São Paulo  London  Moscow  St. Petersburg  Warsaw  Kyiv  Almaty  Dubai  Beijing

CHADBOURNE
& PARKE LLP

The Honorable William M. Conley          -2-                    July 26, 2011


   Because service under the Hague Convention has been made on WAGO Germany, the portion of WAGO Germany's motion alleging insufficient service of process is moot.  The remainder of WAGO Germany's motion, and the motion by Defendant WAGO Corporation for a more definite statement filed on December 8, 2010 (*see* Docket Entry # 7 and Docket Entry # 13, Rockwell's opposition) are fully briefed and awaiting a decision by the Court.

                                        Respectfully submitted,



                                        John M. Hintz
                                        Counsel for Plaintiffs


cc:  Counsel for Defendants
      (by email and ECF notice)