IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

          Plaintiffs,

v.

WAGO CORPORATION and
WAGO KONTAKTTECHNIK GmbH & CO. KG,

          Defendants.

Case No. 10-CV-718-WMC

**NOTICE OF COMPLIANCE WITH THE "PRELIMINARY PRETRIAL
CONFERENCE ORDER" DEADLINE FOR SERVICE
OF PLAINTIFFS ROCKWELL AUTOMATION, INC.
AND ROCKWELL AUTOMATION TECHNOLOGIES, INC.'S
<u>INFRINGEMENT CONTENTIONS</u>**

Please take notice that pursuant to the Court's August 26, 2011 "Preliminary Pretrial Conference Order," plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. served their infringement contentions on defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG with respect to United States Patent Nos. 6,745,090; 6,745,232; 6,801,813; 7,058,461; 7,065,415; and 7,123,974 on September 16, 2011.

Dated: September 16, 2011          /s/ John M. Hintz

                                        John M. Hintz
                                        CHADBOURNE & PARKE LLP
                                        30 Rockefeller Plaza
                                        New York, NY 10112
                                        Tel.: (212) 408-5100
                                        Fax: (212) 541-5369
                                        Email: jhintz@chadbourne.com

                                        COUNSEL FOR PLAINTIFFS
                                        ROCKWELL AUTOMATION, INC.
                                        and ROCKWELL AUTOMATION
                                        TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 16th day of September, 2011, with a copy of this document via the Court's CM/ECF system.

*/s/ John M. Hintz*
John M. Hintz