IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and<br>ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>      Plaintiffs,<br>v.<br><br>WAGO CORPORATION and<br>WAGO KONTAKTTECHNIK GmbH & CO. KG,<br><br>      Defendants. | Case No. 10-CV-718-WMC |

## **JOINT STIPULATION AND [PROPOSED] ORDER**

The parties in the above captioned action have discussed a discovery plan and agree to and respectfully submit this joint stipulation for approval by the Court which adjusts the scope of and limitations to discovery in this action as follows:

### **Limitations on Discovery**

The parties believe the following limitations on discovery, some of which differ from the limits imposed under the Federal Rules of Civil Procedure, should govern this action. The parties reserve the right to seek leave of Court to amend or deviate from any of the limits on discovery noted below upon agreement of the parties or for good cause.

**(1) Interrogatories**

Each side may serve up to forty (40) interrogatories. Each "common interrogatory" – that is, an interrogatory served on both Plaintiffs or both Defendants that requests a response from each Plaintiff or each Defendant – shall count as one interrogatory. A "common interrogatory" may be, but is not required to be, directed to both Plaintiffs or both Defendants in a single paper.

**(2) Requests for Admission**

Each side may serve up to sixty (60) substantive requests for admission and an unlimited number of requests for admission solely as to the authentication of documents. Each "common request for admission" – that is, a request for admission served on both Plaintiffs or both Defendants that requests a response from each Plaintiff or each Defendant – shall count as one request for admission.

**(3) Depositions**

Each side may take depositions up to a total of two hundred fifty (250) hours of on-the-record time. The parties agree that leave of court under Rule 30(a)(2)(A)(ii) is not required for (1) the taking of a Rule 30(b)(6) deposition where the designated witness already testified on deposition in his or her individual capacity, (2) the taking of an individual's deposition where the witness already testified on deposition as a designated Rule 30(b)(6) witness, and (3) multiple Rule 30(b)(6) depositions of the same designated witness. Each deposition shall last no more than seven (7) hours; provided, however, time spent by one side on cross-examination of its own witness shall not be counted towards the seven-hour or 250-hour limits of the party noticing the deposition but shall count against the cross-examining party's 250-hour limit, and also provided that nothing herein shall preclude a witness from agreeing voluntarily to testify beyond the seven-hour limit as long as the additional time is counted against the 250-hour deposition limit of the party asking questions during the additional time. If a party or both parties on one side notices a deposition or serves a deposition subpoena on a third-party, a party or both parties on the other side must give written notice at least one day before the deposition if it intends to ask questions of the third-party witness at the deposition. Thereafter, counsel for each side will cooperate in good faith to reach agreement on the amount of time that each side will have to ask questions of the third-party witness

at the deposition. If any witness whose deposition is being taken requires the services of a translator in order for the deposition to be conducted in English, the time spent at any such translated deposition will be divided in half for the purposes of calculating the seven-hour deposition time limit and the 250-hour limit; provided, however, no such witness shall be required to sit for more than seven (7) hours of deposition on a single day.

**WE SO MOVE/STIPULATE and agree to abide by the terms of this Order.**

Dated: October 27, 2011

/s/ John M. Hintz

John M. Hintz (admitted in W.D. Wis.)
Paul J. Tanck (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 230-8888
Email: jhintz@chadbourne.com
ptanck@chadbourne.com

COUNSEL FOR PLAINTIFFS
ROCKWELL AUTOMATION, INC.
and ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

Respectfully submitted,

/s/ Robert N. Cook

Robert N. Cook (admitted *pro hac vice*)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, VA 20190
Tel.: (703) 787-9400
Fax: (703) 787-7557
Email: bob@wcc-ip.com

John C. Scheller
Michael Best & Friedrich LLP
One South Pinckney Street – Suite 700
Madison, WI 53703
Tel.: (608) 257-3501
Fax: (608) 283-2275
Email: jcscheller@michaelbest.com

COUNSEL FOR DEFENDANTS
WAGO CORPORATION and
WAGO KONTAKTTECHNIK
GmbH & CO. KG

**SO ORDERED.**

Dated: _____  _____
U.S. Magistrate Judge