IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WAGO CORPORATION and WAGO KONTAKTTECHNIK GmbH & CO. KG, <br><br> Defendants. | Case No. 10-CV-718-WMC |

**NOTICE OF WITHDRAWAL**

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that I hereby withdraw my appearance as counsel of record for Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. ("Plaintiff") in the above-captioned action.

As Plaintiffs will continue to be represented by other counsel of record from Chadbourne & Parke LLP, my withdrawal will not delay the resolution of this matter, or prejudice any parties. All further notices, pleadings and other documents should be served upon the remaining counsel of record for Plaintiffs.

Dated:  February 17, 2012              /s/  John M. Hintz

                                            John M. Hintz (admitted *pro hac vice*)