UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. AND ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

                    Plaintiffs,

      -against-

WAGO CORPORATION AND WAGO KONTAKTTECHNIK GmbH & CO. KG,

                    Defendants.

Case No. 10-CV-718-WMC

## PLAINTIFFS ROCKWELL AUTOMATION, INC. AND ROCKWELL AUTOMATION TECHNOLOGIES, INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37(c)(1)

Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. ("Rockwell"), by its attorneys Chadbourne & Parke LLP, moves the Court to preclude Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG's ("Defendants") from supplying evidence on a motion, at a hearing, or at a trial on any new matters of patent invalidity raised in the March 23, 2012 "Supplemental Declaration of Richard Hooper, Ph.D., P.E." that were not raised in Defendants' opening expert report served on February 24, 2012. The bases for this motion are set forth in the accompanying memorandum of law.

Dated:  March 30, 2012

                            /s/ Paul Tanck
                            Paul J. Tanck (admitted in W.D. Wis.)
                            Chadbourne & Parke LLP
                            30 Rockefeller Plaza
                            New York, NY  10112
                            Tel.:  (212) 408-5100
                            Fax:  (212) 541-5369
                            Email:  ptanck@chadbourne.com
                            COUNSEL FOR PLAINTIFFS ROCKWELL AUTOMATION, INC.
                            and ROCKWELL AUTOMATION TECHNOLOGIES, INC.