UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. AND ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                                        Plaintiffs,

                    -against-                                    Case No. 10-CV-718-WMC

WAGO CORPORATION AND WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                                        Defendants.

**PLAINTIFFS ROCKWELL AUTOMATION, INC. AND
ROCKWELL AUTOMATION TECHNOLOGIES, INC.'S MOTION TO
COMPEL DISCOVERY RESPONSES PURSUANT TO FED. R. CIV. P. 37(a)**

Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (collectively, "Rockwell"), by their attorneys Chadbourne & Parke LLP, moves the Court to compel Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG to produce all emails and correspondence responsive to Rockwell's document requests, to produce all documents responsive to Document Request Nos. 11-14, 21, 28, 31, and 32, to produce Sven Hohorst's responsive documents, and to provide information responsive to Interrogatory Nos. 13 and 14.  The bases for this motion are set forth in the accompanying memorandum of law and the Declaration of Paul Tanck.

Dated:  April 4, 2012                    /s/ Paul Tanck_____
                                        Paul J. Tanck (admitted in W.D. Wis.)
                                        Chadbourne & Parke LLP
                                        30 Rockefeller Plaza
                                        New York, NY  10112
                                        Tel.:  (212) 408-5100
                                        Fax:  (212) 541-5369
                                        Email:  ptanck@chadbourne.com
                                        COUNSEL FOR PLAINTIFFS ROCKWELL
                                        AUTOMATION, INC.
                                        and ROCKWELL AUTOMATION
                                        TECHNOLOGIES, INC.