IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., and ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br>       Plaintiffs, <br><br> v. <br><br> WAGO CORPORATION and WAGO KONTAKTTECHNIK GmbH & CO. KG, <br>       Defendants. | Case No. 3:10-cv-718-wmc |

## DECLARATION OF ROBERT N. COOK

I, Robert N. Cook, make this declaration in lieu of an affidavit pursuant to Section 1746 of Title 28 of the United States Code, 28 U.S.C. § 1746:

1. My name is Robert N. Cook, and I have been retained to provide legal representation to WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG in connection with the above-captioned patent infringement suit brought by Rockwell Automation.

2. Attached to this Declaration as Attachment 1 is a true and correct copy of the Expert Report Of Arthur Zatarain Under Rule 26(a)(2)(B) On Behalf Of Plaintiffs Rockwell Automotive, Inc., And Rockwell Automation Technologies, Inc., dated February 24, 2012.

3. Attached to this Declaration as Attachment 2 is a true and correct copy of Defendants' Responses And Objections To Plaintiffs' First Set Of Common Interrogatories, dated October 7, 2011.

4. Attached to this Declaration as Attachment 3 is a true and correct copy of Notice Of Deposition Of Richard Hooper And For The Production Of Documents Pursuant To Fed. R.

- 2 -

Civ. P. 30(B)(2) And 34, dated April 3, 2012.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on April 10, 2012.

_____
Robert N. Cook            (Signature)

- 2 -