# ATTACHMENT 2
# Defs' Resp. and Objs. to Pltfs.' 1st Set of Interrog. (10-7-11)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WAGO CORPORATION AND WAGO KONTAKTTECHNIK GMBH & CO. KG, <br> Defendant. | Case No.3:10CV718-WMC |

**DEFENDANTS' RESPONSES AND OBJECTIONS TO
PLAINTIFFS' FIRST SET OF COMMON INTERROGATORIES**

To:  John M. Hintz, Esq.
 Chadbourne & Parke, LLP
 30 Rockefeller Plaza
 New York, N.Y. 10112

 Counsel for Plaintiffs
 ROCKWELL AUTOMATION, INC. and
 ROCKWELL AUTOMATION TECHNOLOGIES, INC.

Pursuant to Federal Rule of Civil Procedure 33, Defendants WAGO Corporation ("**WCP**") and WAGO Kontakttechnik GmbH & Co. KG  ("**WKT**") herein respond and object to Plaintiffs' First Set of Common Interrogatories dated September 7, 2011 (hereinafter the "**Interrogatories**").  Defendants reserve all objections and do not waive any objection.

**GENERAL OBJECTIONS**

Each of Defendants' responses is made subject to the following objections, and all other objections stated herein, without waiver of any objection.

1. Objection is made to the extent Plaintiffs' Interrogatories purport to require the production of material covered by the attorney-client privilege, the work product doctrine, or any

other applicable privilege.

2. Objection is also made to the extent Plaintiffs' Interrogatories purport to require the production of confidential business information subject to protection under Federal Rule of Civil Procedure 26(c)(1)(G), except to the extent such material may be provided pursuant to the protective order currently being negotiated by the parties to govern the production of confidential discovery information in the above-captioned matter, which would enable responsive material to be produced.

3. Objection is finally made to the extent Plaintiffs' Interrogatories are overbroad, unduly burdensome, or purport to require the production of material not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSES TO DEFENDANT'S FIRST SET OF COMMON INTERROGATORIES**

> **Plaintiffs' Interrogatory No. 1:** *With respect to each claim of each of the Patents-In-Suit, on a claim-by-claim basis, identify all Prior Art that you contend invalidates each claim.*

**Defendants' Objections to Plaintiffs' Interrogatory No. 1:** To the extent Plaintiffs' Interrogatory No. 1 purports to require a response with regard to claims of the Patents in Suit which as not contended to be infringed in Plaintiffs' Infringement Contentions dated September 16, 2011, Defendants object to Plaintiffs' Interrogatory No. 1 as being overbroad and unduly burdensome and as seeking material that is not likely to lead to the discovery of admissible evidence.

**Defendants' Response to Plaintiffs' Interrogatory No. 1:** Notwithstanding the foregoing objections, and without waiving any objections, Defendant's Contentions of Invalidity and Unenforceability dated September 30, 2011, and the documents incorporated by reference therein (including, but not limited to, the documents attached thereto), are incorporated by

referenced as if fully restated herein and produced herewith; provided, however, the foregoing identification of prior art invalidating the claims of the Patents in Suit is made without waiver of any additional prior art which may be identified hereafter.

**Plaintiffs' Interrogatory No. 2:** *On a patent-by-patent basis, describe in detail the factual circumstances of Defendants' first awareness of each of the Patents-In-Suit, including the date(s) and the person(s) who first became aware of each of the Patents-In-Suit.*

**Defendants' Objections to Plaintiffs' Interrogatory No. 2:** Defendants object to Plaintiffs' Interrogatory No. 2 to the extent it seeks production of material covered by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

**Defendants' Response to Plaintiffs' Interrogatory No. 2:** Notwithstanding the foregoing objections, and without waiving any objections, Defendants first became aware of the Patents in Suit on November 17, 2010, when service of process in the above-captioned litigation was effected on Gregory Rinn, Vice President of WCP, who shortly thereafter provided a copy of the summons and Complaint (with the Patents in Suit attached) to Jens Adler, General Counsel of WKT.

