# ATTACHMENT 3
# Notice of Deposition of Richard Hooper and for Production of Docs.
# (4-3-12)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and<br>ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>WAGO CORPORATION and<br>WAGO KONTAKTTECHNIK GmbH & CO. KG,<br><br>            Defendants. | Case No. 10-CV-718-WMC |

NOTICE OF DEPOSITION
OF RICHARD HOOPER AND FOR THE PRODUCTION
OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 30(b)(2) AND 34

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on **April 10, 2012**, plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. ("Plaintiffs"), by and through their attorneys, shall take the deposition of **Richard Hooper** ("Hooper") by oral examination.  Pursuant to Rules 30(b)(2) and 34 of the Federal Rule of Civil Procedure, Hooper is directed to produce the documents, records, or other materials set forth in Schedule A attached hereto at or before the deposition.

The deposition shall commence at 9:00 a.m. on April 10, 2012 at the offices of F&B LLP, 5113 Southwest Parkway, Suite 140, Austin, TX 78735, or at some other date, time, and place as might be agreed to between counsel for Plaintiffs and Defendants.  If not completed on the scheduled date the deposition(s) shall continue thereafter on **April 11, 2012**.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths.  The deposition will be videotaped and recorded by stenographic means.

Dated:  April 3, 2012

                                      /s/  Paul Tanck

                                      Paul Tanck (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 230-8888
Email:  ptanck@chadbourne.com

COUNSEL FOR PLAINTIFFS
ROCKWELL AUTOMATION, INC.
and ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

## SCHEDULE A

## **DOCUMENTS TO BE PRODUCED**

1. All documents reviewed, referred to or relied upon in preparation for this deposition.

2. Hooper's retainer agreement and any other agreements for rendering service in this action.

3. Copies of each of the 27 Publications listed in Hooper's C.V.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2012, a copy of this document is being served by electronic mail on Defendants' counsel listed below at the email addresses listed below:

>Robert Cook, Esq.
>Whitham, Curtis, Christofferson & Cook, P.C.
>11491 Sunset Hills Road, Suite 340
>Reston, Virginia 20190
>Tel.:  (703) 787-9400, ext. 122
>Fax:  (703) 787-7557
>Email:  bob@wcc-ip.com
>
>John C. Scheller, Esq. (SBN 1031247)
>Michael Best & Friedrich LLP
>One South Pinckney Street – Suite 700
>Madison, WI  53703
>Tel.:  (608) 257-3501
>Fax:  (608) 283-2275
>Email:  jcscheller@michaelbest.com

Dated:  April 3, 2012                              /s/  Paul Tanck

>Paul Tanck
>CHADBOURNE & PARKE LLP
>30 Rockefeller Plaza
>New York, NY  10112
>Tel.:  (212) 408-5100
>Fax:  (212) 541-5369
>Email:  ptanck@chadbourne.com
>
>COUNSEL FOR PLAINTIFFS
>ROCKWELL AUTOMATION, INC.
>and ROCKWELL AUTOMATION
>TECHNOLOGIES, INC.