IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., and ) <br> ROCKWELL AUTOMATION ) <br> TECHNOLOGIES, INC., ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WAGO CORPORATION and ) <br> WAGO KONTAKTTECHNIK GmbH ) <br> & CO. KG, ) <br>       Defendants. ) | Case No. 3:10-cv-718-wmc |

## DECLARATION OF ROBERT N. COOK

I, Robert N. Cook, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. 1746:

1. My name is Robert N. Cook, and I have been retained to provide legal representation to WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG in connection with the above-captioned patent infringement suit brought by Rockwell Automation.

2. Attached to this Declaration as Attachment 1 is a true and correct copy of an email chain which includes email communications I had with counsel for Plaintiffs, Attorney Paul Tanck, with the final email in the chain dated March 20, 2012.

3. Attached to this Declaration as Attachment 2 is a true and correct copy of Plaintiffs' Second Set of Requests for the Production of Documents and Things.

4. Attached to this Declaration as Attachment 3 is a true and correct copy of the Model Order Regarding E-Discovery in Patent Cases.

5. Attached to this Declaration as Attachment 4, is a true a correct copy of the relevant portions from the Deposition of Thomas J. Artmann.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2012.

                                                      s/ Robert N. Cook
                                                      Robert N. Cook