**EXHIBIT 4**

OUTSIDE ATTORNEYS' EYES ONLY

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WISCONSIN

= = = = = = = = = = = = = = = = = = = = = = = = = = = =

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

            Plaintiffs,

       -vs-                       Case No. 10-CV-718-WMC

WAGO CORPORATION and
WAGO KONTAKTTECHNIK GmbH & CO. KG,

            Defendants.

= = = = = = = = = = = = = = = = = = = = = = = = = = = =



             ***OUTSIDE ATTORNEYS' EYES ONLY***


                  Videotape Deposition of:


                     THOMAS J. ARTMANN


                    Waukesha, Wisconsin

                     November 3, 2011

                        9:04 a.m.




          Reported by:  Lisa L. Lafler, RPR, CRR, CLR

                      Ref: 6481A
```

OUTSIDE ATTORNEYS' EYES ONLY

Page 12

1   example, to make a simple interface, as an
2   example.
3 Q. When WAGO Corporation obtains finished products
4   from WAGO Kontakttechnik, is there a transfer
5   price involved?
6 A. Yes.
7 Q. How often are transfer prices set?
8 A. The transfer price is based -- to answer the
9   question, it could be every -- it could be every
10   six months or on a yearly basis typically.
11 Q. There's not one set time in the year where
12   transfer price is set and that controls for the
13   year?
14 A. Typically not. It depends upon circumstances of
15   the economy.
16 Q. Is the transfer price that WAGO Corporation pays
17   to WAGO Kontakttechnik related at all to any list
18   price that WAGO Kontakttechnik has for its other
19   customers?
20 A. Yes, it is.
21 Q. What's the relationship?
22 A. We purchase off a euro price list at a set
23   exchange rate.
24 Q. And you say "at a set exchange rate." Is that
25   exchange rate changed at various points?

Page 13

1   A.   Yes, based on the euro. If I could just add to
2        that, I said we purchase off the euro list price.
3        But we clearly purchase off the euro list price at
4        a discount off that because that is a list price.
5        So it's list minus discount and then at exchange
6        rate.
7   Q.   Is the discount that's applied to the euro price
8        list the same for all products that WAGO
9        Corporation purchases?
10  A.   No.
11  Q.   So different products have different discounts?
12  A.   Correct.
13  Q.   Are the discounts off of the list price set at a
14       particular point in any given year, or does that
15       depend also?
16  A.   That -- it's -- primarily those are fixed and
17       those typically do not change.
18  Q.   Are those fixed -- by "those" I mean the
19       discounts. Are they fixed based upon a contract,
20       a written document?
21  A.   It's fixed within our computer system. I'm not
22       100 percent sure if there's a written document
23       that lists the particular discounts. Those are
24       more historical.
25  Q.   Were you involved in the establishment of the

OUTSIDE ATTORNEYS' EYES ONLY

Page 58

1  STATE OF WISCONSIN )
                      ) SS:
2  COUNTY OF DANE     )

3       I, LISA L. LAFLER, a Registered Professional
4  Reporter, Certified Realtime Reporter, Certified
5  Livenote Reporter, and Notary Public in and for
6  the State of Wisconsin, do hereby certify that the
7  foregoing videotape deposition was taken before me
8  at Michael Best & Friedrich, LLP, Two Riverwood
9  Place, N19 W24133 Riverwood Place, Suite 200, City
10 of Waukesha, County of Waukesha, and State of
11 Wisconsin, on the 3rd day of November, 2011; that
12 it was taken at the request of the Plaintiffs,
13 upon verbal interrogatories; that it was taken in
14 shorthand by me, a competent court reporter and
15 disinterested person, approved by all parties in
16 interest and thereafter converted to typewriting
17 using computer-aided transcription; that said
18 deposition is a true record of the deponent's
19 testimony; that the deposition was taken pursuant
20 to Notice; that said THOMAS J. ARTMANN before
21 examination was sworn by me to testify to the
22 truth, the whole truth, and nothing but the truth
23 relative to said cause. Dated November 9th, 2011.
24                    _____
                              Notary Public
25                     In and for the State of Wisconsin