IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br>            Plaintiffs,<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG,<br>            Defendant. | Case No. 3:10CV718-WMC |

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

To: Paul J. Tanck, Esq.
   Chadbourne & Parke, LLP
   30 Rockefeller Plaza
   New York, N.Y. 10112

   Counsel for Plaintiffs
   ROCKWELL AUTOMATION, INC. and
   ROCKWELL AUTOMATION TECHNOLOGIES, INC.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56, Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG, by their undersigned attorneys, move for summary judgment on all counts

**MOTION FOR SUMMARY JUDGMENT**

   Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG respectfully move the Court for summary judgment in favor of Defendants on all counts. In support of their motion, WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG submit their Brief in Support of Defendants' Motion for Summary Judgment, the Declaration Robert N. Cook (and accompanying exhibits), the Declaration of Richard Hooper, Ph.D., P.E., the Supplemental Declaration of Richard Hooper, Ph.D., P.E. (and accompanying exhibits and attachments), and the Second Supplemental Declaration of Richard Hooper, Ph.D., P.E.

-2-

WHEREFORE, WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG respectfully asks the Court for an Order granting their Motion for Summary Judgment in favor of Defendants on all counts on all counts.

Date: April 13, 2012

Respectfully submitted,

/s/ Robert N. Cook

_____

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

John C. Scheller
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
(608) 283-2276 (voice)
(608) 283-2275 (fax)
jcscheller@michaelbest.com

Counsel for Defendants
WAGO CORPORATION and
WAGO KONTAKTTECHNIK GMBH & CO. KG

**CERTIFICATION**

I certify that on April 13, 2012, I caused the foregoing DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF"). All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service under the Court's electronic filing procedures.

/s/ Robert N. Cook

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com