## ATTACHMENT B

Testimony Over Past 4 Years

**DECLARATION OF RICHARD HOOPER, PH.D., P.E.**
*Rockwell Automation, Inc. v. WAGO Corporation*, Case No. 3:10CV718-WMC (W.D. Wis.)

RICHARD HOOPER, Ph.D., P.E.
1102 Bowie Rd
Austin, Texas 78733
(512) 699-6487

---

Testimony Over Past 4 Years

CASE NO. 11 000730 NP: SUSAN YOUNG WILLIAMSON, v. CHRYSLER GROUP LLC, a foreign limited liability company; TRANSBOTICS, a foreign corporation; GREAT AMERICAN FOODS INC., a Michigan corporation - STATE OF MICHIGAN, IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CASE NO. 6:09-cv-414: CANRIG DRILLING TECHNOLOGY LTD, vs. OMRON OILFIELD AND MARINE INC., et al. September 2009 to May 2011 - THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

CASE NO. CV-08-865-CNP: MATT KOESSEL and PEGGY WILLOUGHBY KOESSEL, VS. HYUNDAI MOTOR MANUFACTURING OF ALABAMA, LLC, et al. December 2010 to May 2011 - IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

CAUSE NO. 09-61431-4: CIVIL ACTION. BENNIE C. GARCIA v. CHRISTUS SPOHN HEALTH SYSTEM, D/B/A CHRISTUS SPOHN HOSPITAL CORPUS CHRISTI – SOUTH. July 2009 to Dec 2012 – IN THE COUNTY COURT AT LAW, NUMBER FOUR, NUECES COUNTY, TEXAS

CASE NO. 08-CV-856-F: STEPHEN B. GEORGE vs. CURWOOD, INC., a Delaware corporation, BEMIS COMPANY, INC., a Missouri corporation, MACRO ENGINEERING & TECHNOLOGY, INC., a Canadian corporation, SURE CONTROLS, INC., a Wisconsin Corporation, Defendants. February 2009 to October 2010 - THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

.

February 23, 2012