## ATTACHMENT C

List of References

# List of References

1. CIMPLICITY HMI Base System User's Manual, GE Fanuc Automation – CIMPLICITY Monitoring and Control Products (October 1997).

2. CIMPLICITY HMI Pager Operation Manual, GE Fanuc Automation – CIMPLICITY Monitoring and Control Products (October 1997).

3. International Publication WO 97/30879 to Greber et al.

4. LabVIEW RT User Manual, National Instruments (April 1999).

5. LabVIEW User Manual, National Instruments (January 1998).

6. Manual for PLC-Programming with CoDeSys 1.5, User's Guide, by 3S – Smart Software Solutions GmbH (1997).

7. Simatic S7-200 Programmable Controller System Manual, Siemens (1998).

8. TRiLOGI Programmer's Reference, Ladder Logic Editor Compiler Simulator, Versions 3.3 & 4.1 (1999).

9. U.S. Patent No. 4,200,915 to Struger et al.

10. U.S. Patent No. 4,302,820 to Struger et al.

11. U.S. Patent No. 4,517,637 to Cassell.

12. U.S. Patent No. 4,787,035 to Bourne.

13. U.S. Patent No. 4,907,167 to Skeirik.

14. U.S. Patent No. 5,122,948 to Zapolin.

15. U.S. Patent No. 5,127,090 to Ruehle et al.

16. U.S. Patent No. 5,134,574 to Beaverstock et al.

17. U.S. Patent No. 5,193,189 to Flood et al.

18. U.S. Patent No. 5,287,548 to Flood et al.

19. U.S. Patent No. 5,469,352 to Yukutomo.

20. U.S. Patent No. 5,470,218 to Hillman et al.

21. U.S. Patent No. 5,559,794 to Willis et al.

22. U.S. Patent No. 5,576,946 to Bender et al.

23. U.S. Patent No. 5,631,839 to Lemoine.

24. U.S. Patent No. 5,727,170 to Mitchell et al.

25. U.S. Patent No. 5,764,507 to Chuo.

26. U.S. Patent No. 5,792,483 to Siegrist et al.
27. U.S. Patent No. 5,796,602 to Wellan et al.
28. U.S. Patent No. 5,801,942 to Nixon et al.
29. U.S. Patent No. 5,896,292 to Hosaka et al.
30. U.S. Patent No. 5,911,924 to Siegrist et al.
31. U.S. Patent No. 6,108,587 to Shearer et al.
32. U.S. Patent No. 6,198,480 to Cotugno et al.
33. U.S. Patent No. 6,201,996 to Crater et al.
34. U.S. Patent No. 6,263,487 to Stripf et al.
35. U.S. Patent No. 6,304,934 to Pimenta et al.
36. U.S. Patent No. 6,438,441 to Jang et al.
37. U.S. Patent No. 6,453,210 to Belotserkovskiy et al.
38. U.S. Patent No. 6,516,233 to Bhagwat et al.
39. U.S. Patent No. 6,519,594 to Li.
40. U.S. Patent No. 6,853,867 to Klindt et al.
41. U.S. Patent No. 7,421,648 to Davis.