# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**Paul J. Tanck**
direct tel +1 212 408 1116
PTanck@chadbourne.com

April 16, 2012

*VIA ECF*

The Honorable Stephen L. Crocker
United States Magistrate Judge
United States District Court for the Western District of Wisconsin
120 North Henry Street, Room 320
P.O. Box 432
Madison, WI 53701-0432

      Re: *Rockwell Automation, Inc. et al. v. WAGO Corporation et al. - 10 cv 718*

Dear Judge Crocker,

      We represent plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. in this action. We write, with the consent of defendants, to request an adjournment of the telephone motion hearing scheduled for Wednesday, April 18, 2012 at 11:00 a.m. due to the parties' unavailability on that date. The parties respectfully request that the Court conduct the telephone hearing in the morning of Friday, April 20, 2012, or another date and time suitable to the Court.

      Respectfully submitted,

      Paul Tanck
      (Counsel for Plaintiffs)

cc: Defendants' Counsel by ECF