# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> WAGO CORPORATION and WAGO KONTAKTTECHNIK GmbH & CO. KG, <br><br> *Defendants*. | Civil Action No. 10-cv-718 <br><br> **JURY TRIAL DEMANDED** |

## APPEARANCE OF LISA SCHAPIRA

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. I certify that I am admitted to practice in this Court as of April 20, 2012.

Dated:  April 27, 2012                               /s/      Lisa Schapira

Lisa Schapira (*admitted in W.D. Wisconsin*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  lschapira@chadbourne.com

**ATTORNEYS FOR PLAINTIFFS
ROCKWELL AUTOMATION, INC. AND
ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I certify that on April 27, 2012, I caused the foregoing APPEARANCE OF LISA SCHAPIRA to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") SystBem. All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service under this Court's electronic filing procedures.

Dated:  April 27, 2012　　　　　　　　　/s/　　Lisa Schapira

　　　　　　　　　　　　　　　　　　　Lisa Schapira (*admitted in W.D. Wisconsin*)
　　　　　　　　　　　　　　　　　　　CHADBOURNE & PARKE LLP
　　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　New York, NY  10112
　　　　　　　　　　　　　　　　　　　Tel.:  (212) 408-5100
　　　　　　　　　　　　　　　　　　　Fax:  (212) 541-5369
　　　　　　　　　　　　　　　　　　　Email:  lschapira@chadbourne.com

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**
　　　　　　　　　　　　　　　　　　　**ROCKWELL AUTOMATION, INC. AND**
　　　　　　　　　　　　　　　　　　　**ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

CPAM: 4662776.1