IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>           Plaintiffs,<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG,<br>           Defendant. | Case No. 3:10CV718-WMC |

## DECLARATION OF ROBERT N. COOK

I, Robert N. Cook, make this declaration under penalty of perjury pursuant to Section 1746 of Title 28 of the United States Code, 28 U.S.C. § 1746:

1. My name is Robert N. Cook, and I have been retained to represent WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG in the above-captioned patent infringement suit brought by Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc.

2. Attached as Exhibit A is a true and correct copy of a letter that I sent to Plaintiffs' counsel, Lisa Schapira, on May 1, 2012.

3. Attached as Exhibit B is a true and correct copy of a letter that Plaintiffs' counsel, Lisa Schapira, sent to me on April 30, 2012.

4. Attached as Exhibit C is a true and correct copy of an email that I sent to Plaintiffs' counsel, Lisa Schapira, on May 1, 2012.

5. Attached as Exhibit D is a true and correct copy of another email that I sent to Plaintiffs' counsel, Lisa Schapira, on May 1, 2012, with its attachment.

-2-

6. Attached as Exhibit E is a true and correct copy of an email that I sent to Plaintiffs' counsel, Paul Tanck, on May 1, 2012, with its attachments.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 1, 2012.

_____
Robert N. Cook      (Signature)