**EXHIBIT C**

Email from R. Cook to L. Schapira (May 1, 2012)

**DECLARATION OF ROBERT N. COOK**
*Rockwell Automation v. WAGO Corporation*, Case No.3:10CV00718-WMC (W.D. Wis.)

## Robert Cook

| | |
|---|---|
| **From:** | Robert Cook [Bob@WCC-IP.com] |
| **Sent:** | Tuesday, May 01, 2012 12:11 PM |
| **To:** | 'Schapira, Lisa' |
| **Cc:** | 'Nyenhuis, Christopher E (12765)' |
| **Subject:** | RE: Rockwell v. Wago: Discovery |

Hi, Lisa. Following up on my letter to you of this date, we have determined that some of the non-source code documentation materials of which that Paul Tanck requested copies after his April 19 inspection of source code was not provided in a searchable format. That is because those materials were not searchable in the form on which they were provided on the source code hard drive, and we produced them in the form in which they were present on the hard drive.

Best regards,
-- Bob

---

**From:** Robert Cook [mailto:Bob@WCC-IP.com]
**Sent:** Tuesday, May 01, 2012 11:27 AM
**To:** 'Schapira, Lisa'
**Cc:** 'Nyenhuis, Christopher E (12765)'
**Subject:** RE: Rockwell v. Wago: Discovery

Hi, Lisa. The attached letter has also been sent to you by fax.

Best regards,
-- Bob


Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190

(703) 787-9400, ext. 122 (office)
(703) 787-7557 (fax)
bob@wcc-ip.com (email)

---

**From:** Schapira, Lisa [mailto:LSchapira@chadbourne.com]
**Sent:** Monday, April 30, 2012 6:57 PM
**To:** bob@wcc-ip.com
**Subject:** Rockwell v. Wago: Discovery

Bob,

Please see the attached letter .

Thanks,
Lisa

**Lisa Schapira**

5/1/2012

**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5478 | **fax** 646-710-5478
lschapira@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/lschapira.vcf

Please consider the environment before printing this email.

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com