IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br>Plaintiffs,<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG,<br>Defendant. | Case No. 3:10CV718-WMC |

**SUPPLEMENT TO DEFENDANTS' REPORT ON PENDING DISCOVERY DISPUTES**

Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG herein supplement their report on pending discovery disputes (Dkt. 74) which was made pursuant to the Court's Order dated April 20, 2012. (Dkt. 70)

On May 2, 2012, an employee at WAGO Kontakttechnik GmbH & Co. KG came across two 1998 documents as he was going through his effects in connection with an office move. One document is in German while the other is in English, and they appear to relate to what subsequently became the 750 Series programmable logic controllers, which are at issue in this case. The documents were produced to Plaintiffs on May 3, 2012.

[The remainder of this page is intentionally left blank. The signature page follows.]

Date: May 3, 2012							Respectfully submitted,

/s/ Robert N. Cook
_____
Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

John C. Scheller
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
(608) 283-2276 (voice)
(608) 283-2275 (fax)
jcscheller@michaelbest.com

Counsel for Defendants
WAGO CORPORATION and
WAGO KONTAKTTECHNIK GMBH & CO. KG

**CERTIFICATION**

I certify that on May 3, 2012, I caused the foregoing SUPPLEMENT TO DEFENDANTS' REPORT ON PENDING DISCOVERY DISPUTES to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF"). All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service under the Court's electronic filing procedures.

/s/ Robert N. Cook
_____
Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com