IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>                           Plaintiffs,<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG,<br>                           Defendant. | Case No. 3:10CV718-WMC |

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY
RESPONSES PURSUANT TO FED. R. CIV. P. 37(a)**

To:    Paul J. Tanck, Esq.
         Lisa Schapira, Esq.
         Chadbourne & Parke, LLP
         30 Rockefeller Plaza
         New York, N.Y. 10112

         Counsel for Plaintiffs
         ROCKWELL AUTOMATION, INC. and
         ROCKWELL AUTOMATION TECHNOLOGIES, INC.

PLEASE TAKE NOTICE that Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG, by their undersigned attorneys, move to compel discovery responses pursuant to Federal Rule of Civil Procedure 37(a)

**MOTION TO COMPEL DISCOVERY RESPONSES
PURSUANT TO FED. R. CIV. P. 37(a)**

Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG respectfully move the Court to compel discovery responses pursuant to Federal Rule of Civil Procedure 37(a). In support of their motion, WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG submit their Brief in Support of Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37(a) and the Declaration Robert N. Cook (and accompanying

exhibits).

WHEREFORE, WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG respectfully ask the Court for an Order granting their Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37(a).

Date: May 3, 2012                        Respectfully submitted,

/s/ Robert N. Cook
_____

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

John C. Scheller
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
(608) 283-2276 (voice)
(608) 283-2275 (fax)
jcscheller@michaelbest.com

Counsel for Defendants
WAGO CORPORATION and
WAGO KONTAKTTECHNIK GMBH & CO. KG

## CERTIFICATION

I certify that on May 3, 2012, I caused the foregoing DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES PURSUANT TO FED. R. CIV. P. 37(a) to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF"). All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service under the Court's electronic filing procedures.

/s/ Robert N. Cook
_____
Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com