IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

    *Plaintiffs*,

  v.

WAGO CORPORATION and
WAGO KONTAKTTECHNIK GmbH & CO. KG,

    *Defendants*.

Civil Action No. 10-cv-718

**JURY TRIAL DEMANDED**

## APPEARANCE OF SCOTT S. BALBER

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc.  I certify that I am admitted to practice in this Court as of April 20, 2012.

Dated:  May 4, 2012

/s/     Scott S. Balber

Scott S. Balber (*admitted in W.D. Wisconsin*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  sbalber@chadbourne.com

**ATTORNEYS FOR PLAINTIFFS
ROCKWELL AUTOMATION, INC. AND
ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I certify that on May 4, 2012, I caused the foregoing APPEARANCE OF SCOTT S. BALBER to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") SystBem.  All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically.  There is no party requiring a different form of service under this Court's electronic filing procedures.

Dated:  May 4, 2012               /s/      Scott S. Balber

Scott S. Balber (*admitted in W.D. Wisconsin*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  sbalber@chadbourne.com

**ATTORNEYS FOR PLAINTIFFS**
**ROCKWELL AUTOMATION, INC. AND**
**ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

CPAM: 4662650.1