## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

Plaintiffs,

v.

Case No. 10-CV-718-WMC

WAGO CORPORATION and
WAGO KONTAKTTECHNIK GmbH & CO. KG,

Defendants.

## DECLARATION OF ARTHUR ZATARAIN, PE

I, Arthur Zatarain, PE, declare as follows:

1.      I have been retained by Plaintiffs Rockwell Automation, Inc. and Rockwell
Automation Technologies, Inc. ("Rockwell") as a technical expert consultant and potential
testifying expert witness in the above captioned lawsuit. I have personal knowledge of the
following facts and the contents submitted in each of the attached exhibits and if called to testify,
I could and would testify competently thereto.

2.      Attached as Exhibit AA is a true and correct, complete copy of my opening expert
report and supporting test report that is dated and was served on February 24, 2012 ("Zatarain
I").

3.      Attached as Exhibit BB is a true and correct, complete copy of my first
supplemental expert report and supporting test report that is dated and was served on March 2,
2012 ("Zatarain II").

1

4.      Attached as Exhibit CC is a true and correct, complete copy of my expert report that is dated and was served on March 23, 2012 which is in opposition to Defendants' expert's February 24, 2012 Declaration ("Zatarain III").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of May, 2012 at Metairie, LA.

Arthur Zatarain

2