# EXHIBIT BB

## ZATARAIN II

FIRST SUPPLEMENT TO THE FEBRUARY 24, 2012 OPENING
EXPERT REPORT OF ARTHUR ZATARAIN, PE

MARCH 2, 2012

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

                        Plaintiffs,

v.

WAGO CORPORATION and
WAGO KONTAKTTECHNIK GmbH & CO. KG,

                        Defendants.

Case No. 10-CV-718-WMC

---

**FIRST SUPPLEMENT TO THE FEBRUARY 24, 2012 EXPERT REPORT OF ARTHUR ZATARAIN ON BEHALF OF PLAINTIFFS ROCKWELL AUTOMATION, INC. AND ROCKWELL AUTOMATION TECHNOLOGIES, INC.**

415.    I, Arthur Zatarain, have been retained by Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. ("Rockwell") as a technical expert consultant and potential testifying expert witness in this lawsuit filed against WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG.  I am the same Arthur Zatarain who submitted the Expert Report that was served on February 24, 2012 (the "Report").  I submit this supplement in support of my Report.  The paragraphs in this supplement are numbered to follow in conjunction with or in sequence with my Report.

416.    Unless stated otherwise, the definitions from my Report apply herein.

417.    In Exhibit B to my Report I set forth a List of Documents Reviewed.  In addition to those materials, I have read the following materials:

        a.   WKT 041644 - WKT 042177

**3.    WAGO's Infringement of U.S. Patent No. 6,801,813**

        **p.    Claim 20**

354.    Claim 20 reads as follows:

      20. The system of claim 1, the industrial control program being a ladder logic program.

355.    Claim 20 includes the element "the industrial control program being a ladder logic program."  The industrial control program stored on the Infringing File System PLCs contains ladder logic instructions.

356.    Claim 20 is met literally, or in the alternative, under the doctrine of equivalents by the Infringing File System PLCs for at least the following reasons:

    a.  WAGO's 30(b)(6) witness agreed with the assertion that a WAGO customer could write a program "containing Ladder Logic instructions to employ the file system on the WAGO industrial controller to log data to a file." (See Albers 30(b)(6) Dep. Tr. 84:22-85:11).

    b.  My testing confirmed that the infringing File System PLC has ladder logic instructions to employ file system services to both log and read data to a file.

    c.  In the event that claim interpretation by the Court should result in no literal infringement, it is my view that any reasonable interpretation of this claim element would still result in infringement under the doctrine of equivalents since the industrial control program stored on the Infringing File System PLCs contains ladder logic instructions as set forth herein, and would thus perform substantially the same function in substantially the same way to yield substantially the same result.

357.    Based on the foregoing, and based on other information disclosed in this report, it is my opinion that WAGO has infringed and is infringing Claim 20 of the '813 patent literally, or in the alternative, under the doctrine of equivalents.

**4.    WAGO's Infringement of U.S. Patent No. 7,065,415**

391.    The asserted claims of the '415 patent are directed to "An editor for developing ladder logic programs that control operation of an industrial controller system, the editor comprising".  It is my opinion that the WAGO-I/O System provides an editor for developing ladder logic programs that control operation of an industrial controller system based on WAGO's 30(b)(6) deponent, Dr. Thomas Albers, admission of infringement of each and every element of the asserted claims of the '415 patent.  (See Albers 30(b)(6) Dep. 84:22-85:4; 85:6-11; 77:21-80:12; 85:13-86:15; 84:22-85:4, 91:1-8; 68:1-4; 80:25-81:3; 78:8-12:80-12; 86:5-15; 142:7-12). This was confirmed in my testing as noted in the attached Supplemental Test Report. .

Dated: March 2, 2012

_Arthur Zatarain_

Arthur Zatarain, PE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of March, 2012, pursuant to a written agreement between the parties' counsel governing service in this action, a copy of this document is being served by electronic mail on Defendants' counsel listed below at the email addresses listed below:

> Robert Cook, Esq.
> Whitham, Curtis, Christofferson & Cook, P.C.
> 11491 Sunset Hills Road, Suite 340
> Reston, Virginia 20190
> Tel.: (703) 787-9400, ext. 122
> Fax: (703) 787-7557
> Email: bob@wcc-ip.com

> John C. Scheller, Esq. (SBN 1031247)
> Michael Best & Friedrich LLP
> One South Pinckney Street – Suite 700
> Madison, WI 53703
> Tel.: (608) 257-3501
> Fax: (608) 283-2275
> Email: jcscheller@michaelbest.com

> */s/* Paul Tanck
> Paul Tanck

# Wago I/O Supplemental Test Notes

## March 2012

1. This report was prepared by Arthur Zatarain, Artzat Consulting, Metairie LA. Contact info 504-837-3090, artzat.com.

2. The Artzat project number was 2012-324. Testing was conducted at the office of Artzat Consulting in Metairie, LA. All testing and documentation was prepared by Arthur Zatarain.

