

## Artzat Consulting, LLC
401 Arlington Dr.
Metairie, LA.  70001 USA

*Engineering and Operations Consulting*

www.artzat.com

**(504) 837-3090**
**Central Time**
arthur@artzat.com

# Arthur Zatarain, PE

Equipment, Controls, Instrumentation,

and Electrical / Electronic Systems

**October 2011**



Exhibit A

### CURRENT AFFILIATIONS

**Artzat Consulting, LLC - 1997 to Present (concurrent with fulltime positions prior to Sep 2009)**
**Engineering Consultant**
Consulting for technical and commercial matters related to intellectual property, accidents and damages, and design & operations. Practice areas include industrial equipment, electrical and electronic engineering, computers & computerized devices, industrial automation & control, and construction.  Fulltime consulting since Sept 2009.

**VersaTech Automation Services – April 2009 to Present**
**Senior Consultant**
Serve in an adjunct advisory capacity for design, manufacture, and service of industrial control and automation systems for a variety of mechanical and process applications, with operations in Houston, New Orleans, and Dubai.

### PRIOR CAREER EXPERIENCE

**Stewart Enterprises Inc. – July 2008 to Sept 2009**
**Director of Stewart Resource Center**
Stewart Resource Center (SRC) is the in-house Architecture and Engineering entity that designs and manages the construction of 300+ commercial properties owned and operated by Stewart Enterprises, Inc. throughout North America.

**TEST Automation & Controls, Inc. (TEST Inc.) – 1988-2008**
**1997-2008: VP- Operations**
**1995-1997: VP - Engineering**
**1988-1995: Engineering Manager**
TEST is a publicly held industrial manufacturing firm dealing with automation and controls, providing design, manufacturing, and construction for projects worldwide. The automation systems used electrical, electronic, pneumatic, and hydraulic technologies. Joined TEST via acquisition of Dataran in 1988. Retired from TEST in July 2008.  The company, as a division of Natco (NYSE:NTG), was absorbed into Cameron International (NYSE:CAM) in Nov 2009.

### Dataran Corporation - 1980-1987 (acquired by TEST in '88)
**Principal Engineer**
A professional engineering consulting firm that designed and managed the installation of industrial power, control, and automation systems. Also developed and manufactured high performance PC "clone" computers specially configured for industrial and CAD applications. The proprietary technology evolved into TEST's SCADAWARE® telemetry product line when acquired by TEST in January of 1988.

### Shell Offshore - 1977-1980
**Electrical & Electronic Engineer**
Technical Specialist for major oil producer. Duties included design for power, automation, safety and control systems, and communications. Also conducted training sessions related to controls, instrumentation, and computer programming.

### University of New Orleans School of Engineering - (full and part time 1977-81)
Served as an instructor of Engineering at UNO in both the Electrical and Mechanical departments while working at Shell and Dataran. Courses included basic electricity, mechanics, fluids, and electronics.

### SECO Industries - 1976-1977
**Design & Construction Engineer**
Design and project engineer for power distribution, controls, and safety systems, focusing on industrial and offshore oilfield environments.

### Boeing Services - 1975-1976
**Industrial Equipment Engineer**
Design and specification of maintenance related equipment, both mechanical and electrical for NASA's Michoud Assembly Plant in New Orleans.

### Coulter Electronics - 1973-74
**Medical Equipment Service Technician**
Installed and maintained particle counting and blood analysis equipment for industrial and medical laboratories.


