EXHIBIT B

List of Documents Reviewed

| Document | Bates No. |
|---|---|
| WAGO I/O SYSTEM - Full Line Catalog 2010/2011 | |
| WAGO-I/O-PRO CAA Compatibility Chart | ROCK0007738-ROCK0007744 |
| CoDeSys 2.3 Manual | ROCK0007278-ROCK0007737 |
| CoDeSys V3.x User Documentation | ROCK0007745-7762 |
| 750-841 Manual Section 3.1.7 | ROCK0008463 |
| 758-870/000-110 Manual Section 11-12 | ROCK0008687-ROCK0008720 |
| WAGO Speedway 767-2301 and 767-2501 Manuals | |
| C-Code in Codesys | |
| Creating and Linking External C Library Functions - Document V1.0 | |
| Ds Response to 2d Set Ints (with exhibits) | |
| Ds Response to Ps 1st Set of Ints (2011-10-07) | |
| Ds Resonse to 1st Set of Requests for Admission (2012-02-02) | |
| Ds Response to Ps 3d Set of Ints (20111-12-21) | |
| Ds Rule 26(a)(1) Disclosures | |
| Supp to Ds Non-Infringement Contentions (with exhibits) (2011-11-22) | |
| 750-841 Powerpoint | ROCK0006768-ROCK0006823 |
| Codesys Powerpoint | ROCK0006824-ROCK0006861 |
| CoDeSys Brochure | WCP 10001-20 |
| | WCP10021-24 |
| | WCP22688-WCP22705 |
| | WCP22837-WCP22855 |
| 750-880 Datasheet | ROCK0006862-ROCK0006863 |

| | |
|---|---|
| 750-880 Manual | ROCK0006864-ROCK0007277 |
| Codesys 2.3 Manual | ROCK0007278-ROCK0007737 |
| Codesys Compatability | ROCK0007738-ROCK0007744 |
| 8880 Powerpoint | ROCK0007785-ROCK0007784 |
| Ethernet Controller Brochure | ROCK0007785-ROCK0007812 |
| | ROCK0007813-ROCK0007826 |
| IPC Brochure PPT | ROCK0007851-ROCK0007859 |
| SysFileLib | ROCK0007860-ROCK0007873 |
| 758-870xxx Manual | ROCK0007894-ROCK0008127 |
| 758-874 Manual | ROCK0008128-ROCK0008317 |
| 758-870 Quickstart (trend) | ROCK0008318-ROCK0008349 |
| Pro32 Compatability | ROCK0008350-ROCK0008350 |
| 750-841 Manual | ROCK0008375-ROCK0008604 |
| Whitepaper | ROCK0008605-ROCK0008607 |
| Deposition Transcripts fo Rinn, Albers, Decramer, Artmann | |
| Patents and related prosecution histories of the '232, '974, '813, '415 patents | |
| | |
| | |
| | |
| | |

CPAM: 4538481.1