EXHIBIT A

List of Materials Considered

1. I have reviewed a number of materials, including all of the materials set forth in my Opening Expert Report and Supplement.

2. I have studied the patents in suit and their respective prosecution histories.

3. I have reviewed the Hooper declaration and the documents upon which it relies upon.

4. I have reviewed the file wrappers for the Chuo, Stripf, Li, and Yukutomo references.

5. I have reviewed the documents cited in my rebuttal report.