UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Rockwell Automation, Inc. and
Rockwell Automation Technologies, Inc.,

        Plaintiffs,

vs.

WAGO Corporation and
WAGO Kontakttechnik GmbH & Co., KG,

        Defendant.

Case No. 10-cv-718

Judge: William M. Conley

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David L. De Bruin and Gilbert E. Espinoza of Michael Best & Friedrich LLP has been retained as counsel for defendants, WAGO Corporation and WAGO Kontakttechnik GmbH & Co., KG ("WAGO") in connection with this lawsuit. Please serve all pleadings, correspondence and communications of whatever kind at the addresses and e-mails noted below.

Dated this 15th day of June, 2012.

**MICHAEL BEST & FRIEDRICH LLP**

By: _____
    David L. De Bruin, Esq., SBN 1016776
    dldebruin@michaelbest.com
    100 East Wisconsin Avenue
    Suite 3300
    Milwaukee, WI 53202-4108
    Telephone: (414) 271-6560
    Fax: (414) 277-0656
    Email: dldebruin@michaelbest.com

    Gilberto E. Espinoza SBN 6277437
    Two Prudential Plaza
    180 North Stetson Avenue
    Suite 2000
    Chicago, IL 60601-6710
    Telephone: (312) 596-5802
    Fax: (312) 222-0818
    Email: geespinoza@michaelbest.com

    John C. Scheller, SBN 1031247
    One South Pinckney Street, Suite 700
    Madison, WI 53703
    Telephone: (608) 257-3501
    Fax: (608) 283-2275
    Email: jcscheller@michaelbest.com

    Co-Counsel
    Robert N. Cook, VA SBN 34611*
    Whitham, Curtis, Christofferson & Cook, PC
    11491 Sunset Hills Road, Suite 340
    Reston, VA 20190
    Telephone: (703) 787-9400
    Fax: (703) 787-7557
    Email: bob@wcc-ip.com

Attorneys for Defendants
WAGO Corporation and
WAGO Kontakttechnik GmbH & Co. KG

*Application for admission to the Western District of Wisconsin pending.

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2012, I caused true and correct copies of the Notice of Appearance to be served on all counsel of record by filing with the Court's ECF System.

/s/ David L. De Bruin
David L. De Bruin
