UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Rockwell Automation, Inc. and
Rockwell Automation Technologies, Inc.,

        Plaintiffs,

vs.

WAGO Corporation and
WAGO Kontakttechnik GmbH & Co., KG,

        Defendant.

Case No. 10-cv-718

Judge: William M. Conley

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David L. De Bruin and Gilbert E. Espinoza of Michael Best & Friedrich LLP has been retained as counsel for defendants, WAGO Corporation and WAGO Kontakttechnik GmbH & Co., KG ("WAGO") in connection with this lawsuit. Please serve all pleadings, correspondence and communications of whatever kind at the addresses and e-mails noted below.

Dated this 18th day of June, 2012.

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/ David L. De Bruin
David L. De Bruin, Esq., SBN 1016776
dldebruin@michaelbest.com
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Telephone: (414) 271-6560
Fax: (414) 277-0656
Email: dldebruin@michaelbest.com

Gilberto E. Espinoza SBN 6277437
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601-6710
Telephone: (312) 596-5802
Fax: (312) 222-0818
Email: geespinoza@michaelbest.com

John C. Scheller, SBN 1031247
One South Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501
Fax: (608) 283-2275
Email: jcscheller@michaelbest.com

Co-Counsel
Robert N. Cook, VA SBN 34611*
Whitham, Curtis, Christofferson & Cook, PC
11491 Sunset Hills Road, Suite 340
Reston, VA 20190
Telephone: (703) 787-9400
Fax: (703) 787-7557
Email: bob@wcc-ip.com

Attorneys for Defendants
WAGO Corporation and
WAGO Kontakttechnik GmbH & Co. KG

*Application for admission to the Western District of Wisconsin pending.

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2012, I caused true and correct copies of the Notice of Appearance to be served on all counsel of record by filing with the Court's ECF System.

/s/ David L. De Bruin
David L. De Bruin