# EXHIBIT 1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 10-CV-718-WMC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* National Oilwell Varco, L.P.
was received by me on *(date)* 05/22/2012 .

☑ I served the subpoena by delivering a copy to the named person as follows:   I delivered the document to

Amber Carrouth, Agent of service for CT Corporatin System, Registered Agent for National Oilwell Varco, L.P.

on *(date)* 05/22/2012 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/24/12

*Server's signature*

Carlos Barrera - Private Process Server
*Printed name and title*

1920 Abrams Pkwy., #375
Dallas, TX 75201
*Server's address*

Additional information regarding attempted service, etc:

I delivered the document at the address of 350 North Saint Paul St., Ste. 2900, Dallas, TX 75201.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10-CV-718-WMC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* National Oilwell Varco, L.P.
was received by me on *(date)* 05/22/2012 .

☑ I served the subpoena by delivering a copy to the named individual as follows: I delivered the document to Amer Carrouth, Agent of service for CT Corporation System, Registered Agent for National Oilwell Varco, L.P.
on *(date)* 05/22/2012 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/22/12

*Server's signature*

Carlos Barrera - Private Process Server
*Printed name and title*

1920 Abrams Pkwy., #375
Dallas, TX 75201
*Server's address*

Additional information regarding attempted service, etc:

I delivered the document at the address of 350 North Saint Paul St., Ste. 2900, Dallas, TX 75201.