UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Rockwell Automation, Inc. and
Rockwell Automation Technologies, Inc.,

                Plaintiffs,                          Case No. 10-cv-718

      vs.                                  Judge William M. Conley

WAGO Corporation and
WAGO Kontakttechnik Gmbh & Co., KG,

                Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Marshall J. Schmitt of Michael Best & Friedrich LLP has

been retained as counsel for defendants, WAGO Corporation and WAGO Kontakttechnik GmbH

& Co., KG ("WAGO") in connection with this lawsuit.  Please serve all pleadings,

correspondence and communications of whatever kind at the addresses and e-mails noted below.

Dated this 24th day of July 2012.

                                       **MICHAEL BEST & FRIEDRICH LLP**

                                       By:  _/s/ *Marshall J. Schmitt*_
                                            David L. De Bruin, Esq., SBN 1016776
                                            100 East Wisconsin Avenue, Suite 3300
                                            Milwaukee, WI  53202-4108
                                            Telephone:  (414) 271-6560
                                            Fax:  (414) 277-0656
                                            Email:  dldebruin@michaelbest.com

Marshall J. Schmitt, SBN 6184893
Gilberto E. Espinoza, SBN 6277437
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL  60601-6710
Telephone:  (312) 222-0800
Fax:  (312) 222-0818
Email:  mjschmitt@michaelbest.com
Email:  geespinoza@michaelbest.com

John C. Scheller, SBN 1031247
One South Pinckney Street, Suite 700
Madison, WI  53703
Telephone:  (608) 257-3501
Fax:  (608) 283-2275
Email:  jcscheller@michaelbest.com

Co-Counsel:
Robert N. Cook, VA SBN 34611*
Whitham, Curtis, Christofferson & Cook, PC
11491 Sunset Hills Road, Suite 340
Reston, VA  20190
Telephone:  (703) 787-9400
Fax:  (703) 787-7557
Email:  bob@wcc-ip.com

Attorneys for Defendants
WAGO Corporation and
WAGO Kontakttechnik GmbH & Co. KG

*Application for admission to the Western District of Wisconsin pending.

## CERTIFICATE OF SERVICE

I, Marshall J. Schmitt, an attorney, hereby certify that on July 24, 2012, a true and correct copy of this Notice of Appearance was filed with the Court's CM/ECF system, which provides service to all counsel of record via electronic mail.


    /s/ *Marshall J. Schmitt*
Marshall J. Schmitt