UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. AND ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                      Plaintiffs,

        -against-                      Case No. 3:10-CV-718-WMC

WAGO CORPORATION AND WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                      Defendants.

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION

TO ALL PARTIES, NON-PARTY NATIONAL OILWELL VARCO L.P., AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE THAT plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc., by their attorneys, hereby withdraw Docket Entry 120 and supporting declaration Docket Entry 121, without prejudice.

Dated:  August 9, 2012            /s/ Scott S. Balber_____
                                              Scott S. Balber (admitted in W.D. Wis.)
                                              Paul J. Tanck (admitted in W.D. Wis.)
                                              Lisa Schapira (admitted in W.D. Wis.)
                                              Chadbourne & Parke LLP
                                              30 Rockefeller Plaza
                                              New York, NY  10112
                                              Tel.:  (212) 408-5100
                                              Fax:  (212) 541-5369
                                              Email:  sbalber@chadbourne.com
                                                                 ptanck@chadbourne.com
                                                                 lschapira@chadbourne.com

                                              COUNSEL FOR PLAINTIFFS ROCKWELL
                                              AUTOMATION, INC. &  ROCKWELL
                                              AUTOMATION TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  August 9, 2012

/s/ Lisa Schapira
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  lschapira@chadbourne.com