UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. AND ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                                             Plaintiffs,

                    -against-

WAGO CORPORATION AND WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                                             Defendants.

Case No. 3:10-CV-718-WMC

# DECLARATION OF PAUL J. TANCK IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

I, Paul J. Tanck, declare as follows:

1. I am an associate with the law firm of Chadbourne & Parke LLP, counsel to Plaintiffs Rockwell Automation Technologies Inc. and Rockwell Automation Inc. (collectively "Rockwell") in this action. I make this declaration based on personal knowledge.

2. Defendants Wago Corporation and Wago Kontakttechnik GmbH & CO. KG ("Defendants") did not notice a single fact witness deposition in this case until July 9, 2012.

3. Between July 9, 2012 and today, Defendants have noticed 22 depositions. A list of those depositions is provided in the table below. In certain instances Defendants have served additional amended deposition notices or have issued new subpoenas with different locations and dates, which are not reflected in the chart.

|  | DATE NOTICED | DEPONENT | DEPOSITION DATE AS SET FORTH IN NOTICE | DEPOSITION LOCALE |
|---|---|---|---|---|
| 1. | July 9, 2012 | Jeffrey L. Hamilton | July 19, 2012 | Milwaukee, Wisconsin |
| 2. | July 9, 2012 | James J. Kay | July 23, 2012 | Cleveland, Ohio |
| 3. | July 9, 2012 | David Allen Johnston | July 23, 2012 | Cleveland, Ohio |
| 4. | July 9, 2012 | Stuart Siegel | July 24, 2012 | Cleveland, Ohio |
| 5. | July 9, 2012 | Gregory A. Majcher | July 24, 2012 | Cleveland, Ohio |
| 6. | July 25, 2012 | Ronald Bliss | July 26, 2012 | Mayfield Heights, Ohio |
| 7. | July 25, 2012 | Dan Schumacher | July 27, 2012 | Mayfield Heights, Ohio |
| 8. | June 27, 2012 | Rockwell Automation Inc. | July 27, 2012 | Milwaukee, Wisconsin |
| 9. | June 27, 2012 | Rockwell Automation Technologies Inc. | July 26, 2012 | Milwaukee, Wisconsin |
| 10. | July 20, 2012 | Stephen Blech | August 2, 2012 | Cleveland, Ohio |
| 11. | July 26, 2012 | Turocy & Watson LLP | August 13, 2012 | Cleveland, Ohio |
| 12. | August 6, 2012 | Emmett Murtha | August 9, 2012 | New York, New York |
| 13. | August 6, 2012 | Robert Meeker | August 14, 2012 | Milwaukee, Wisconsin |
| 14. | August 6, 2012 | Alan Cribbs | August 14, 2012 | Cleveland, Ohio |
| 15. | August 6, 2012 | Amy Rybacki | August 16, 2012 | Milwaukee, Wisconsin |
| 16. | August 6, 2012 | Rockwell Automation Inc. II | August 16, 2012 | Milwaukee, Wisconsin |
| 17. | August 6, 2012 | Rockwell Automation Technologies Inc. II | August 16, 2012 | Milwaukee, Wisconsin |
| 18. | August 7, 2012 | Shelly Urdaneta | August 15, 2012 | Cleveland, Ohio |
| 19. | August 7, 2012 | William Kegley | August 14, 2012 | Minneapolis, Minnesota |
| 20. | August 7, 2012 | Gregory Bell | August 15, 2012 | Milwaukee, Wisconsin |

|     | DATE NOTICED | DEPONENT | DEPOSITION DATE AS SET FORTH IN NOTICE | DEPOSITION LOCALE |
| --- | --- | --- | --- | --- |
| 21. | August 7, 2012 | EBSnet, Inc. | August 21, 2012 | Littleton, Massachusetts |
| 22. | August 17, 2012 | EBS Inc. | August 27, 2012 | Groton, Massachusetts |

4. Between July 17, 2012 and today, Rockwell has defended fourteen of the above-referenced depositions, including the depositions of Ronald Bliss, Jeffrey, L. Hamilton, David Allen Johnston, James J. Kay, Gregory A. Majecher, Robert Meeker, Emmett Murtha, Dan Schumacher, Stuart Siegel, Arthur Zatarain, two 30(b)(6) depositions for Rockwell Automation Technologies Inc., and two 30(b)(6) depositions of Rockwell Automation Inc.

5. Rockwell began taking fact witness depositions beginning on November 3, 2011. Since that date, Rockwell has taken thirteen depositions, with the last deposition occurring on June 13, 2012.

6. On August 3, 2012, in accordance with the August 26, 2012 Pretrial Order (Docket 22), Defendants provided reports from their two damages experts, Richard Bero and Robert Vigil. As such, those two critical depositions were always set to proceed in August, after submission of the reports.

