# EXHIBIT 1

# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**Paul Tanck**
direct tel +1 212 408 1116
ptanck@chadbourne.com

August 8, 2012

*Via E-Mail*

Gilberto E. Espinoza
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Ave. / Suite 2000
Chicago, IL  60601
Tel: (312) 596-5802

Re: *Rockwell Automation, Inc. et al. v. WAGO Corporation et al.*,
Case No. 3:10-CV-718-WMC

Dear Gilberto:

    I write in response to the fourteen deposition notices we have received from Defendants in the past few days requesting depositions of current and former Rockwell employees as well as third parties. These notices request depositions to take place on short notice, across four different states between August 14th and August 21st. Defendants' actions are particularly troublesome given the fact that they had 11 months of discovery to pursue these depositions and failed to do so. Defendants' flurry of last-minute depositions, served without any effort to negotiate convenient dates, times, or locations, places an unreasonable demand on counsel and witnesses. Since these depositions are unreasonable, unduly burdensome and prejudicial, especially in light of the Court's August 31, 2012 deadline for Rule 26(a)(3) disclosures, we request that you make yourself available tomorrow at 5 p.m. CDT to meet and confer on this issue. Hopefully the parties can resolve this issue and work cooperatively to set a reasonable schedule that will be amenable to all parties involved. I look forward to speaking with you tomorrow.

Sincerely,

Paul Tanck