# EXHIBIT 3

Case: 3:10-cv-00718-wmc Document #: 126-3 Filed: 08/17/12 Page 1 of 3

| | |
|---|---|
| **From:** | Tanck, Paul |
| **Sent:** | Tuesday, August 14, 2012 4:11 PM |
| **To:** | Espinoza, Gilberto E (35802); Balber, Scott; Schapira, Lisa; Abrahams, Emily; Tanck, Paul |
| **Cc:** | Schmitt, Marshall J (35828); De Bruin, David L; Nyenhuis, Christopher E (12765); Stocco, Chantelle W (12523); Patti, Jodi K (15419) |
| **Subject:** | RE: Rockwell v. Wago |

Gil,

As currently noticed, we are unable to proceed with simultaneous depositions of Rybacki and Rockwell 30b6 on August 20.

We will need to reschedule one of the depositions for another date. An alternative date that is available is August 28 in Milwaukee. Please let me know how you want to proceed.

Best,

Paul

**Paul J. Tanck**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-1116 | **fax** 212-541-5369
ptanck@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/ptanck.vcf

Please consider the environment before printing this email.

**From:** Espinoza, Gilberto E (35802) [mailto:geespinoza@michaelbest.com]
**Sent:** Monday, August 13, 2012 12:37 PM
**To:** Tanck, Paul; Balber, Scott; Schapira, Lisa
**Cc:** Schmitt, Marshall J (35828); De Bruin, David L; Nyenhuis, Christopher E (12765); Stocco, Chantelle W (12523); Patti, Jodi K (15419)
**Subject:** RE: Rockwell v. Wago

Paul:

Please see the attached amended notices and acknowledge receipt of the same. The notices have been amended to reflect the new date and start times that the parties agreed to last Friday. Also, please note that Topic 3 of the Rule 30(b)(6) notices to Rockwell was amended to clarify that it includes information regarding the version control system used to track changes to the source code as we indicated during the first hour of the meet-and-confer in which Dave De Bruin participated.

Mr. Kegley has not been served as of this morning, so his deposition will not go forward as noticed. We will issue an amended subpoena specifying a new time and date for his deposition.

During our call, you agreed to confirm whether Gregory A. Bell was still an employee at Rockwell. Please let us know by 3:00 PM CDT what you find out regarding his status at Rockwell.

Sincerely,

Gil Espinoza

**From:** Tanck, Paul [mailto:PTanck@chadbourne.com]
**Sent:** Friday, August 10, 2012 6:58 PM
**To:** Espinoza, Gilberto E (35802); Schmitt, Marshall J (35828); De Bruin, David L; bob@wcc-ip.com
**Cc:** Tanck, Paul; Balber, Scott; Schapira, Lisa
**Subject:** Rockwell v. Wago

Marshall and Gil,

After our call this morning you were supposed to get back to me whether August 20 worked for the Rybacki deposition as well as to discuss the 30(b)(6) depositions of Defendants. Where do we stand on this?

In addition, is the Kegley deposition going forward on Tuesday in Minneapolis? We need to make travel arrangements and need to know whether you heard back from him on scheduling.


**Paul J. Tanck**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-1116 | **fax** 212-541-5369
ptanck@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/ptanck.vcf

Please consider the environment before printing this email.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

****************************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and
delete the original message and any copy of it from your computer
system.  If you have any questions concerning this message, please
contact the sender.