

Michael Best & Friedrich LLP
Attorneys at Law
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601-6710
Phone 312.222.0800
Fax 312.222.0818

**Marshall J. Schmitt**
Direct 312.596.5828
Email mjschmitt@michaelbest.com

August 20, 2012

**BY ECF TRANSMISSION**

The Honorable Stephen L. Crocker
United States Magistrate Judge
United States District Court for the Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Re: *Rockwell Automation, Inc. ("Rockwell") v. WAGO Corporation ("WAGO"),*
Case No. 3:10-CV-718-WMC

Dear Judge Crocker:

Rockwell filed a Motion for a Protective Order (Dkt. # 125) late in the evening last Friday. In the afternoon today, WAGO will be filing its opposition to that motion and a related motion to compel. WAGO will be available for any hearing the Court might convene regarding the motions.

Sincerely,

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Marshall J. Schmitt*

Marshall J. Schmitt

cc: All Counsel of Record