UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. AND ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

                        Plaintiffs,

-against-

WAGO CORPORATION AND WAGO KONTAKTTECHNIK GmbH & CO. KG,

                        Defendants.

Case No. 3:10-CV-718-WMC

## **STIPULATED ORDER REGARDING PRETRIAL CONFERENCE**

WHEREAS the Court set the Pretrial Conference for September 25, 2012 at 4:00 p.m.;

WHEREAS the religious holiday of Yom Kippur occurs on September 25, 2012 and September 26, 2012;

THE PARTIES AGREE AS FOLLOWS:

Plaintiffs Rockwell Automation Technologies Inc. and Rockwell Automation Inc. and defendants Wago Corporation and Wago Kontakttechnik GmbH & CO. KG (together, the "Parties") hereby agree that the Pretrial Conference may be moved to a date after the Yom Kippur holiday. The Parties respectful request that the Court reset the September 25, 2012 Pretrial Conference to another date that is convenient for the Court. Should the afternoon of September 27, 2012 be a convenient time to hold the Pretrial Conference, the Parties would be available on that date.

\\

\\

\\

\\

**WE SO MOVE/STIPULATE and agree to abide by the terms of this Order.**

Respectfully submitted,

Dated:  August 23, 2012

/S/_Scott S. Balber_____               /S/ David L. DeBruin_____

Scott S. Balber                                          Robert N. Cook
Paul J. Tanck                                            Whitham, Curtis, Christofferson & Cook, P.C.
Lisa Schapira                                            11491 Sunset Hills Road, Suite 340
Chadbourne & Parke LLP                                   Reston, VA  20190
30 Rockefeller Plaza                                     Tel.:  (703) 787-9400
New York, NY  10112                                      Fax:  (703) 787-7557
Tel.:  (212) 408-5100                                    Email:  bob@wcc-ip.com
Fax:  (212) 230-8888
Email:  sbalber@chadbourne.com                           David L. DeBruin
        ptanck@chadbourne.com                            Michael Best & Friedrich LLP
        lschapira@chadbourne.com                         100 East Wisconsin Avenue, Suite 3300
                                                         Milwaukee, WI  53202
COUNSEL FOR PLAINTIFFS                                   Tel.:  (414) 271-6560
ROCKWELL AUTOMATION, INC.                                Fax:  (414) 277-0685
and ROCKWELL AUTOMATION                                  Email:  dldenruin@michaelbest.com
TECHNOLOGIES, INC.

Marshall J. Schmitt
Gilberto E. Espinoza
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, IL 60601
Tel.:  (312) 222-0800
Fax:  (312) 222-0818
Email:  mjschmitt@michaelbest.com
        geespinoza@michaelbest.com

COUNSEL FOR DEFENDANTS
WAGO CORPORATION and
WAGO KONTAKTTECHNIK
GmbH & CO. KG

**SO ORDERED.**

Dated:  _____        _____
                                                  U.S. District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated: August 23, 2012  /s/ Lisa Schapira
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: lschapira@chadbourne.com