**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WISCONSIN**

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

     *Plaintiffs,*

   v.

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GMBH & CO. KG

     *Defendants.*

Case No. 3:10CV718-WMC

**DECLARATION OF GILBERTO E. ESPINOZA**

1.     I am one of the attorneys representing Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & CO. KG in connection with the above-captioned matter, and I submit this declaration in support of WAGO'S Opposition To Plaintiffs' Motion To Strike Defendants' Supplemental Disclosure Of Cindy Hollenbeck And Preclude The Introduction Of Any Evidence Related Thereto.  I am over the age of 18.  I have personal knowledge of the matters set forth in this declaration.  If called as a witness, I am competent to testify to those matters.

2.     On or about August 3, 2012, I discovered information regarding SoftPLC's use of Java in its products at softplc.com.

3.     After reviewing the documents that I had retrieved from Softplc.com, I learned that Cindy Hollenbeck was a co-founder of the SoftPLC Corporation.  In addition, she was the author or editor of some of the documents I had retrieved.

4.     On or about August 6, 2012, I contacted Ms. Hollenbeck by telephone at SoftPLC.  After exchanging voice and email messages with her over the next two days, on or

about August 8, 2012, I communicated with Ms. Hollenbeck over the telephone and I explained

to her that I was interested in learning about her company's technology.  We spoke over the

telephone for about 50–60 minutes.

5.      Between August 8 and 10, we continued to communicate by email and telephone.

Ms. Hollenbeck explained the SoftPLC technology to me.

6.      On or about August 10, 2012, I served on counsel for Plaintiffs Defendants

Second Supplemental Initial Disclosures disclosing Ms. Hollenbeck as an individual having

knowledge regarding prior art and design and development of industrial controllers.  I also

enclosed a letter addressed to Mr. Tanck informing him that Ms. Hollenbeck would be generally

available for a deposition.  (Dkt. # 130-28; Dkt. # 124-1.)

7.      On or about August 13, 2012, I received from Ms. Hollenbeck a box with

documents relating to her company's technology.  After reviewing the documents, we processed

the documents and produced them to counsel for Plaintiffs.

8.      On or about August 20, 2012, I received from Ms. Hollenbeck a box with

additional documents relating to her company's technology.  After reviewing the documents, we

processed the documents and produced them to counsel for Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

24th day of August 2012.


*/s/ Gilberto E. Espinoza*

Gilberto E. Espinoza
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois  60601-6710
T: 312.222.0800; F: 312.222.0818
Email: geespinoza@michaelbest.com

2

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>            *Plaintiffs,*<br><br>    v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>            *Defendants.* | Case No. 3:10CV718-WMC |

**Certificate Of Service**

        I HEREBY CERTIFY that on this 24th day of August, 2012, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and was served on the following counsel as indicated below.

| | |
|---|---|
| Scott S. Balber<br>Paul Tanck<br>Lisa Schapira<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>  sbalber@chadbourne.com<br>  ptanck@chadbourne.com<br>  lschapira@chadbourne.com |

                                                    */s/ Gilberto E. Espinoza*
                                                     Gilberto E. Espinoza