UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Rockwell Automation, Inc. and
Rockwell Automation Technologies, Inc.,

        Plaintiffs,                      Case No. 10-cv-718

     vs.                                Judge William M. Conley

WAGO Corporation and
WAGO Kontakttechnik Gmbh & Co., KG,

        Defendants.

---

## NOTICE OF APPEARANCE

---

      PLEASE TAKE NOTICE that Jolanda B. Krawczyk of Michael Best & Friedrich LLP has been retained as counsel for defendants, WAGO Corporation and WAGO Kontakttechnik GmbH & Co., KG ("WAGO") in connection with this lawsuit. Please serve all pleadings, correspondence and communications of whatever kind at the addresses and e-mails noted below.

Dated:  August 27, 2012.

                                             **MICHAEL BEST & FRIEDRICH LLP**

                                             By:  /s/ *Jolanda B. Krawczyk*
                                                 David L. De Bruin, Esq., SBN 1016776
                                                 100 East Wisconsin Avenue, Suite 3300
                                                 Milwaukee, WI  53202-4108
                                                 T:  (414) 271-6560
                                                 F:  (414) 277-0656
                                                 Email:  dldebruin@michaelbest.com

Marshall J. Schmitt, SBN 6184893
Gilberto E. Espinoza, SBN 6277437
Jolanda B. Krawczyk, SBN 6279214
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL  60601-6710
T:  (312) 222-0800
F:  (312) 222-0818
Email:  mjschmitt@michaelbest.com
Email:  geespinoza@michaelbest.com
Email:  jbkrawczyk@michaelbest.com

John C. Scheller, SBN 1031247
One South Pinckney Street, Suite 700
Madison, WI  53703
T:  (608) 257-3501
F:  (608) 283-2275
Email:  jcscheller@michaelbest.com

Robert N. Cook, VA SBN 34611
Whitham, Curtis, Christofferson & Cook, PC
11491 Sunset Hills Road, Suite 340
Reston, VA  20190
T:  (703) 787-9400
F:  (703) 787-7557
Email:  bob@wcc-ip.com

*Attorneys for Defendants*
*WAGO Corporation and*
*WAGO Kontakttechnik GmbH & Co. KG*

## **CERTIFICATE OF SERVICE**

I, Jolanda B. Krawczyk, an attorney, hereby certify that on August 27, 2012, a true and correct copy of this *Notice of Appearance* was filed with the Court's CM/ECF system, which provides service to all counsel of record via electronic mail.


    /s/ *Jolanda B. Krawczyk*
Jolanda B. Krawczyk