IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| **ROCKWELL AUTOMATION, INC.** and **ROCKWELL TECHNOLOGIES, INC.,** | ) ) ) ) |
| Plaintiffs, | ) ) **Civil Action No. 10-CV-718-WMC** |
| v. | ) ) ) |
| **WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG,** | ) ) ) ) |
| Defendants | ) |

_____

**NOTICE OF APPEARANCE OF KRISTIN GRAHAM NOEL**
_____

PLEASE TAKE NOTICE that Kristin Graham Noel of Quarles & Brady LLP hereby appears as counsel in this matter on behalf of Plaintiffs Rockwell Automation, Inc. and Rockwell Technologies, Inc.  I respectfully request that copies of all pleadings and papers in this action after the filing of this Notice be served upon me at the address below.

Dated:  September 5, 2012

QB\17956263.1

/s/ Kristin Graham Noel
Kristin Graham Noel
kgn@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel: (608) 251-5000
Fax: (608) 251-9166
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 5, 2012, I caused the foregoing Notice of Appearance of Kristin Graham Noel to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System. All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service under this Court's electronic filing procedures.

/s/ Kristin Graham Noel
Kristin Graham Noel

QB\17956263.1