## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL TECHNOLOGIES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 10-CV-718-WMC ) |
| WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG, | ) ) ) ) |
| Defendants | ) ) |

_____

### NOTICE OF APPEARANCE OF MATTHEW J. DUCHEMIN
_____

PLEASE TAKE NOTICE that Matthew J. Duchemin of Quarles & Brady LLP hereby appears as counsel in this matter on behalf of Plaintiffs Rockwell Automation, Inc., and Rockwell Technologies, Inc.  I respectfully request that copies of all pleadings and papers in this action after the filing of this Notice be served upon me at the address below.

Dated:  September 5, 2012

> */s/Matthew J. Duchemin*_____
> Matthew J. Duchemin
> matthew.duchemin@quarles.com
> QUARLES & BRADY LLP
> 33 East Main Street, Suite 900
> Madison, WI 53703
> Tel: (608) 251-5000
> Fax: (608) 251-9166
>
> *Attorneys for Plaintiffs*

QB\17956295.1

## CERTIFICATE OF SERVICE

I certify that on September 5, 2012, I caused the foregoing Notice of Appearance of Matthew J. Duchemin to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System. All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service under this Court's electronic filing procedures.

/s/Matthew J. Duchemin  
Matthew J. Duchemin