[IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>    *Plaintiffs,*<br><br>  v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>    *Defendants.* | Case No. 3:10CV718-WMC |

**WAGO'S MOTION FOR LEAVE TO SUPPLEMENT THE EXPERT REPORT OF DR. RICHARD HOOPER AND TO AMEND ACCORDINGLY ITS INVALIDITY CONTENTIONS**

  PLEASE TAKE NOTICE that Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG (collectively, "WAGO") respectfully moves the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley presiding, for leave to: 1) modify WAGO's invalidity contentions consistent with the supplemental expert report of Dr. Richard Hooper, attached as Exhibit A to the brief in support of this motion, and 2) supplement the report of Dr. Hooper and set a time for Rockwell's expert to respond.

  The grounds for this motion are set forth in WAGO'S Brief in Support of Motion for Leave to Supplement the Expert Report of Dr. Richard Hooper and to Amend Accordingly Its Invalidity Contentions filed herewith and the supporting evidence cited therein, including the Declaration of Gilberto E. Espinoza, also filed herewith.

Dated: September 6, 2012 Respectfully submitted,

*/s/ David L. De Bruin*

David L. De Bruin, SBN 1016776
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
T: (414) 271-6560; F: (414) 277-0656
Email: dldebruin@michaelbest.com

Marshall J. Schmitt
Gilberto E. Espinoza
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601-6710
T: 312.222.0800; F: 312.222.0818
Email: mjschmitt@michaelbest.com
Email: geespinoza@michaelbest.com

John C. Scheller
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
T: 608.283.2276; F: 608.283.2275
Email: jcscheller@michaelbest.com

and

Robert N. Cook
WHITHAM, CURTIS, CHRISTOFFERSON &
COOK, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
T: 703.787.9400; F: 703.787.7557
bob@wcc-ip.com

*Attorneys for Defendants*
*WAGO CORPORATION and*
*WAGO KONTAKTTECHNIK GMBH & CO. KG*

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Defendants.* | Case # 3:10CV718-WMC |

**Certificate Of Service**

I HEREBY CERTIFY that on this 6th day of September, 2012, a copy of the forgoing document was filed electronically with the Clerk of the Court using the CM/ECF system and was served on the following counsel as indicated below.

| | |
|---|---|
| Scott S. Balber<br>Paul Tanck<br>Lisa Schapira<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>   sbalber@chadbourne.com<br>   ptanck@chadbourne.com<br>   lschapira@chadbourne.com |
| Kristin Graham Noel<br>Matthew J. Duchemin<br>**QUARLES & BRADY LLP**<br>33 East Main Street, Suite 900<br>Madison, WI 53703 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>   kgn@quarles.com<br>   matthew.duchemin@quarles.com |

*/s/ Gilberto E. Espinoza*
Gilberto E. Espinoza