IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNICK GmbH & CO. KG,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:10-CV-718-WMC |

**PLAINTIFFS' PROPOSED VOIR DIR QUESTIONS**

　　　　Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. submit the following proposed voir dire questions to be asked of prospective jurors at the trial of this action:

**Knowledge of Parties and Counsel**

1.　　In this case, plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. ("Rockwell") claim that defendants Wago Corporation and Wago Kontakttechnick GmbH & Co. KG ("Wago") are infringing four patents owned by Rockwell. The patents relate to something called a programmable logic controller or PLC which is used to control machinery in an industrial setting. Wago denies that it is infringing on Rockwell's patents and claims that some of Rockwell's patents are invalid.

2.　　Has anyone heard of the four parties I have identified?

3.　　Is anyone currently employed by or have a family member employed by any of the four parties I have identified?

4.　　Was anyone ever employed by or have a family member employed by any of the four parties I have identified?

5.　　Does anyone own a financial interest in any of these parties?

6.　　Has anyone bought or used products manufactured or sold by any of the parties?

7. The parties may call a number of witnesses to testify and may refer to the names of other people during the course of the trial.  Please let me know whether you know any of the following people:

        Jens Adler
        Thomas Albers
        Thomas Artmann
        Gregory Bell
        Richard Bero
        Steven Blech
        Ronald Bliss
        Kurt Braun
        John Caspers
        Allan Cribbs
        Mark DeCramer
        Jeffery Hamilton
        Sven Hohorst
        Cindy Hollenbeck
        Richard Hooper
        David Johnston
        James Kay
        William Kegley
        Werner Kositzke
        James Maclkledowney
        Gregory Majcher
        Robert Meeker
        Phil Murin
        Emmett Murtha
        Tracy Dean Norton
        Charles Norz
        Gregory Rinn
        Amy Rybacki
        Dan Schumacher
        Stuart Siegel
        Shelly Urdaneta
        David Vasko
        Peter Van Oudenaren
        Robert Vigil
        Thomas Volz
        Bernhard Werner
        Jeff Zacharias
        Arthur Zatarain

8. You will also hear the names of various lawyers and law firms representing the parties in this case. Please let me know whether you know any of the following lawyers or law firms:

   Chadbourne and Parke LLP
   Scott S. Balber
   Paul J. Tanck
   Lisa Schapira
   Emily Abrahams

   Michael Best & Friedrich LLP
   Robert Cook
   David L. Debruin
   Giilberto Espinoza
   John C. Scheller
   Marschall J. Schmitt

**Experience with Legal System**

9. Has anyone served as a juror before? (nature of case, timing, verdict reached, foreperson)

10. Has anyone been a party to a lawsuit before? (nature of case, timing, outcome, feelings towards system)

11. Has anyone worked in a law enforcement or legal capacity or had an immediate family member working in such capacity?

12. Has anyone been a witness in a lawsuit? (nature of case, outcome, feelings towards system).

**Specialized Knowledge/Experience**

13. Does anyone have any experience as an engineer? (nature of experience, when)

14. Has anyone worked in a factory? (what capacity, nature of experience)

15. Has anyone ever seen or used an industrial controller? (circumstances)

16. Does anyone work for a company that uses industrial controllers?

17. Has anyone had any experience with inventions or patents, either directly or through a close family member?

18. Has anyone had any dealings with the United States Patent and Trademark Office?

**Finance/Accounting Experience**

19. Does anyone have experience in finance, economics or accounting?

20. If the evidence in this case supports an award of tens of millions of dollars, would you have any difficulty or even hesitate to award this amount?

21. Is there any other matter which you believe should be called to the court's attention which you believe may prevent you from rendering a fair and impartial verdict based solely on the evidence and my instructions as to the law?


Dated:  September 13, 2012　　　　　/s/ Paul J. Tanck
　　　　　　　　　　　　　　　　　　Scott S. Balber (admitted in W.D. Wis.)
　　　　　　　　　　　　　　　　　　Paul J. Tanck (admitted in W.D. Wis.)
　　　　　　　　　　　　　　　　　　Lisa Schapira (admitted in W.D. Wis.)
　　　　　　　　　　　　　　　　　　Chadbourne & Parke LLP
　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　New York, NY  10112
　　　　　　　　　　　　　　　　　　Tel.:  (212) 408-5100
　　　　　　　　　　　　　　　　　　Fax:  (212) 541-5369

　　　　　　　　　　　　　　　　　　Email:  sbalber@chadbourne.com
　　　　　　　　　　　　　　　　　　　　　　 ptanck@chadbourne.com
　　　　　　　　　　　　　　　　　　　　　　 lschapira@chadbourne.com

　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFFS ROCKWELL
　　　　　　　　　　　　　　　　　　AUTOMATION, INC.
　　　　　　　　　　　　　　　　　　and ROCKWELL AUTOMATION
　　　　　　　　　　　　　　　　　　TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of September, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

     I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  September 13, 2012

/s/ Lisa Schapira
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  lschapira@chadbourne.com