# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>WAGO CORPORATION AND WAGO KONTAKTTECHNIK GMBH & CO. KG,<br>            Defendant. | Case No. 3:10CV718-WMC |

**DEFENDANTS' DISCLOSURE OF LIABILITY EXPERT AS TO PATENT INVALIDITY**

Defendants WAGO Corporation ("**WCP**") and WAGO Kontakttechnik GmbH & Co. KG ("**WKT**") hereby provide the disclosure of their liability expert as to patent validity as required by the Court's Preliminary Pretrial Conference Order (Dkt. 22, ¶ 4) and Federal Rule of Civil Procedure 26(a)(2).

**Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2)(A)**

WCP and WKT may call Richard Hooper, Ph.D., P.E., at trial to present evidence on the issue of patent invalidity under Federal Rule of Evidence 702, 703, or 705.

**Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2)(B)**

The Declaration of Richard Hooper, Ph.D., P.E., is submitted herewith as the written report of Dr. Hooper on the issue of patent invalidity.

**Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2)(C)**

WCP and WKT do not intend to call persons not required to provide written reports under Federal Rule of Civil Procedure 26(a)(2) to present evidence at trial on the issue of patent

invalidity under Federal Rule of Evidence 702, 703, or 705.

**Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2)(D)**

This expert disclosure is being made at the time required by the Court's Preliminary Pretrial Conference Order. (Dkt. 22, ¶ 4)

Date: February 24, 20121          Respectfully submitted,

/s/ Robert N. Cook

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

John C. Scheller
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
(608) 283-2276 (voice)
(608) 283-2275 (fax)
jcscheller@michaelbest.com

Counsel for Defendants
WAGO CORPORATION and
WAGO KONTAKTTECHNIK GMBH & CO. KG

## CERTIFICATION

I certify that on February 24, 2012, I caused the foregoing DEFENDANTS' DISCLOSURE OF LIABILITY EXPERT AS TO PATENT INVALIDITY to be delivered by email to:

> Paul J. Tanck, Esq.
> Chadbourne & Parke, LLP
> 30 Rockefeller Plaza
> New York, N.Y. 10112
> ptanck@chadbourne.com

/s/ Robert N. Cook
_____

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com