# EXHIBIT 7

## Schapira, Lisa

| | |
|---|---|
| From: | Stocco, Chantelle W (12523) [CWStocco@michaelbest.com] |
| Sent: | Monday, August 13, 2012 6:56 PM |
| To: | De Bruin, David L; Tanck, Paul |
| Cc: | Scheller, John C (22276); 'Robert Cook'; Schapira, Lisa; Balber, Scott; Nyenhuis, Christopher E (12765); Espinoza, Gilberto E (35802) |
| Subject: | Rockwell v. WAGO |

Counsel,

Defendants have made available on an ftp site documents produced by third party SoftPLC. The production is in a folder titled *08132012 Production* with the Bates range of SOFTPLC000001-SOFTPLC000245.

The login information for the ftp site is:

Instructions for access FTP site
    A. From *Internet Explorer*, enter ftp://ftp.michaelbest.com
    B. Enter username and password
        Username: **ftp_WAGO_Prod**
        Password: **best0427**
    C. Click **View > Open FTP site in Windows Explorer**
    D. Login again using the above username and password
    E. Copy and Paste (or drag and drop) files directly to and from the window that opens.


Chantelle W. Stocco
Paralegal
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue - Suite 3300
Milwaukee, WI  53202
General Tele: 414.271.6560
Direct Tele: 414.223.2523
Fax: 414.277.0656
cwstocco@michaelbest.com
www.michaelbest.com

*****************************************************************

Unless otherwise expressly indicated, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that the advice was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

| | |
|---|---|
| From: | Stocco, Chantelle W (12523) [CWStocco@michaelbest.com] |
| Sent: | Tuesday, August 14, 2012 8:04 PM |
| To: | De Bruin, David L; Tanck, Paul |
| Cc: | Scheller, John C (22276); 'Robert Cook'; Schapira, Lisa; Balber, Scott; Nyenhuis, Christopher E (12765); Espinoza, Gilberto E (35802) |
| Subject: | Rockwell v. WAGO |

Counsel,

The defendants have made available on an ftp site a document production with the Bates range of WCP032928-WCP033098. The production is in a folder titled *08142012 Production Set 2*.

The login information for the ftp site is:

Instructions for access FTP site
    A. From *Internet Explorer*, enter ftp://ftp.michaelbest.com
    B. Enter username and password
       Username: **ftp_WAGO_Prod**
       Password: **best0427**
    C. Click View > Open FTP site in Windows Explorer
    D. Login again using the above username and password
    E. Copy and Paste (or drag and drop) files directly to and from the window that opens.

Chantelle W. Stocco
Paralegal
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue - Suite 3300
Milwaukee, WI 53202
General Tele: 414.271.6560
Direct Tele: 414.223.2523
Fax: 414.277.0656
cwstocco@michaelbest.com
www.michaelbest.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unless otherwise expressly indicated, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that the advice was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

Schapira, Lisa

**From:** Espinoza, Gilberto E (35802) [geespinoza@michaelbest.com]
**Sent:** Tuesday, August 14, 2012 1:42 PM
**To:** Tanck, Paul; De Bruin, David L; Schmitt, Marshall J (35828); bob@wcc-ip.com
**Cc:** Balber, Scott; Abrahams, Emily; Schapira, Lisa
**Subject:** RE: Rockwell v. Wago - SoftPLC
**Attachments:** SOFTPLC002.zip; WCP032873-WCP032927.pdf

Paul:

Attached are the documents you requested. No emails exchanged with Ms. Hollenbeck or documents received from her and/or SoftPLC have been withheld.

Gil

---

**From:** Tanck, Paul [mailto:PTanck@chadbourne.com]
**Sent:** Tuesday, August 14, 2012 9:29 AM
**To:** Espinoza, Gilberto E (35802); De Bruin, David L; Schmitt, Marshall J (35828); bob@wcc-ip.com
**Cc:** Tanck, Paul; Balber, Scott; Abrahams, Emily; Schapira, Lisa
**Subject:** Rockwell v. Wago - SoftPLC

Gil,

As discussed on our telephone call this morning, we want the immediate production of all communications with SoftPLC and Cindy Hollenbeck which were previously requested pursuant to Plaintiffs' Document Requests 35, 65 and 109.

In your production, please confirm that you are not withholding any documents based on any objections.

Presumably there should be no problem with producing the documents today. However, if for some reason you are unable to do so, please provide an explanation today as well as a time by which you intend to produce the documents. If you have any questions please let me know.

Thank you.

Best,

Paul

**Paul J. Tanck**
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-1116 | **fax** 212-541-5369
ptanck@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/ptanck.vcf

Please consider the environment before printing this email.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

## Schapira, Lisa

| | |
|---|---|
| From: | Stocco, Chantelle W (12523) [CWStocco@michaelbest.com] |
| Sent: | Monday, August 20, 2012 5:14 PM |
| To: | De Bruin, David L; Tanck, Paul |
| Cc: | Scheller, John C (22276); 'Robert Cook'; Schapira, Lisa; Balber, Scott; Nyenhuis, Christopher E (12765); Espinoza, Gilberto E (35802) |
| Subject: | Rockwell v. WAGO |

Counsel,

Defendants have made available on an ftp site documents produced by third party SoftPLC. The production is in a folder titled *08202012 Production* with the Bates range of SOFTPLC000258-SOFTPLC000521.

