UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>                                 Plaintiffs,<br>-against-<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GmbH & CO. KG,<br><br>                                 Defendants. | Case No. 3:10-CV-718-WMC |

**STIPULATED ORDER REGARDING PRETRIAL CONFERENCE**

WHEREAS the final Pretrial Conference is scheduled for October 3, 2012 at 3:00 p.m.;

WHEREAS the Court directed parties to meet and confer in good faith and reach resolution on the admissibility of exhibits to the extent possible;

WHERAS the Court ordered that each party file copies of any contested exhibits they intend to offer at trial by 12:00pm on Tuesday, September 25, 2012;

WHEREAS the religious holiday of Yom Kippur occurs on September 25, 2012 and September 26, 2012; and

WHEREAS the parties have agreed to meet and confer on September 25, 2012.

THE PARTIES AGREE AS FOLLOWS:

Plaintiffs Rockwell Automation Technologies Inc. and Rockwell Automation Inc. and defendants Wago Corporation and Wago Kontakttechnik GmbH & CO. KG (together, the "Parties") hereby agree that the date for the submission of contested exhibits that the Parties intend to offer at trial may be moved to accomplish the goal of narrowing the scope of contested exhibits.  The Parties respectfully request that the Court set September 28, 2012 at 12:00 p.m. as the revised deadline for the submission of contested exhibits.

**WE SO MOVE/STIPULATE and agree to abide by the terms of this Order.**

    Respectfully submitted,

Dated:  September 24, 2012

| /S/ Scott S. Balber | /s/ Gilberto E. Espinoza |
|---|---|

Scott S. Balber  
Paul J. Tanck  
Lisa Schapira  
Chadbourne & Parke LLP  
30 Rockefeller Plaza  
New York, NY  10112  
Tel.:  (212) 408-5100  
Fax:  (212) 230-8888  
Email:  sbalber@chadbourne.com  
        ptanck@chadbourne.com  
        lschapira@chadbourne.com

COUNSEL FOR PLAINTIFFS  
ROCKWELL AUTOMATION, INC.  
and ROCKWELL AUTOMATION  
TECHNOLOGIES, INC.

Robert N. Cook  
Whitham, Curtis, Christofferson & Cook, P.C.  
11491 Sunset Hills Road, Suite 340  
Reston, VA  20190  
Tel.:  (703) 787-9400  
Fax:  (703) 787-7557  
Email:  bob@wcc-ip.com

David L. DeBruin  
Michael Best & Friedrich LLP  
100 East Wisconsin Avenue, Suite 3300  
Milwaukee, WI  53202  
Tel.:  (414) 271-6560  
Fax:  (414) 277-0685  
Email:  dldenruin@michaelbest.com

Marshall J. Schmitt  
Gilberto E. Espinoza  
Michael Best & Friedrich LLP  
Two Prudential Plaza  
180 N. Stetson Avenue, Suite 2000  
Chicago, IL 60601  
Tel.:  (312) 222-0800  
Fax:  (312) 222-0818  
Email:  mjschmitt@michaelbest.com  
        geespinoza@michaelbest.com

COUNSEL FOR DEFENDANTS  
WAGO CORPORATION and  
WAGO KONTAKTTECHNIK  
GmbH & CO. KG

**SO ORDERED.**

Dated:  _____          _____  
                                                          U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  September 24, 2012         /s/ Lisa Schapira
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  lschapira@chadbourne.com