IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WAGO CORPORATION AND WAGO KONTAKTTECHNIK GMBH & CO. KG,<br>　　　　　　　　　　　　　Defendant. | Case No.3:10CV718-WMC |

**WITHDRAWAL OF APPEARANCE OF ROBERT N. COOK**

To the Clerk of this Court and all parties of record:

　　　Please withdraw my appearance as counsel in this case for Defendant WAGO Corporation and Defendant WAGO Kontakttechnik GmbH & Co. KG, which consent to this withdrawal and which continue to be represented by other counsel in this case.  All further notices, pleadings, and other papers should continue to be served on the remaining counsel of record for Defendants.

Date: September 27, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  Robert N. Cook
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Robert N. Cook
　　　　　　　　　　　　　　　　　　　　Whitham, Curtis, Christofferson & Cook, P.C.
　　　　　　　　　　　　　　　　　　　　11491 Sunset Hills Road, Suite 340
　　　　　　　　　　　　　　　　　　　　Reston, Virginia 20190
　　　　　　　　　　　　　　　　　　　　(703) 787-9400 (voice)
　　　　　　　　　　　　　　　　　　　　(703) 787-7557 (fax)
　　　　　　　　　　　　　　　　　　　　bob@wcc-ip.com

　　　　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　　　　WAGO CORPORATION
　　　　　　　　　　　　　　　　　　　　WAGO KONTAKTTECHNIK GMBH & CO. KG

## CERTIFICATE OF SERVICE

I certify that on September 27, 2012, I caused the foregoing WITHDRAWAL OF APPEARANCE OF ROBERT N. COOK to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System.  All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically.  There is no party requiring a different form of service under this Court's electronic filing procedures.

/s/  Robert N. Cook
_____
Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

Counsel for Defendants
WAGO CORPORATION
WAGO KONTAKTTECHNIK GMBH & CO. KG