**Plaintiffs' Interrogatory No. 3:** *List all products by name, model number, version, manufacturer, and release date that contain structures, functionality, or modes of operation described in the Patents-In-Suit that Defendants have imported into the United States or that Defendants have made, used, offered for sale, or sold in the United States.*

**Defendants' Objections to Plaintiffs' Interrogatory No. 3:** Defendants object to Plaintiffs' Interrogatory No. 3 as being vague in that the phrase "that contain structures, functionality, or modes of operation described in the Patents-In-Suit" does not sufficiently identify the products for which information is being sought, especially inasmuch as that phrase is distinguished from the defined term "Accused Instrumentalities" which is used elsewhere in the Interrogatories. To the extent Plaintiffs' Interrogatory No. 3 purports to require a response with

-3-

regard to claims of the Patents in Suit which are not contended to be infringed in Plaintiffs' Infringement Contentions dated September 16, 2011, Defendants object to Plaintiffs' Interrogatory No. 3 as being overbroad and unduly burdensome and as seeking material that is not likely to lead to the discovery of admissible evidence.

**Defendants' Response to Plaintiffs' Interrogatory No. 3:** Notwithstanding the foregoing objections, and without waiving any objections, Defendants state that neither Defendant has made, used or sold in, or has imported into, the United States any product meeting all of the requirements — in terms of structures, functionality, or modes of operation — of any of the claims of any of the Patents in Suit. Also without waiving any objections, and interpreting the term "that contain structures, functionality, or modes of operation described in the Patents-In-Suit," to the extent it purports to describe non-infringing products, as being limited to those products accused of infringement in Plaintiffs' Infringement Contentions dated September 16, 2011, as set forth in WAGO Corporation's Reply Brief on Motion for a More Definite Statement (Dkt. 24-1 at 3), Defendants respond by incorporating the attached schedules (document control numbers WCP 10021-24) by reference as if fully restated herein. Defendants further state that information is provided for the TO-PASS product even though it has not been sold in the United States, because it was identified in Plaintiffs' infringement contentions.

> **Plaintiffs' Interrogatory No. 4:** *Identify each person who was responsible for the design and development of each of Defendants' Accused Instrumentalities.*

**Defendants' Objections to Plaintiffs' Interrogatory No. 4:** Defendants object to Plaintiffs' Interrogatory No. 4 as being vague, in that it is unclear what is meant by the term "responsible" in this context. In addition, to the extent Plaintiffs' Interrogatory No. 4 purports to require a response with regard to products which are not accused of infringement in Plaintiffs'

-4-

Infringement Contentions dated September 16, 2011, Defendants object to Plaintiffs' Interrogatory No. 4 as being overbroad and unduly burdensome and as seeking material that is not likely to lead to the discovery of admissible evidence. Finally, even to the extent Plaintiffs' Interrogatory No. 4 purports to require a response with regard to products which are accused of infringement in Plaintiffs' Infringement Contentions dated September 16, 2011, Defendants object to Plaintiffs' Interrogatory No. 4 as being not reasonably calculated to lead to the discovery of admissible evidence, inasmuch as the identity of persons "responsible for the design and development of each of Defendants' Accused Instrumentalities" is not relevant to the issues in this case, nor is discovery of persons "responsible for the design and development of each of Defendants' Accused Instrumentalities" likely to lead to evidence relevant to the issues in this case.

**Defendants' Response to Plaintiffs' Interrogatory No. 4:** Notwithstanding the foregoing objections, and without waiving any objections, and interpreting the term "Accused Instrumentalities" as being limited to those products accused of infringement in Plaintiffs' Infringement Contentions dated September 16, 2011, as set forth in WAGO Corporation's Reply Brief on Motion for a More Definite Statement (Dkt. 24-1 at 3), Defendants state that, except as otherwise noted in this paragraph, Dr. Thomas Albers (Head of Development and Product Marketing, Automation Department, WAGO Kontakttechnik GmbH & Co. KG, Hansastrasse 27, 32423 Minden, Federal Republic of Germany, +49 571 887 0), had responsibility for the design and development of WAGO automation products. The TO-PASS product line was acquired by WKT after being developed by Endler & Kumpf GmbH & Co. KG (Schwarzer Weg 10, 32423 Minden, Federal Republic of Germany, +49 571 934 17 10). CoDeSys software, upon which WAGO-I/O-PRO CAA software is based, was developed by 3S-Smart Software Solutions

GmbH (Memminger Strasse 151, 87439 Kempten, Federal Republic of Germany, +49 831 54031-0).  The WAGO IPC series was developed as an OEM product by Kontron Modular Computers (U.S. office: 14118 Stowe Dr., Poway, California 92064-7147, (888) 294-4558).