3. This report provides test notes and related information on supplemental testing conducted in March 2012 on a WAGO 758-870-130 PLC. The tested PLC was made available to me following my initial report was submitted and could not be included in the original report.

4. The WAGO PLC is identified and was configured as follows:

    4.1. I/O-IPC-G2

        4.1.1. Unit marked with 758-870/0000-0130, s/n 188640007, HW 10 Rev 12, 27.01.2011

        4.1.2. Unit has CoDeSys holographic sticker on the bottom, SNR 100411750

        4.1.3. Fitted with 750-600 8 point digital I/O slice addressed as IX0.0-0.8 and QX0.0-0.8.

        4.1.4. Network connection to port X8 at 192.168.1.17.

        4.1.5. Alt-F2 gets to command console, log in to root with password=wago.

        4.1.6. Alt-F1 gets to VGA screen from Codesys. Alt-F3 gets to config screen.

        4.1.7. CoDeSys runtime plclinux_rt was located in dir /usr/sbin. The file is approx. 1.7Mb, dated 9/27/2011.

        4.1.8. Codesys working dir seems to be /home/codesys.

        4.1.9. External USB drive is mounted by Linux at /media/sda1.

        4.1.10. Attached I/O was an 8 input / 8 output module.

5. Test Procedure

    5.1. The same computer and network used in earlier testing was used to test the 758-870-130 IPC. The original demonstration program was modified to use the -130 variant as the target PLC. The program was also modified to use ladder logic instructions for file read, file write, and file close. Other program features including the use of a loadable external user routine were left unchanged.

    5.2. A CoDeSys project documentation printout is included at the end of this report.

    5.3. The demonstration program functioned in the same manner as the program tested on the -110 variant of the 870 PLC. A screenshot of the -130 program interface is shown below:



**Demonstration Interface Screen for 758-870-130 IPC**

```
Filename:              Wagotest_05.pro
Directory:             C:\Wagotest\Wagotest_758_870_130_2
Change date:           2.3.12 12:20:10 / V2.3
Title:                 Wago PLC demonstration
Author:                Arthur Zatarain
Version:               1.0
Description:           Demo package in Wago Pro CAA.
```





```
PROGRAM file_io_ld
VAR
END_VAR
```

input_switches (PRG-LD)

```
(* AMZ Feb 13 2012

Demo program to read physical input switches to activate
soft equivalent within program.
*)

PROGRAM input_switches
VAR
    Button_02: BOOL;
    But01_db: TON;
    soft_observer: BOOL;
    But02_db: TON;
END_VAR
```

0001

%IX0.0

But01_db

TON

IN          Q          soft_observer
PT          ET
t#500ms

( )

0002

%IX0.1                                                                    Button_02

( )

Machine (PRG-SFC)

```
0001   (* AMZ Feb 13 2012
0002
0003   Demonstration of screen animation adopted from Wago/CoDeSys demo.
0004   *)
0005
0006   PROGRAM Machine
0007   VAR
0008       X_pos: INT;
0009       Y_pos: INT;
0010       Counter: INT;
0011   END_VAR
```