## ACADEMIC & PROFESSIONAL ACHIEVEMENTS

- University of New Orleans, B.S. Engineering 1975, M.S. Engineering 1979
- Registered Professional Electrical Engineer: LA (1980), CA (1992), AK (1992), AL (1997)
- Registered Professional Control Systems Engineer: Louisiana (1993)
- Certified Member: National Academy of Forensic Engineers (NAFE)
- Licensed Member: National Society of Professional Engineers (NSPE)
- Senior Member: The International Society of Automation (ISA)
- Senior Member: Institute of Industrial Engineers (IIE)
- Professional Member: American Society of Safety Engineers (ASSE)
- Member: Institute of Electrical and Electronic Engineers (IEEE)
- Member: Louisiana Engineering Society
- Certified Systems Integrator - Institute of Industrial Engineers (1991)
- Certified in Computer Forensics – Oregon State University (2004)
- Licensed Master Electrician, Texas. (2009)
- Qualifying Party for Contractor in Louisiana, Texas, Tennessee, Mississippi
- U.S. Patent No. 5,103,395 for Automated Nuclear Medical Device, (1992 )

**PUBLICATIONS AND PRESENTATIONS**

- Don't Gamble with your Safety Instrumented System, Plant Services Magazine, July 2010
- Be Smart about Intellectual Property, Plant Services Magazine, October 2009
- Testing Redundant Systems, Plant Services Magazine, March 2006
- Control Systems Reliability, Plant Services Magazine, March 2005
- Safety and Procurement Management, US Bus Review, Mar 2004 (w/Bill Smitka)
- PC Based SCADA Systems - Trinidad and Tobago - 1995
- Smart RTU & SCADA for Offshore - Abu Dhabi, UAE - 1993
- Shell Oil SCADA Instrumentation, Annually 1977 thru 1993
- Packet Radio for SCADA Applications, ENTELEC Conference, Dallas, 1992
- PC Based Data Acquisition, Am. Soc. of Quality Engrs., Atlantic City, 1986
- Personal Computers for Technical Users, ISA Philadelphia, Oct 1985
- Offshore Safety Systems, ISA '83, Houston, Texas (w/ Bob Bailliet).
- Economics of Wind Generated Power, ASME 1978, Houston, TX. (w/ Bill Janna)

-end-

# Deposition and Trial Testimony of
# Arthur Zatarain, PE
## 2008 to 2/24/2011

1. Deposition – 12/21/2011  Individuals, Transocean, Halliburton, Cameron, Swaco, Weatherford, Anadarko, Moex and US Government v **BP**, USDC Eastern District of Louisiana, MDL 2179

2. Deposition -  12/14/2011 - **Micro Motion, Inc.** v. Krohne, Inc., Krohne Messtechnik GmbH & Co. KG, USDC Massachusetts, Civil Action No. 09-CV-10319-NG

3. Court Testimony – 6/8/2011 **Key Energy** v CC Forbes and Petron Industries, USDC Eastern Texas, Case No. 2:08-CV-346-DF-CE.

4. Deposition – 4/21/2011 **Key Energy** v CC Forbes and Petron Industries, USDC Eastern Texas, Case No.. 2:08-CV-346-DF-CE.

5. Deposition: 4/4/2011 Matt Koessel v Hyundai Motor Manufacturing…**Meta Control**, Circuit Court of Montgomery AL, Case CV-08-865

6. Deposition: 2/9/2011  LA County Sanitation District No 2 v **Siemens Power Generation**, Superior court of California, Orange County, Case No. 30-2009-00330264.

7. Deposition: 1/7/2011  TI Pneumotive v Ecological Tanks and **Yasunaga Corp**, Parish of Ouachita, Louisiana, Case No. 04-1128.

8. Deposition (video):  4/8/2010   Gilbarco v **Franklin**, USDC of North Carolina, Greensboro Div., Civil action 1:06-000585-JAB-PTS

9. Deposition (video):  3/31/2010   Gilbarco v **Franklin**, USDC of North Carolina, Greensboro Div., Civil action 1:06-000585-JAB-PTS

10. Deposition: 3/26/2011 MicroMotion v Krohne, USDC of Massachusetts, Civil Action No. 09-CV10319-NG.

11. Deposition: 3/10/2009  Clinton C Holman Jr v **Blout International Inc** et al, Circuit court of Jefferson County, Alabama, 01-CV-2006-001873.00

12. Deposition: 6/17/2008  **Oceaneering Int'l** v GRI Simulations, USDC Western Dist LA, Civil Action No CV05-0258