7. The schedule of remaining depositions, as it stands today, is set forth below:

|     | DATE | NOTICED BY: | DEPONENT | DEPOSITION LOCALE |
| --- | --- | --- | --- | --- |
| 1. | 8/20 | Defendants | Amy Rybacki | Milwaukee, Wisconsin |
| 2. | 8/20 | Defendants | Rockwell Automation, Inc. 30(b)(6) | Milwaukee, Wisconsin |
| 3. | 8/20 | Defendants | Rockwell Automation, Technologies, Inc. 30(b)(6) | Milwaukee, Wisconsin |

|    | DATE | NOTICED BY: | DEPONENT | DEPOSITION LOCALE |
|----|------|-------------|----------|-------------------|
| 4. | 8/21 | Defendants | EBSNet, Inc. | Littleton, Massachusetts |
| 5. | 8/21 | Plaintiffs | WCP | Waukesha, Wisconsin |
| 6. | 8/23 | Defendants | Turocy & Watson LLP | Cleveland, Ohio |
| 7. | 8/23 | Plaintiffs | Jens Adler | London, England |
| 8. | 8/23 | Plaintiffs | Sven Hohorst | London, England |
| 9. | 8/24 | Defendants | Kurt Braun | Los Angeles, California |
| 10. | 8/27 | Defendants | Gregory Bell | Milwaukee, Wisconsin |
| 11. | 8/27 | Defendants | William Kegley | Minneapolis, Minnesota |
| 12. | 8/27 | Plaintiffs | WKT 30(b)(6) | Madison, Wisconsin |
| 13. | 8/27 | Plaintiffs | Richard Bero | Waukesha, Wisconsin |
| 14. | 8/28 | Plaintiffs | Robert Vigil | Washington, D.C. |
| 15. | TBD | Defendants | Alan Cribbs | Cleveland, Ohio |
| 16. | TBD | Defendants | Shelley Urdaneta | Cleveland, Ohio |
| 17. | 8/27 | Defendants | EBS Inc. | Groton, Massachusetts |

8. On August, 8, 2012, after receiving at least ten deposition notices, I reached out to counsel for Defendants to attempt to work out a reasonable schedule for the depositions and suggested that the parties have a telephone conference to discuss the deposition notices. Attached hereto as Exhibit 1 is a true and correct copy of a letter I sent to Defendants' counsel, Gilberto Espinoza dated August 8, 2012 regarding deposition scheduling.

9. On August 9, 2012, I had a telephone conversation with Mr. Espinoza to work out a reasonable schedule for the depositions. The parties compromised as to some scheduling issues, but were unable to resolve all issues. I suggested that the parties have another telephone conference to discuss the schedule. The parties had a call the following morning where further scheduling issues were discussed. Attached hereto as Exhibit 2 is a true and correct copy of an

email exchange between P. Tanck and G. Espinoza occurring on August 8 to August 9, 2012 regarding deposition scheduling.

10. On Tuesday, August 14, 2012, I notified Defendants that due to a scheduling conflict, one of the two depositions scheduled for Monday, August 20, 2012 would have to be rescheduled for August 28, 2012.  Attached hereto as Exhibit 3 is a true and correct copy of that correspondence.  The need to reschedule one of the simultaneous depositions resulted from a scheduling conflict unknown to Plaintiffs' counsel until that time.

11. Counsel for Defendants rejected Plaintiffs' proposal out of hand, instead refusing to reschedule the depositions unless Plaintiffs agreed to produce attorney work-product to Defendants.  Attached hereto as Exhibit 4 is a true and correct copy of an August 14, 2012 Email from Defendants' counsel Marshall Schmitt.

12. My colleague, Emily Abrahams, made multiple attempts to schedule a telephonic meet and confer with counsel for Defendants, but counsel refused.  True and correct copies of Ms. Abrahams' email exchange with Mr. Schmitt occurring from August 15 to August 17, 2012 are attached hereto as Exhibit 5.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed In New York, New York on August 17, 2012.

_____/s/_ Paul J. Tanck_____
Paul J. Tanck (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  ptanck@chadbourne.com
COUNSEL FOR PLAINTIFFS ROCKWELL AUTOMATION, INC. &  ROCKWELL AUTOMATION TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of August, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Dated:  August 17, 2012                              /s/ Lisa Schapira          
                                                                  Lisa Schapira (admitted in W.D. Wis.)
                                                                  Chadbourne & Parke LLP
                                                                  30 Rockefeller Plaza
                                                                  New York, NY  10112
                                                                  Tel.:  (212) 408-5100
                                                                  Fax:  (212) 541-5369
                                                                  Email:  lschapira@chadbourne.com