Also on the ftp site are SOFTPLC000246-SOFTPLC000257 which are located in the folder titled *08142012 Production*.

The login information for the ftp site is:

Instructions for access FTP site
    A. From *Internet Explorer*, enter ftp://ftp.michaelbest.com
    B. Enter username and password
        Username: **ftp_WAGO_Prod**
        Password: **best0427**
    C. Click **View > Open FTP site in Windows Explorer**
    D. Login again using the above username and password
    E. Copy and Paste (or drag and drop) files directly to and from the window that opens.


Chantelle W. Stocco
Paralegal
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue - Suite 3300
Milwaukee, WI  53202
General Tele: 414.271.6560
Direct Tele: 414.223.2523
Fax: 414.277.0656
cwstocco@michaelbest.com
www.michaelbest.com


****************************************************************

Unless otherwise expressly indicated, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that the advice was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.  If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system.  If you have any questions concerning this message, please

## Schapira, Lisa

**From:** Stocco, Chantelle W (12523) [CWStocco@michaelbest.com]
**Sent:** Wednesday, August 22, 2012 6:05 PM
**To:** De Bruin, David L; Tanck, Paul
**Cc:** Scheller, John C (22276); 'Robert Cook'; Schapira, Lisa; Balber, Scott; Nyenhuis, Christopher E (12765); Espinoza, Gilberto E (35802); Schmitt, Marshall J (35828)
**Subject:** Rockwell v. WAGO

Counsel,

The defendants have made available on an ftp site the following document productions:

1. WKT237567-WKT237621; *08222012 Production/001/*
2. SOFTPLC000522-SOFTPLC000529; *08222012 Production/002/*
3. Documents re-designated Outside Counsel Only; *08222012 Production/003/*

Please replace previously produced documents with the re-designated documents.

The login information for the ftp site is:

Instructions for access FTP site
    A. From *Internet Explorer*, enter ftp://ftp.michaelbest.com
    B. Enter username and password
       Username: **ftp_WAGO_Prod**
       Password: **best0427**
    C. Click **View > Open FTP site in Windows Explorer**
    D. Login again using the above username and password
    E. Copy and Paste (or drag and drop) files directly to and from the window that opens.


Chantelle W. Stocco
Paralegal
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue - Suite 3300
Milwaukee, WI 53202
General Tele: 414.271.6560
Direct Tele: 414.223.2523
Fax: 414.277.0656
cwstocco@michaelbest.com
www.michaelbest.com


****************************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited. If you have received this

## Schapira, Lisa

| | |
|---|---|
| **From:** | Stocco, Chantelle W (12523) [CWStocco@michaelbest.com] |
| **Sent:** | Saturday, September 01, 2012 5:34 PM |
| **To:** | De Bruin, David L; Tanck, Paul |
| **Cc:** | Scheller, John C (22276); 'Robert Cook'; Schapira, Lisa; Balber, Scott; Nyenhuis, Christopher E (12765); Espinoza, Gilberto E (35802); Schmitt, Marshall J (35828) |
| **Subject:** | Rockwell v. WAGO |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

The defendants have made available on an ftp site documents produced with the Bates range of SOFTPLC000592 - SOFTPLC001333. The production is in a folder titled *09012012 Production*.

The login information for the ftp site is:

Instructions for access FTP site
    A. From *Internet Explorer*, enter ftp://ftp.michaelbest.com
    B. Enter username and password
        Username: **ftp_WAGO_Prod**
        Password: **best0427**
    C. Click **View > Open FTP site in Windows Explorer**
    D. Login again using the above username and password
    E. Copy and Paste (or drag and drop) files directly to and from the window that opens.


Chantelle W. Stocco
Paralegal
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue - Suite 3300
Milwaukee, WI 53202
General Tele: 414.271.6560
Direct Tele: 414.223.2523
Fax: 414.277.0656
cwstocco@michaelbest.com
www.michaelbest.com


****************************************************************

Unless otherwise expressly indicated, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or
submission, please be advised that the advice was not intended or
written to be used, and that it cannot be used, for the purpose of
avoiding federal tax penalties.

The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above, and may
be legally privileged.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its
contents, is strictly prohibited.  If you have received this
communication in error, please return it to the sender immediately and

Schapira, Lisa

| | |
|---|---|
| From: | Stocco, Chantelle W (12523) [CWStocco@michaelbest.com] |
| Sent: | Wednesday, September 05, 2012 12:13 PM |
| To: | De Bruin, David L; Tanck, Paul |
| Cc: | Scheller, John C (22276); 'Robert Cook'; Schapira, Lisa; Balber, Scott; Nyenhuis, Christopher E (12765); Espinoza, Gilberto E (35802); Schmitt, Marshall J (35828) |
| Subject: | RE: Rockwell v. WAGO |

Counsel,

The defendants have made available on an ftp site documents produced on behalf of the defendants in a folder titled *09052012 Production*. The documents are endorsed SOFTPLC001334 - SOFTPLC001355, and WKT367156-WKT368118. In addition, we have processed the documents produced by EBS, Inc. and EBSnet, Inc. on August 30, 2012, to assign production numbers to the documents (EBS000001-EBS000016, EBSNET000001-EBSNET000071). The EBS and EBSnet documents were previously produced to you without production numbers on August 30, 2012.