      **Plaintiffs' Interrogatory No. 5:**  *Describe the level of ordinary skill in the art that Defendants contend is applicable for the purposes of claim construction or for any other purpose in this action, including but not limited to analyses under 35 U.S.C. § 103 and/or 35 U.S.C. § 112.*

**Defendants' Objections to Plaintiffs' Interrogatory No. 5:**  Defendants object to Plaintiffs' Document Request No. 5 to the extent it seeks production of material covered by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

**Defendants' Response to Plaintiffs' Interrogatory No. 5:**  Notwithstanding the foregoing objections, and without waiving any objections, Defendants respond that they are still in the process of determining the level of ordinary skill in the art applicable for the purposes of claim construction or for any other purpose in this action, including but not limited to analyses under 35 U.S.C. § 103 and/or 35 U.S.C. § 112; as a result, Defendants do not at present have any contentions to report in response to Plaintiffs' Interrogatory No. 5.  Nevertheless, Defendants state that the level of ordinary skill in the art applicable for the purposes of claim construction or for any other purpose in this action, including but not limited to analyses under 35 U.S.C. § 103 and/or 35 U.S.C. § 112, would have to include the level of skill possessed by persons who work with industrial control devices on a regular basis.

      **Plaintiffs' Interrogatory No. 6:**  *Identify each individual, other than outside counsel, who provided information for use in preparing Defendants' responses to these interrogatories or who participated in preparing Defendants' responses to these interrogatories.*

**Defendants' Objections to Plaintiffs' Interrogatory No. 6:**  To the extent Plaintiffs' Interrogatory No. 6 purports to require the production of trial preparation material or other

-6-

material covered by the attorney-client privilege, the work product doctrine, or any other applicable privilege, Defendants object on the grounds of such privileges.

**Defendants' Response to Plaintiffs' Interrogatory No. 6:** Notwithstanding the foregoing objections, and without waiving any objections, Defendants state the following: Information was provided on behalf of WCP by Mr. Tom Artmann (President, WAGO Corporation, N120 W19129 Freistadt Road, Germantown, Wisconsin 53022, (800) 346-7245). Information was provided on behalf of WKT by Dr. Thomas Albers (Head of Development and Product Marketing, Automation Department, WAGO Kontakttechnik GmbH & Co. KG, Hansastrasse 27, 32423 Minden, Federal Republic of Germany, +49 571 887 0) and Dr. Norbert Hatke (Patent Engineer, Rechts- und Patentabteilung, WAGO Kontakttechnik GmbH & Co. KG, WAGO Kontakttechnik GmbH & Co. KG, Hansastrasse 27, 32423 Minden, Federal Republic of Germany, +49 571 887 0).

Date: October 7, 2011

Respectfully submitted,

/s/ Robert N. Cook

---

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

John C. Scheller
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
(608) 283-2276 (voice)
(608) 283-2275 (fax)
jcscheller@michaelbest.com

Counsel for Defendants
WAGO CORPORATION and
WAGO KONTACTTECHNIK GMBH & CO. KG

**CERTIFICATION**

I certify that on October 7, 2011, I caused the foregoing DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF COMMON INTERROGATORIES to be delivered by email to:

>John M. Hintz, Esq.
>Chadbourne & Parke, LLP
>30 Rockefeller Plaza
>New York, N.Y. 10112
>jhintz@chadbourne.com