Init

—Start

Go_Right

—X_pos = ▷

Go_Down

—Y_pos = ▷

Go_Left

—X_pos = 0

Go_Up

—Y_pos = ▷

Count

—TRUE

▷

Init

```
Init
```

Machine (PRG-SFC).Aktion Go_Right (ST)

| 0001 | X_pos := X_pos + 1 ; |

Machine (PRG-SFC).Action Go_Down (ST)

| 0001 | Y_pos := Y_pos + 1 ; |

Machine (PRG-SFC).Aktion Go_Left (ST)

| 0001 | X_pos := X_pos - 1 ; |

Machine (PRG-SFC).Action Go_Up (ST)

| 0001 | Y_pos := Y_pos - 1 ; |

Machine (PRG-SFC).Aktion Count (ST)

```
0001  Counter := Counter + 1 ;
0002
0003
0004
0005
0006
```

modify_delay (FUN-ST)

```
0001  (* AMZ Feb 13 2012
0002
0003  Demo program to process screen buttons to modify alarm and warning
0004  timer values.
0005  *)
0006
0007  FUNCTION modify_delay : BOOL
0008  VAR_INPUT
0009    delay_number : WORD;  (* which delay to modify *)
0010    delay_change : INT; (* variance *)
0011  END_VAR
0012  VAR
0013    tempw : WORD;
0014    temp_delay : INT;
0015    temp_secs : WORD;
0016
0017  END_VAR
```

```
0001  (* change delay time in seconds based on passed incremental value *)
0002
0003  modify_delay := FALSE;
0004
0005  CASE delay_number OF
0006      1 : temp_delay := TIME_TO_INT(delay01);
0007      2 : temp_delay := TIME_TO_INT(delay02);
0008  END_CASE
0009
0010  temp_delay := temp_delay / 1000;  (* convert ms to seconds *)
0011  temp_delay := temp_delay + delay_change;  (* convert in whole seconds *)
0012
0013  IF temp_delay < 5 THEN temp_delay := 5; END_IF
0014  IF temp_delay > 99 THEN temp_delay := 99; END_IF
0015  temp_secs := temp_delay;  (* delay in seconds *)
0016
0017  temp_delay := temp_delay * 1000;  (* back to ms *)
0018
0019  CASE delay_number OF
0020    1 : delay01 := INT_TO_TIME(temp_delay); delay01_secs := temp_secs;
0021    2 : delay02 := INT_TO_TIME(temp_delay); delay02_secs := temp_secs;
0022  END_CASE
0023
0024  modify_delay := TRUE;  (* return valu *)
0025
```

Output_LED (PRG-LD)

```
0001  (* AMZ Feb 13 2012
0002
0003  Ladder logic to provide global flash timer.
0004  *)
0005
0006  PROGRAM Output_LED
```



```
0007 | VAR
0008 |     Flash01: TON;
0009 |     Flash02: TON;
0010 |     Blink01: BOOL;
0011 |     Blink02: BOOL;
0012 | END_VAR
```

PLC_PRG (PRG-FBD)

```
0001 | (*  AMZ Feb 13 2012
0002 |
0003 | Main POU for Wago PLC demonstration.
```



| 0008 | Update the LED indicator LEDs |
| --- | --- |

```
Output_LED
```

| 0009 | Proces the functions related to button presses |
| --- | --- |

```
process_buttons
```

| 0010 | do not continue if stopped |
| --- | --- |

Stop——◁Return▷

| 0011 | Operate state machine when not stopped. |
| --- | --- |

```
Machine
```

process_buttons (PRG-ST)