The production includes native software. Downloading this software will constitute your agreement to abide the following restrictions:

1) The native software files will not be copied other than to install it on one PC or laptop computer at Chadbourne & Park;

2) The native software files will be maintained at Chadbourne & Park and not turned over to Rockwell or others;

3) A log will be maintained identifying the date, time and identity of each person who inspects the software;

4) The software will be returned to counsel or destroyed pursuant to paragraph 11(b) of the Stipulated Protective Order, Dkt. 30, in this matter.

The login information for the ftp site is:

Instructions for access FTP site
    A. From *Internet Explorer*, enter ftp://ftp.michaelbest.com
    B. Enter username and password
        Username: **ftp_WAGO_Prod**
        Password: **best0427**
    C. Click **View > Open FTP site in Windows Explorer**
    D. Login again using the above username and password
    E. Copy and Paste (or drag and drop) files directly to and from the window that opens.

Chantelle W. Stocco
Paralegal
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue - Suite 3300
Milwaukee, WI 53202
General Tele: 414.271.6560
Direct Tele: 414.223.2523
Fax: 414.277.0656
cwstocco@michaelbest.com
www.michaelbest.com


*********************************************************************

Unless otherwise expressly indicated, if this email, or any attachment

| | |
|---|---|
| From: | Stocco, Chantelle W (12523) [CWStocco@michaelbest.com] |
| Sent: | Friday, August 17, 2012 3:17 PM |
| To: | De Bruin, David L; Tanck, Paul |
| Cc: | Scheller, John C (22276); 'Robert Cook'; Schapira, Lisa; Balber, Scott; Nyenhuis, Christopher E (12765); Espinoza, Gilberto E (35802); Schmitt, Marshall J (35828) |
| Subject: | Rockwell v. WAGO |

Counsel,

Defendants has made available on an ftp site documents produced by third party Turocy & Watson. The production is in a folder titled *2012_08_15 - Turocy & Watson* with the Bates range of TW000001-TW000461. The production contains the Bates numbered documents along with the non Bates pdfs that were produced by Turocy & Watson.

Defendant is also making available WKT233279-WKT233714 which are in a folder titled *08172012 Production*.

The login information for the ftp site is:

Instructions for access FTP site
    A. From *Internet Explorer*, enter ftp://ftp.michaelbest.com
    B. Enter username and password
       Username: ftp_WAGO_Prod
       Password: best0427
    C. Click View > Open FTP site in Windows Explorer
    D. Login again using the above username and password
    E. Copy and Paste (or drag and drop) files directly to and from the window that opens.

Chantelle W. Stocco
Paralegal
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue - Suite 3300
Milwaukee, WI 53202
General Tele: 414.271.6560
Direct Tele: 414.223.2523
Fax: 414.277.0656
cwstocco@michaelbest.com
www.michaelbest.com

*************************************************************

Unless otherwise expressly indicated, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that the advice was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

Schapira, Lisa

| | |
|---|---|
| From: | Tanck, Paul |
| Sent: | Thursday, August 30, 2012 4:50 PM |
| To: | Abrahams, Emily; Schapira, Lisa |
| Cc: | Williams, Kenwyn |
| Subject: | Fwd: Van Oudenaren/EBS, Inc. Files Produced Today - AEO |
| Attachments: | Rockwell Automation File0.pdf; ATT00001.htm |

Produced by EBS inc at deposition

Begin forwarded message:

> **From:** "Espinoza, Gilberto E (35802)" <geespinoza@michaelbest.com>
> **Date:** August 30, 2012 3:59:52 PM EDT
> **To:** "Tanck, Paul" <PTanck@chadbourne.com>, 'Matt Zayotti' <mzayotti@keeganwerlin.com>
> **Cc:** "De Bruin, David L" <DLDebruin@michaelbest.com>, "Schmitt, Marshall J (35828)" <mjschmitt@michaelbest.com>
> **Subject: Van Oudenaren/EBS, Inc. Files Produced Today - AEO**
>
> ### Gilberto E. Espinoza
> Attorney at Law
> **Michael Best & Friedrich LLP**
> Two Prudential Plaza
> 180 North Stetson Avenue, Suite 2000
> Chicago, Illinois 60601
>
> 312.596.5802 | 312.222.0818 | geespinoza@michaelbest.com
> My Biography | Download My Contact Info as a V-Card | michaelbest.com
>
> Please consider the environment before printing this message.
>
> ****************************************************************
>
> Unless otherwise expressly indicated, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that the advice was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties.
>
> The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and