>/s/ Robert N. Cook
>_____
>Robert N. Cook
>Whitham, Curtis, Christofferson & Cook, P.C.
>11491 Sunset Hills Road, Suite 340
>Reston, Virginia 20190
>(703) 787-9400 (voice)
>(703) 787-7557 (fax)
>bob@wcc-ip.com

| Item / Model No. | Description | 1st Release Version ID | Date | Last Release Version ID | Date | Manufacturer |
|---|---|---|---|---|---|---|
| 0750-0804 | INTERBUS Controller | 0201 | 1/7/2000 | 080503 | 1/16/2009 | WAGO |
| 0750-0806 | DeviceNet Controller | 010101 | 10/15/2001 | 090502 | 1/5/2009 | WAGO |
| 0750-0812 | Prog. Modbus/RS 485/150-19200 Bd | 3001 | 3/3/1999 | 3H10 | 8/22/2008 | WAGO |
| 0750-0814 | Prog. Modbus/RS 232/150-19200 Bd | 3001 | 3/3/1999 | 3G14 | 10/27/2008 | WAGO |
| 0750-0815 | Prog. Modbus/RS 485/1,2-115,2 kBd | 3001 | 3/3/1999 | 3G11 | 9/26/2008 | WAGO |
| 0750-0816 | Prog. Modbus/RS 232/1,2-115,2 kBd | 3001 | 3/3/1999 | 3G13 | 1/18/2010 | WAGO |
| 0750-0819 | LonWorks Controller | 0101 | 2/15/2001 | 091103 | 8/14/2008 | WAGO |
| 0750-0830 | BACnet/IP Controller | 0102 | 11/29/2007 | 030502 | 11/22/2010 | WAGO |
| 0750-0833 | PROFIBUS Controller | 01 | 9/21/2000 | 111603 | 3/31/2010 | WAGO |
| 0750-0833/0000-0002 | PROFIBUS Controller | 0503 | 9/25/2002 | 112003 | 1/6/2011 | WAGO |
| 0750-0837 | CANopen Controller | 0102 | 12/21/2000 | 141004 | 1/13/2011 | WAGO |
| 0750-0837/0020-0000 | CANopen CONTR.256/192KB PGM/RAM | 110604 | 3/31/2005 | 141004 | 1/13/2011 | WAGO |
| 0750-0837/0021-0000 | CANopen CONTR.640/832KB PGM/RAM | 110604 | 3/31/2005 | 141004 | 3/1/2011 | WAGO |
| 0750-0838 | CANopen CONTROLLER DSUB | 110104 | 3/30/2005 | 140504 | 1/5/2011 | WAGO |
| 0750-0838/0020-0000 | CANopen CONTR.256/192KB PGM/RAM DSUB | 110104 | 5/17/2005 | 140504 | 1/20/2011 | WAGO |
| 0750-0838/0021-0000 | CANopen CONTR.640/832KB PGM/RAM DSUB | 110104 | 5/17/2005 | 140504 | 2/14/2011 | WAGO |
| 0750-0840 | PROFINET CONTROLLER 100 Mbit | n.a. | | | | |
| 0750-0841 | Ethernet Controller 10/100 MBit/s | 010101 | 8/7/2003 | 191102 | 3/14/2011 | WAGO |
| 0750-0842 | Ethernet Controller | 0102 | 11/27/2000 | 181306 | 2/7/2011 | WAGO |
| 0750-0842/0000-0001 | CONTR.ETHERNET 4CONTROL | 010306 | 2/7/2002 | 021306 | 4/5/2011 | WAGO |
| 0750-0842/0000-0004 | Ethernet Controller | 330806 | 8/4/2003 | | | WAGO |
| 0750-0842/0000-0101 | Ethernet Controller C-Timeout | 171006 | 4/14/2008 | 171306 | 9/22/2010 | WAGO |
| 0750-0843 | Ethernet Controller | 011106 | 3/31/2009 | 021306 | 1/6/2011 | WAGO |
| 0750-0849 | KNXnet/IP Controller | 010101 | 2/6/2008 | 040502 | 10/5/2010 | WAGO |
| 0750-0860 | Linux Controller | 010702 | 6/12/2006 | 031102 | 2/3/2011 | WAGO |
| 0750-0865 | Straton Controller | 030902 | 10/22/2008 | | | WAGO |
| 0750-0871 | Ethernet Controller mit 2-Port Switch | 020202 | 5/13/2008 | 070502 | 3/22/2011 | WAGO |
| 0750-0872 | IEC60870-5 Fernwirkcontroller | 010102 | 7/24/2008 | 030402 | 4/27/2011 | WAGO |
| 0750-0872/0020-0000 | CONTR.ETHERNET TELECONTROL | 010702 | 8/14/2007 | 020902 | 5/4/2011 | WAGO |
| 0750-0873 | Ethernet Controller mit RS232 | 010102 | 8/6/2008 | 030402 | 5/12/2011 | WAGO |
| 0750-0880 | Ethernet Feldbuscontroller | 020403 | 3/31/2011 | | | WAGO |
| 0750-0881 | Ethernet Feldbuscontroller | 010203 | 8/3/2010 | 030603 | 8/3/2011 | WAGO |
| 0750-0882 | Ethernet MR Controller | 010203 | 2/28/2011 | 010303 | 6/29/2011 | WAGO |