| 0001 | PROGRAM process_buttons |
| --- | --- |
| 0002 | VAR |
| 0003 | |
| 0004 | END_VAR |

```
0001  (*  AMZ Feb 13 2012
0002      demo program button processor *)
0003
0004  (* increment passed value on first transition of the
0005  variable observer. The increment will depend on which linkable
0006  routine is present on the controller during runtime.
0007
0008  All versions of the demo function are called by the same
0009  function name MyTestFunction
0010  *)
0011
0012  IF observer   THEN
0013    demo_val := MyTestFunction(demo_val);
0014  (*  count01 := TRUE; *)
0015    observer := FALSE;
0016  END_IF;
0017
0018
0019  (* process buttons for delay value change. *)
0020
0021  IF del01u THEN
0022    modify_delay(1, 1);  (* timer 1 up 1 *)
0023    del01u := FALSE;
0024  END_IF
0025
0026  IF del01d THEN
0027    modify_delay(1, -1);  (* timer 1 up 1 *)
0028    del01d := FALSE;
0029  END_IF
0030
0031  IF del02u THEN
0032    modify_delay(2, 1);  (* timer 1 up 1 *)
0033    del02u := FALSE;
0034  END_IF
0035
0036  IF del02d THEN
0037    modify_delay(2, -1);  (* timer 1 up 1 *)
0038    del02d := FALSE;
0039  END_IF
```

```
0001  PROGRAM read_recipe
0002  VAR
0003      fname : STRING := 'none';
0004
0005
0006      tempw: WORD;
0007      new_recipe : INT;
0008      file_read: BOOL;
0009  END_VAR
0010  VAR_OUTPUT
0011  END_VAR
```

```
0001  (* AMZ Mar 2 2012
0002  Demonstration of Wago PLC program to read recipe information from a text file
0003  using the file services on the PLC.
0004
0005  Four files can be read as determined by variable cur_recipe.
0006
0007  The text file has 5 signifiant characters. First 2 are ascii decimal of
0008  warning delay.Then a space (or comma), then the stop delay.
0009  Minimum delay is 5 seconds, max is 99.
0010  *)
0011
0012  IF read_recipe_button THEN
0013        IF curr_recipe < 1 THEN
0014          new_recipe := 1;  (* try to load the first recipe file *)
0015        ELSE
0016          new_recipe := curr_recipe+1; (* next recipe file *)
0017        END_IF
0018      IF new_recipe > 4 THEN new_recipe := 1; END_IF  (* max of 4 recipes *)
0019
0020      CASE new_recipe OF
0021          1: fname := rec_fname_01;
0022          2: fname := rec_fname_02;
0023          3: fname := rec_fname_03;
0024          4: fname := rec_fname_04;
0025          ELSE fname := rec_fname_01;
0026      END_CASE
0027
0028      infile := 0;  (* clear file handle *)
0029      infile := SysFileOpen(fname, 'r');  (* try to open the file *)
0030      file_read_count := 0;  (* assume no bytes will be read *)
0031      IF (infile >0) THEN  (* file opend ok *)
0032          inbuff_addr := ADR(inbuffer);
0033          file_write := FALSE; (* signal io system to read from file *)
0034          file_io_ld;  (* use ladder instructions to read data into buffer *)
0035
0036      ELSE
0037           load_def_recipe := TRUE;  (* set defaults if no file read *)
0038      END_IF
0039      infile := 0;  (* clear file handle *)
0040
0041      IF (file_read_count >= readbytes) THEN    (* convert first 2 characters in the
0042                                          array to delay0 word *)
0043  (* remove ascii offset 48 *)
0044          tempw := ((inbuffer[0] - 48) * 10) + (inbuffer[1] - 48);
0045          IF tempw < 5 THEN tempw := 5; END_IF
0046          delay01_secs := tempw;
0047          tempw := tempw * 1000;  (* convert to milliseconds *)
0048          delay01 := WORD_TO_TIME(tempw);  (* warming timer *)
0049  (* skip over separator at [2] and get next 2 digits *)
0050          tempw := ((inbuffer[3] -48) * 10) + (inbuffer[4] - 48);
0051          IF tempw < 5 THEN tempw := 5; END_IF
0052          delay02_secs := tempw;
0053          tempw := tempw * 1000;  (* convert to milliseconds *)