| Item / Model No. | Description | 1st Release Version ID | Date | Last Release Version ID | Date | Manufacturer |
|---|---|---|---|---|---|---|
| 0758-0870 | WAGO I/O IPC | IX 0302 | 12/22/2004 | IX 4011 | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0001 | WAGO I/O IPC PROFIBUS | IX 0303 | 12/22/2004 | IX 3711 | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0002 | WAGO I/O IPC CANOPEN | IX 3506 | 3/16/2006 | IX 3711 nach FW-Update | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0004 | WAGO I/O IPC, Profibus Slave, 32MB, CoDeSys | IX 3506 | 3/16/2006 | IX 4011 nach FW-Update | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0010/0000-0001 | WAGO I/O IPC CoDeSys 128MB | IX 3606 | 6/1/2006 | IX 4011 nach FW-Update | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0011 | WAGO I/O IPC, 128MB, Profibus Master, CoDeSys | IX 3507 | 3/15/2006 | IX 4011 nach FW-Update | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0012/0000-0001 | WAGO I/O IPC CoDeSys 128MB CAN | IX 3507 | 3/29/2006 | IX 4011 nach FW-Update | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0014 | WAGO I/O IPC, Webvisu. m. Profibus Slave | IX 3507 | 3/15/2006 | IX 4011 nach FW-Update | 10/11/2010 | Kontron / WAGO |
| 0758-0870/0000-0110 | I/O-IPC-G2 Lnx CoDeSys+V | HW 10 Rev:00; FW 01 (V01.00.01) | 4/7/2009 | HW 10 Rev:xx FW 06 | 5/13/2011 | Kontron / WAGO |
| 0758-0870/0000-0111 | I/O-IPC-G2 Lnx CoDeSys+V PDP-M | HW 10 Rev:00; FW 01 (V01.00.01) | 4/24/2009 | HW 10 Rev:xx FW 06 | 5/13/2011 | Kontron / WAGO |
| 0758-0870/0000-0112 | I/O-IPC-G2 Lnx CoDeSys+V CAN-M | HW 10 Rev:00; FW 01 (V01.00.01) | 6/4/2009 | HW 10 Rev:xx FW 06 | 7/20/2011 | Kontron / WAGO |
| 0758-0870/0000-0130 | I/O-IPC-G2 Lnx TeleControl | HW 10 Rev:xx FW 02 | 1/13/2010 | HW 10 Rev:xx FW 05 | 2/23/2011 | Kontron / WAGO |
| 0758-0871/0000-0010 | WAGO I/O IPC CE 128MB | IX 3604 | 6/2/2006 | Rev: 14 und Rev: 14 (IX37) | 3/10/2011 | Kontron / WAGO |
| 0758-0871/0000-0011/0000-0001 | WAGO I/O IPC CE 128MB M.PB-Master | IX 3604 | 6/2/2006 | Rev: 14 und Rev: 14 (IX37) | 3/3/2011 | Kontron / WAGO |
| 0758-0873 | WAGO I/O IPC OHNE SYSTEM OHNE FELDB. | IX 0302 | 12/22/2004 | Rev: 14 und Rev: 14 (IX37) | 5/10/2011 | Kontron / WAGO |