0054          delay02 := WORD_TO_TIME(tempw);  (* stop timer *)
0055          curr_recipe := New_recipe;
0056      END_IF
0057
0058      read_recipe_button := FALSE;
```

```
0059  END_IF
0060
0061  IF load_def_recipe THEN
0062      new_recipe := 0;  curr_recipe:= 0;  (* use defaults *)
0063      fname := 'None - using default';
0064      delay01 := default_delay; delay02 := default_delay;
0065      delay01_secs := TIME_TO_WORD(default_delay / 1000);  (* delay in seconds *)
0066      delay02_secs := delay01_secs;
0067      load_def_recipe := FALSE;
0068      read_recipe_button := FALSE;
0069  END_IF
0070
```

```
write_recipe (PRG-ST)

0001  PROGRAM write_recipe
0002  VAR
0003      fname : STRING := 'none';
0004
0005      tempw: WORD;
0006      save_recipe : INT;
0007      ii : WORD;
0008
0009      write_file: BOOL;
0010  END_VAR
0011  VAR_OUTPUT
0012  END_VAR
```

```
0001  (* AMZ Feb 13 2012
0002  demonstration of Wago PLC program to write date into a file using
0003  the file services on the PLC. The files to be written is determined by
0004  variable curr_recipe. The file has two 2-characer values in a simple
0005  text file in the format ABxCD.  AB is the 2 character representation
0006  of the warning delay in seconds. The middle character x can be anything,
0007  and a space is used in this example.
0008  The final pair CD is the 2 char representation of the alarm time in seconds.
0009  *)
0010
0011  IF write_recipe_button THEN
0012      save_recipe := curr_recipe; (* local of current global recipe *)
0013      IF ((save_recipe <1) OR (save_recipe > 4)) THEN
0014          load_def_recipe := TRUE;
0015          read_recipe; (* use default values *)
0016          write_recipe_button := FALSE;
0017      END_IF
0018  END_IF
0019
0020  IF write_recipe_button THEN  (* still OK to write *)
0021      save_recipe := curr_recipe;  (* max of 4 recipes *)
0022      CASE save_recipe OF
0023          1: fname := rec_fname_01;
0024          2: fname := rec_fname_02;
0025          3: fname := rec_fname_03;
0026          4: fname := rec_fname_04;
0027      END_CASE
0028
0029  (* put space characters into the array to delay0 word *)
0030      FOR ii := 0 TO 9 DO
0031          outbuffer[ii] := 32;  (* ascii space *)
0032      END_FOR
0033      tempw := TIME_TO_WORD(delay01) / 1000; (* milliseconds to secs *)
0034      IF tempw < 5 THEN tempw := 5; END_IF  (* min time allowed *)
0035      IF tempw > 99 THEN tempw := 99;  END_IF (* max delay secs *)
0036      IF tempw > 9 THEN  (* need 2 digits *)
0037          outbuffer[0] := WORD_TO_BYTE(tempw / 10) + 48;  (* upper digit *)
0038      ELSE
0039          outbuffer[0] := 48;  (* upper digit is ascii 0*)
0040      END_IF
0041      outbuffer[1] := WORD_TO_BYTE(tempw MOD 10) + 48;  (* lower *)
0042
0043      tempw := TIME_TO_WORD(delay02) / 1000;
0044      IF tempw > 99 THEN tempw := 99; END_IF
0045      IF tempw > 9 THEN
```

```
0046        outbuffer[3] := WORD_TO_BYTE(tempw / 10) + 48;  (* upper digit *)
0047    ELSE
0048        outbuffer[3] := 48;  (* upper digit is ascii 0*)
0049    END_IF
0050    outbuffer[4] := WORD_TO_BYTE(tempw MOD 10) + 48;  (* lower *)
0051    outbuffer[5] := 16#0A; outbuffer[6] := 16#0D;  (* cr/lf pair *)
0052
0053 (* write buffer to file *)
0054    outfile := SysFileOpen(fname, 'w');  (* try to open the file *)
0055    writebytes := 10;  (* write all 10 bytes *)
0056
0057    IF (outfile > 0) THEN  (* file opend ok *)
0058      outbuff_addr := ADR(outbuffer);
0059      file_write := TRUE;  (* signal io system to write file *)
0060     file_io_ld; (* write to file using ladder logfc *)
0061      file_write := FALSE;
0062    END_IF
0063    write_recipe_button := FALSE;
0064 END_IF
0065
```