| 0758-0873/0000-0001 | WAGO I/O IPC kein OS Profibus Master | IX 0303 | 12/22/2004 | Rev: 13 und Rev: 13 (IX37) | 1/21/2009 | Kontron / WAGO |
| 0758-0873/0000-0010 | WAGO I/O IPC kein OS 128MB | IX 0303 | 12/22/2004 | Rev: 14 und Rev: 14 (IX37) | 10/19/2010 | Kontron / WAGO |
| 0758-0873/0000-0011/0000-0001 | WAGO I/O IPC OHNE SYSTEM M.PB-MASTER | IX 3507 | 5/3/2006 | Rev: 14 und Rev: 14 (IX37) | 1/26/2011 | Kontron / WAGO |
| 0758-0873/0000-0012/0000-0001 | WAGO I/O-IPC no OS, 128MB, COM | IX 3507 | 5/2/2006 | Rev: 14 und Rev: 14 (IX37) | 1/26/2011 | Kontron / WAGO |
| 0758-0873/0000-0110/0000-0001 | WAGO I/O-IPC no OS, 128MB, CoDe | IX 3606 | 9/19/2006 | Rev: 13 und Rev: 13 (IX37) | 1/21/2009 | Kontron / WAGO |
| 0758-0873/0000-0111 | WAGO I/O-IPC no OS,128MB,DPM,CoDeSys | IX 3504 | 10/27/2005 | Rev: 14 und Rev: 14 (IX37) | 5/4/2011 | Kontron / WAGO |
| 0758-0873/0000-0112/0000-0001 | WAGO I/O-IPC no OS,128MB,COM,CoDeSys | IX 3711 | 5/18/2007 | Rev: 13 und Rev: 13 (IX37) | 1/21/2009 | Kontron / WAGO |
| 0758-0874/0000-0110 | I/O-IPC-C6 Lnx CoDeSys+V | HW10 Rev.xx FW01 | 4/20/2009 | HW10 Rev.xx FW06 | 5/10/2011 | Kontron / WAGO |
| 0758-0874/0000-0112 | I/O-IPC-C6 Lnx CoDeSys+V CAN-M | HW10 Rev. xx FW01 | 4/20/2009 | HW10 Rev.>=11 FW06 | 6/29/2011 | Kontron / WAGO |
| 0758-0875/0000-0110 | I/O-IPC-C10E Lnx CoDeSys+V | HW10 Rev.xx FW01 | 4/16/2009 | HW10 Rev.xx FW06 | 5/13/2011 | Kontron / WAGO |
| 0758-0875/0000-0111 | I/O-IPC-C10E Lnx CoDeSys+V PDP-M | HW10 Rev.xx FW01 | 4/16/2009 | HW10 Rev.xx FW05 | 12/15/2010 | Kontron / WAGO |
| 0758-0875/0000-0112 | I/O-IPC-C10E Lnx CoDeSys+V CAN-M | HW10 Rev. xx FW01 | 4/7/2009 | HW10 Rev.>=11 FW05 | 12/15/2010 | Kontron / WAGO |
| 0758-0875/0000-0130 | I/O-IPC-C10 E Lnx TeleControl | HW10 Rev.>=11 FW02 | 10/29/2010 | HW10 Rev.xx FW06 | 6/29/2011 | Kontron / WAGO |
| 0758-0876/0000-0110 | I/O-IPC-P14 Lnx CoDeSys+V | HW10 Rev.xx FW01 | 4/20/2009 | HW10 Rev.xx FW06 | 7/11/2011 | Kontron / WAGO |
| 0758-0876/0000-0111 | I/O-IPC-P14 Lnx CoDeSys+V PDP-M | HW10 Rev.xx FW01 | 4/20/2009 | HW10 Rev.xx FW06 | 5/13/2011 | Kontron / WAGO |
| 0758-0876/0000-0112 | I/O-IPC-P14 Lnx CoDeSys+V CAN-M | HW10 Rev. xx FW01 | 4/20/2009 | HW10 Rev.>=11 FW06 | 7/11/2011 | Kontron / WAGO |