PLC_VISU



Observation



Machine

trend01

Wago 758- #4

Switch Screen #1

%t%H:%M:%S #2

Trend Data Screen #3

```
Data_points
0001
0002  VAR_GLOBAL
0003  END_VAR
0004
0005  VAR_GLOBAL CONSTANT
0006  END_VAR
0007
0008  VAR_GLOBAL RETAIN
0009  END_VAR
0010
0011  VAR_GLOBAL RETAIN
0012  END_VAR


Globale_Variablen
0001  VAR_GLOBAL
0002      Observer : BOOL;
0003      Warning : BOOL;
0004      Stop : BOOL;
0005      Start : BOOL;
0006      flash_state : BOOL;
0007      demo_val : WORD;
0008    (*  count01 : BOOL;  *)
0009      default_delay : TIME := t#6000ms;
0010        delay01 : TIME := t#6000ms;
0011      delay02 : TIME := t#6000ms;
0012      delay01_secs, delay02_secs : WORD := 6; (* delay in whole seconds *)
0013
0014      failed: BOOL;
0015      read_recipe_button : BOOL;
0016      write_recipe_Button : BOOL;
0017      recipe_01 : BOOL;
0018      curr_recipe : INT :=0; (* current recipe in use, start with defaults *)
0019      file_write : BOOL := FALSE;  (* false for file read, true for file write*)
0020  (* globals for read buffer *)
0021      infile: DWORD;    (* input file handle *)
0022      inbuffer: ARRAY[0..9] OF BYTE;
0023      inbuff_addr: DWORD;   (* address of inbuffer *)
0024      readbytes: DWORD := 5;   (* read only 5 bytes, 2 values sep by comma or space *)
0025      file_read_count: DWORD;
0026      read_file_close_err : BOOL;
0027
0028  (* globaks for write buffer *)
0029      outfile: DWORD;
0030      outbuffer: ARRAY[0..9] OF BYTE;
0031      outbuff_addr: DWORD;
0032      writebytes: DWORD := 10;   (* read only 10 bytes,*)
0033      file_write_count: DWORD;
0034      write_file_close_err : BOOL;
0035
0036  (* note: file names are platform specific *)
0037
0038      rec_fname_01 : STRING := 'recipe01.txt';
0039      rec_fname_02 : STRING := 'recipe02.txt';
0040      rec_fname_03 : STRING := '/media/sda1/recipe03.txt';
0041      rec_fname_04 : STRING := '/media/sda1/recipe04.txt';
0042
0043      load_def_recipe : BOOL := FALSE; (* this can be set globally *)
0044
0045      change_visu_button : BOOL := FALSE;
0046      soft_sel_visu : BOOL := FALSE;
0047      cur_visu: WORD := 1;
0048      new_visu: WORD := 1;
```

| | |
|---|---|
| 0049 | |
| 0050 | del01u : BOOL := FALSE; (* button for delay01 up *) |
| 0051 | del01d : BOOL := FALSE; (* button for delay01 down *) |
| 0052 | del02u : BOOL := FALSE;  (* button for delay02 up *) |
| 0053 | del02d : BOOL := FALSE; (* button for delay02 down *) |
| 0054 | END_VAR |

Input_Output

| | |
|---|---|
| 0001 | |
| 0002 | VAR_GLOBAL |
| 0003 | END_VAR |
| 0004 | |
| 0005 | VAR_GLOBAL CONSTANT |
| 0006 | END_VAR |
| 0007 | |
| 0008 | VAR_GLOBAL RETAIN |
| 0009 | END_VAR |

Variablen_Konfiguration

| | |
|---|---|
| 0001 | VAR_CONFIG |
| 0002 | END_VAR |

PLC Configuration
*PLC Configuration (Id.: 8765)
  Node number:  -1
  Input address: %IB0
  Output address: %QB0
  Diagnostic address: %MB0
  Download:  1
  AutoAdr:  1

  *K-Bus[FIX] (Id.: 11994)
    Node number:  0
    Input address: %IB0
    Output address: %QB0
    Diagnostic address: %MB0
    Download:  1
    AutoAdr:  1

    *0750-1502 8DI / 8DO 24V DC 0.5A Ribbon Cable[VAR] (Id.: 2000034008)
      Node number:  0
      Input address: %IB0
      Output address: %QB0
      Diagnostic address: %MB0
      Download:  1
      AutoAdr:  1
      Channels:
          AT %IX0.0: BOOL; (* Ch_1 Digital input *) [CHANNEL (I)]
          LED01 AT %QX0.0: BOOL; (* First output *) [CHANNEL (Q)]
          AT %IX0.1: BOOL; (* Ch_2 Digital input *) [CHANNEL (I)]
          LED02 AT %QX0.1: BOOL; (* Ch_2 Digital output *) [CHANNEL (Q)]
          AT %IX0.2: BOOL; (* Ch_3 Digital input *) [CHANNEL (I)]
          LED03 AT %QX0.2: BOOL; (* Ch_3 Digital output *) [CHANNEL (Q)]
          AT %IX0.3: BOOL; (* Ch_4 Digital input *) [CHANNEL (I)]
          LED04 AT %QX0.3: BOOL; (* Ch_4 Digital output *) [CHANNEL (Q)]
          AT %IX0.4: BOOL; (* Ch_5 Digital input *) [CHANNEL (I)]
          LED05 AT %QX0.4: BOOL; (* Ch_5 Digital output *) [CHANNEL (Q)]
          AT %IX0.5: BOOL; (* Ch_6 Digital input *) [CHANNEL (I)]
          LED06 AT %QX0.5: BOOL; (* Ch_6 Digital output *) [CHANNEL (Q)]
          AT %IX0.6: BOOL; (* Ch_7 Digital input *) [CHANNEL (I)]
          LED07 AT %QX0.6: BOOL; (* Ch_7 Digital output *) [CHANNEL (Q)]
          AT %IX0.7: BOOL; (* Ch_8 Digital input *) [CHANNEL (I)]
          LED08 AT %QX0.7: BOOL; (* Ch_8 Digital output *) [CHANNEL (Q)]