Rockwell v. WAGO
**WCP 10022**
3:10CV718-WMC (W.D. Wis.)

| Item / Model No. | Description | 1st Release Version ID | 1st Release Date | Last Release Version ID | Last Release Date | Manufacturer |
|---|---|---|---|---|---|---|
| 0761-0100 | TO-PASS S | 0202 | 21.01.2008 | | 11.01.2011 | WAGO |
| 0761-0101 | TO-PASS S 2AI | 0202 | 19.12.2007 | | 06.09.2010 | WAGO |
| 0761-0102 | TO-PASS S WEB | 0202 | 21.01.2008 | | 11.01.2011 | WAGO |
| 0761-0103 | TO-PASS S 2AI WEB | 0202 | 21.01.2008 | | 31.01.2011 | WAGO |
| 0761-0110 | TO-PASS Compact | 0101 | 21.06.2010 | | 18.04.2011 | WAGO |
| 0761-0111 | TO-PASS Compact 2AI | 0101 | 24.06.2010 | | 18.04.2011 | WAGO |
| 0761-0112 | TO-PASS Compact, Web | 0101 | 24.06.2010 | | 18.04.2011 | WAGO |
| 0761-0113 | TO-PASS Compact, 2AI, Web | 0101 | 21.06.2010 | | 18.04.2011 | WAGO |
| 0761-0200 | TO-PASS M | 0202 | 21.01.2008 | | 11.01.2011 | WAGO |
| 0761-0201 | TO-PASS M 8AI | 0202 | 21.01.2008 | | 11.01.2011 | WAGO |
| 0761-0202 | TO-PASS M 8AI ESP | 0202 | 21.01.2008 | | 20.04.2010 | WAGO |
| 0761-0203 | TO-PASS M 8AI DSP | 0202 | 21.01.2008 | | 20.04.2010 | WAGO |
| 0761-0204 | TO-PASS M 8AI ESP DSP | 0202 | 21.01.2008 | | 27.01.2011 | WAGO |
| 0761-0205 | TO-PASS M WEB Modbus | 0202 | 21.01.2008 | | 22.02.2011 | WAGO |
| 0761-0206 | TO-PASS M 8AI WEB Modbus | 0202 | 21.01.2008 | | 22.02.2011 | WAGO |
| 0761-0210 | TO-PASS Compact | 0101 | 24.06.2010 | | 18.04.2011 | WAGO |
| 0761-0214 | TO-PASS Compact, 8AI, ESP, DSP | 0101 | 24.06.2010 | | 18.04.2011 | WAGO |
| 0761-0216 | TO-PASS Compact, 8AI, Web, MODBUS | 0101 | 23.06.2010 | | 18.04.2011 | WAGO |
| 0761-0314 | TO-PASS Mobile | 0101 | 14.07.2011 | | | WAGO |
| 0761-0316 | TO-PASS Mobile Web, Modbus | 0101 | 14.07.2011 | | | WAGO |
| 0761-0510 | TO-PASS Modem GPRS RS232 | 0101 | 18.02.2009 | | | WAGO |
| 0761-0520 | TO-PASS Modem GPRS VPN Router | 0101 | 18.02.2009 | HW: 3173; 2.10/2.10; GSM: 4.001; SW: 1.036 | 29.04.2010 | WAGO |

Rockwell v. WAGO
**WCP 10023**
3:10CV718-WMC (W.D. Wis.)

| Item / Model No. | Description | 1st Release Version ID | Date | Last Release Version ID | Date | Manufacturer |
|---|---|---|---|---|---|---|
| 0759-0911 | WAGO-I/O-PRO CAA CD | 02.03.03.06 | 3/7/2005 | 02.03.09.28 | 7/21/2011 | 3S / WAGO |
| 0759-0332 | WAGO-I/O-PRO 32 | 1001 | 11/28/2000 | 1602 | 5/8/2003 | 3S / WAGO |
| 0759-0333 | WAGO-I/O-PRO | | | 2.2.6.0 | 3/6/2003 | 3S / WAGO |
| 0795-0907 | WAGO-I/O-PRO | 1.5.5 | 21.12.1999 | | | |
| 0759-0930 | TO-PASS S/M Software | 02 | 12/12/2007 | 04 | 9/23/2011 | WAGO (take over from Endler & Kumpf) |
| 0759-0340 | TOPLON | n.a (Release mit 750-819) | approx. 2001 | | | WAGO |
| | Linux (PLC) | 2.4.xx-XXx | approx. 2006 | 2.6.34-UC0 | 10/5/2011 | Open Source |
| | Linux(IPC) | | | 2.6.29.6-RT24 | 1/25/2011 | Open Source |

Rockwell v. WAGO
**WCP 10024**
3:10CV718-WMC (W.D. Wis.)