  *Internal Digital I/O[FIX] (Id.: 9)
    Node number:  1
    Input address: %IB512
    Output address: %QB512
    Diagnostic address: %MB0

```
     Download:  1
     AutoAdr:  1


   *Internal Digital Inputs[FIX] (Id.: 10)
      Node number:  0
      Input address: %IB512
      Output address: %QB512
      Diagnostic address: %MB4
      Download:  1
      AutoAdr:  1
      Channels:
         DIN1 AT %IX2300.0: BOOL; (* Internal Digital Input Bit 1 *) [CHANNEL (I)]
         DIN2 AT %IX2300.1: BOOL; (* Internal Digital Input Bit 2 *) [CHANNEL (I)]


   *Internal Digital Outputs[FIX] (Id.: 11)
      Node number:  1
      Input address: %IB513
      Output address: %QB512
      Diagnostic address: %MB8
      Download:  1
      AutoAdr:  1
      Channels:
         DOUT1 AT %QX2300.0: BOOL; (* Internal Digital Output Bit 1 *) [CHANNEL (Q)]
         DOUT2 AT %QX2300.1: BOOL; (* Internal Digital Output Bit 2 *) [CHANNEL (Q)]

  *Fieldbus variables[FIX] (Id.: 2010310001)
     Node number:  3
     Input address: %IB0
     Output address: %QB0
     Diagnostic address: %MB0
     Download:  1
     AutoAdr:  1
Task configuration
```

Task configuration
    System events
        PLC_PRG_TASK (PRIORITY := 1, INTERVAL := T#10ms
           PLC_PRG
        VISU_TASK (PRIORITY := 15, INTERVAL := T#200ms
           MAINTARGETVISU_PAINT_COD
        VISU_INPUT_TASK (PRIORITY := 14, INTERVAL := T#50ms
           MAINTARGETVISU_INPUT_COD
        TREND_TASK (PRIORITY := 13, INTERVAL := T#200ms

Call Tree of PLC_PRG (PRG-FBD)

```
PLC_PRG ──── INPUT_SWITCHES ──── TON
        ──── READ_RECIPE ──── SYSFILEOPEN
                         ──── FILE_IO_LD ──── SYSFILEREAD
                                         ──── SYSFILECLOSE
                                         ──── SYSFILEWRITE
        ──── WRITE_RECIPE ──── READ_RECIPE ──── SYSFILEOPEN
                                           ──── FILE_IO_LD ──── SYSFILEREAD
                                                           ──── SYSFILECLOSE
                                                           ──── SYSFILEWRITE
                         ──── SYSFILEOPEN
                         ──── FILE_IO_LD ──── SYSFILEREAD
                                         ──── SYSFILECLOSE
                                         ──── SYSFILEWRITE
        ──── TOF
```



```
Project information                                  A
file_io_ld (PRG-LD)                                  1
input_switches (PRG-LD)                              2
Machine (PRG-SFC)                                    3
Machine (PRG-SFC).Aktion Go_Right (ST)               4
Machine (PRG-SFC).Action Go_Down (ST)                4
Machine (PRG-SFC).Aktion Go_Left (ST)                4
Machine (PRG-SFC).Action Go_Up (ST)                  4
Machine (PRG-SFC).Aktion Count (ST)                  4
modify_delay (FUN-ST)                                4
Output_LED (PRG-LD)                                  4
PLC_PRG (PRG-FBD)                                    5
process_buttons (PRG-ST)                             7
read_recipe (PRG-ST)                                 7
write_recipe (PRG-ST)                                9
PLC_VISU                                            10
trend01                                             10
Data_points                                         11
Globale_Variablen                                   11
Input_Output                                        12
Variablen_Konfiguration                             12
PLC Configuration                                   12
Task configuration                                  13
Call Tree of PLC_PRG (PRG-FBD)                      13
```