**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 1 | Wago Catalog for the WAGO IO System - English Version - hard copy bound version produced at the deposition of T. Albers | Albers Exhibit 36 | |
| 2 | Wago Chart on Compatibility of WAGO IO Pro with Controllers of the WAGO IO System Version 2011-03-31 | ROCK0007738-ROCK0007744 | |
| 3 | Wago Chart on Compatibility of WAGO IO Pro 32 with Controllers of the WAGO IO System Version 2011-03-31 | ROCK0008350; http://www.wago.com/wagoweb/documentation/index_e.htm | |
| 4 | The WAGO I/O System Family | WKT 10158-WKT 10168 | |
| 5 | Wago Document: Demands on Ethernet Controllers & WAGO Ethernet PFC's 2.0 | ROCK0007763-ROCK0007784; http://wago.us/service/38824.htm; https://wago.adobeconnect.com/_a726343503/enet2_0/ | |
| 6 | Wago White Paper: Removable Storage Media (Copyright 2005) | ROCK0008605-ROCK0008607; http://www.wago.us/downloads/WHITEPAPER_-_Removable_Storage_Media.pdf | |
| 7 | Wago Document: WAGO I/O System 780, Application Note Version 1.0.0 (Copyright 2006) | ROCK0007860-ROCK0007873; http://www.wago.com/wagoweb/documentation/app_note/a1141/a114100e.pdf | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 8 | WAGO I/O System 758-874/000-110, CoDeSys 2.3 Manual Version 2.0.0 (Copyright 2009) | ROCK0008128-ROCK0008317; http://www.wago.com/wagoweb/documentation/758/eng_manu/874/m07580874_00000110_0en.pdf | |
| 10 | WAGO I/O System 750-880 Manual ETHERNET Programmable Fieldbus Controller 750-880, 750-880/025-000 Version 1.0.1 (Copyright 2011) | ROCK0006864-ROCK0007277; http://www.wago.com/wagoweb/documentation/750/eng_manu/880/m07500880_00000000_0en.pdf | |
| 11 | WAGO-I/O System 750 Quick Start for WAGO I/O 758-870-870/000-xxx Features Version 1.0.0 (Copyright 2005) | ROCK0008318-ROCK0008349; http://www.wago.com/wagoweb/documentation/758/eng_manu/870/q07580870_00000000_2en.pdf | |
| 12 | WKT data on sales revenue and gross profits 2004-2007 | WKT228405-WKT228421 | |
| 13 | WCP data on sales revenue and gross profits for "Accused Instrumentalities 2004-2011" | WCP 10373-WKT 10377 | |
| 14 | Index of Wago's Patent Portfolio | WKT10334-WKT10335 | |
| 15 | Email from Petra to Artmann attaching "Questionnaire_USA.xls." and "Questionnaire_Top Customers_750_USA.xlx", dated January 6, 2010" | WKT227998-WKT228014 | |
| 16 | WAGO Sales | Artmann Exhibit 206 | |
| 17 | Email from M. DeCramer to R. Erdely, dated August 18, 2011 | WCP024481 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 18 | WAGO IPC: Key Interfaces & Functionality | ROCK0007851-ROCK0007859; http://www.wago.us/service/31713.htm; https://wago.adobeconnect.com/_a726343503/ipc1/ | |
| 19 | WAGO I/O PRO CAA IEX61131-3 Programming Tool Presentation | ROCK0006824-ROCK0006861; WCP029310- WCP029347 | |
| 21 | Press Release - WAGO-IO-PRO-CAA | WCP022615 | |
| 22 | Wago document on Industrial Ethernet | WKT224814-WKT224819 | |
| 23 | Wago sales data on cost of goods sold and gross profits - 2004 - 11/2011 | WCP 10373-WCP 10377 | |
| 24 | Wago sales data on cost of goods sold and gross profit - 2004 - 10/2011 | WCP 10025-WCP 10027 | |
| 25 | WAGO USA 2004 Monthly Reports | WCP 10033-WCP 10040 | |
| 26 | WAGO USA 2005 Monthly Reports | WCP 10041-WCP 10088 | |
| 27 | WAGO USA 2006 Monthly Reports | WCP 10089-WCP 10136 | |
| 28 | WAGO USA 2007 Monthly Reports | WCP 10137-WCP 10184 | |
| 29 | WAGO USA 2008 Monthly Reports | WCP 10185-WCP 10232 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 30 | WAGO USA 2009 Monthly Reports | WCP 10233-WCP 10280 | |
| 31 | WAGO USA 2010 Monthly Reports | WCP 10281-WCP 10328 | |
| 32 | WAGO USA 2004 Financial Budget | WCP 10378-WCP 10387 | |
| 33 | WAGO USA 2005 Financial Budget | WCP 10388-WCP 10397 | |
| 34 | WAGO USA 2006 Financial Budget | WCP 10398-WCP 10404 | |
| 35 | WAGO USA 2007 Financial Budget | WCP 10408-WCP 10417 | |
| 36 | WAGO USA 2008 Financial Budget | WCP 10418-WCP 10427 | |
| 37 | WAGO USA 2009 Financial Budget | WCP 10428-WCP 10437 | |
| 38 | WAGO USA 2010 Financial Budget | WCP 10438-WCP 10447 | |
| 39 | WAGO USA 2011 Financial Budget | WCP 10448-WCP 10457 | |
| 40 | WAGO USA 2012 Monthly Reports | WCP 10329-WCP 10372 | |
| 41 | WAGO Modbus/TCP EtherNet/IP: Ethernet Starter Kit | WCP Exhibit 101 | |
| 42 | Wago sales analysis | WCP Exhibit 102 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 43 | Wago Ethernet 2.0 Seminar Brochure | WCP Exhibit 103 | |
| 44 | Wago document "Where's the LOGIC in ControlLogix?" | WCP 22890 | |
| 45 | Wago FAQ for Ethernet 2.0 (ETHERNET 2.0 eLaunch April 2011) | WCP Exhibit 105 | |
| 46 | Wago document "Ethernet Controller 2.0" | WKT224674-WKT224705 | |
| 48 | Discontinuation Product Summary 750-841 | WCP29795 | |
| 49 | Discontinuation Notice Letter 750-841, dated March 26, 2012 | WCP29800-WCP29801 | |
| 50 | WAGO application notes | WCP Exhibit 506; www.wago.com/wagoweb/documentation/navigate/nmwsO_e.htm | |
| 51 | Website Application Description Note A114100, dated January 20, 2006 | WCP Exhibit 507 | |
| 53 | U.S. Patent No. 6,745,232 ("the '232 patent"), entitled "Strobed Synchronization Providing Diagnostics in a Distributed System" | | |
| 54 | U.S. Patent No. 6,801,813 ("the '813 patent"), entitled "Method for Consistent Storage of Data in an Industrial Controller" | | |
| 55 | U.S. Patent No. 7,065,415 ("the '415 patent"), entitled "Method for Consistent Storage of Data in an Industrial Controller" | | |
| 56 | U.S. Patent No. 7,123,974 ("the '974 patent"), entitled "System and Methodology Providing Audit Recording and Tracking in Real Time Industrial Controller Environment" | | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 57 | File History - U.S. Patent No. 6,745,232 ("the '232 patent"), entitled "Strobed Synchronization Providing Diagnostics in a Distributed System" | ROCK00001-ROCK0000227 | |
| 58 | File History - U.S. Patent No. 6,801,813 ("the '813 patent"), entitled "Method for Consistent Storage of Data in an Industrial Controller" | ROCK0000228-ROCK0000380 | |
| 59 | File History - U.S. Patent No. 7,065,415 ("the '415 patent"), entitled "Method for Consistent Storage of Data in an Industrial Controller" | ROCK0000381-ROCK0000485 | |
| 60 | File History - U.S. Patent No. 7,123,974 ("the '974 patent"), entitled "System and Methodology Providing Audit Recording and Tracking in Real Time Industrial Controller Environment" | ROCK0000803-ROCK0000997 | |
| 61 | Defendants' Response to First Set of Interrogatories, and any supplements | | |
| 62 | Defendants' Response to Second Set of Interrogatories, and any supplements | | |
| 63 | Defendants' Response to Third Set of Interrogatories, and any supplements | | |
| 64 | Defendants' Response to Fourth Set of Interrogatories, and any supplements | | |
| 65 | Defendants' Response to Fifth Set of Interrogatories, and any supplement | | |
| 66 | Defendants' Response to Sixth Set of Interrogatories, and any supplements | | |
| 67 | Defendants' Response to Seventh Set of Interrogatories, and any supplements | | |
| 68 | Defendants' Response to Eight Set of Interrogatories, and any supplements | | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 69 | Defendants' First Set of Responses to Request for Admissions | | |
| 70 | Defendants' Second Set of Responses to Request for Admissions | | |
| 71 | Defendants' Third Set of Responses to Request for Admissions | | |
| 72 | Defendants' Fourth Set of Responses to Request for Admissions | | |
| 73 | Videos from WAGO website and YouTube Channels for WAGO and WAGO Kurt (Advanved CoDeSys Tutorial / E-Learning video re Ethernet 2.0 Controller) | | |
| 74 | Ocean Tomo 300 Patent Index | http://www.oceantomo.com/productsandservices/investments/indexes/ot300 | |
| 75 | Information available on the website | http://www.wago.com | |
| 76 | Information available on the website | http://www.wago.us/ | |
| 77 | Defendants' List of Proposed Claim Terms and Proposed Constructions | | |
| 78 | CoDeSys Log File Format, Version 1.0 | WKT042676 | |
| 79 | 3S-CoDesys: Frequently Asked Questions | ROCK00050004- ROCK00050009 | |
| 80 | Runtime System Description: CoDeSys SP 32 Bit Embedded | WKT228341-WKT228404 | |

7

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 82 | Rockwell Annual Report 2011 | http://www.rockwellautomation.com/investors/get/ar2011.pdf | |
| 83 | Wago Spreadsheet Regarding 750 Series Sales 2004-2011 | WKT228405- WKT228421 | |
| 84 | WAGO IO System Data Logging | WKT237044-WKT237056 | |
| 85 | Wago Spreadsheet Regarding 750 Series Sales 2004-2011 | WKT233097-WKT233109 | |
| 86 | WAGO Ethernet Controller 2.0: Three Kings at Play Presentation | WKT227582-WKT227599 | |
| 87 | 2012 Sales Revenue Showing Gross Profit Margin | WKT10321-WKT10330 | |
| 88 | The Library SysLibFile.lib | WKT073516-WKT073520 | |
| 89 | Survey about the competitive situation within the market segments in which WAGO operates | WKT228000-WKT228012 | |
| 90 | Email: Data Logging (750-880) | WCP 24500-WCP 24505 | |
| 91 | Garski email re: IPC Compact Flash Data Logging | WCP 24511-WCP 24514 | |
| 92 | WAGO Solar Automation - Solar Tracking PowerPoint | WCP 27698-WCP 27721 | |
| 93 | WAGO Ethernet 2.0 eLaunch | WCP 27910-WCP 27945 | |
| 94 | WAGO Ethernet 2.0 eLaunch | WCP 27946-WCP 27989 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 95 | WAGO I/O System PowerPoint | WCP 28144-WCP 28268 | |
| 96 | WAGO PowerPoint - 750-881 Ethernet 2.0 Launch | WCP 28428-WCP 28463 | |
| 97 | New Product Release: Ethernet 2.0 Coupler vs. Controller | WCP 28464-WCP 28466 | |
| 98 | Email: IPC Info | WCP 33760-WCP 33762 | |
| 99 | Email: 750-880 - Running Program from SD Card | WCP 34131- WCP 34132 | |
| 100 | Email: PFC Promotion | WCP 35228- WCP 35229 | |
| 101 | Email: PFC Giveaway / Control Engineering | WCP 35230- WCP 35234 | |
| 102 | Email: 750-880 SD Card Operation | WCP 24519- WCP 24520 | |
| 103 | Wago Corporation Sales Summary | WCP 24521- WCP 24522 | |
| 105 | C-Code in CoDeSys | ROCK0008798-ROCK0008800 | |
| 106 | Creating and Linking External C Library Functions | ROCK0008801-ROCK0008809 | |
| 107 | Certificate of Ownership and Merger ECA and Rockwell | ROCK0067491-ROCK0067496 | |
| 108 | Assignment of Patents to Rockwell Automation Technologies Inc. | ROCK0005879-ROCK0005948 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 109 | Programmable Logic Controller Worldwide Outlook | ROCK0050661-ROCK0050915 | |
| 110 | WAGO Fieldbus Controller 750-841 | ROCK0008375-ROCK0008604 | |
| 111 | 758-870 Manual | ROCK0008608-ROCK0008797 | |
| 112 | Certificate of Ownership and Merger ECA and Rockwell | ROCK0005873-ROCK0005878 | |
| 113 | Thomson Reuters TOP100 Global Innovators | ROCK0050641-ROCK0050660 | |
| 114 | Rockwell Sales Summary - Logix Controllers and RS Logix 5000 | ROCK0100000 | |
| 115 | Rockwell Sales Summary - Factory Talk Asset Center | ROCK0100002 | |
| 116 | Rockwell Sales Summary - Logix / FTAC / Other | ROCK0100011 | |
| 117 | Factory Talk Asset Centre Brochure | ROCK0006760-ROCK0006767 | |
| 118 | Email:  Rockwell Automation Exhibition in Fall 2004 | WCP 46706-WCP 46708 | |
| 119 | Email:  Rockwell Automation Exhibition in Fall 2004 | WCP 46709-WCP 46710 | |
| 120 | Email:  Getting under Rockwell's skin | WCP 46718-WCP 46719 | |
| 121 | Email:  Compact Logix | WCP 46767-WCP 46768 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 122 | Email: Schindler, Vienna - discussing Allen Bradley | WCP 49465- WCP 49466 | |
| 123 | Email attachment: Where's the LOGIC in ControlLogix | WCP 49467 | |
| 124 | Email: Target Rockwell | WCP 46887- WCP 46888 | |
| 125 | Email: PFC Giveaway Phase II | WCP 49723- WCP 49724 | |
| 126 | Attachment PFC Giveaway Survey | WCP 49725-WCP 49726 | |
| 127 | Attachment: Where's the Logic in ControlLogix | WCP 49727 | |
| 128 | Email: PFC Promotion | WCP 49769-WCP 49770 | |
| 129 | Email: WAGO vs AB (Newsletter) | WCP 49827-WCP 49828 | |
| 130 | Email: Second Tier Controls - Wago PLC vs. ControlLogix | WCP 49867 | |
| 131 | Attachment: WAGO Newsletter | WCP 49829-WCP 49830 | |
| 132 | Email: WAGO vs AB | WCP 49834 | |
| 133 | Attachment: Where's The Logic.doc | WCP 49835 | |
| 134 | Email: Ethernet 2.0 Competitive Analysis | WCP 52517-WCP 52519 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 135 | Email: Ethernet 2.0 Competitive Analysis | WCP 52524-WCP 52527 | |
| 136 | Email: Ethernet 2.0 Competitive Analysis | WCP 52556-WCP 52557 | |
| 137 | Email: Ethernet 2.0 Competitive Analysis | WCP 52512-WCP 52513 | |
| 138 | Email: Ethernet 2.0 Competitive Analysis | WCP 52514-WCP 52515 | |
| 139 | Email: Rockwell Customer List | WCP 51380 | |
| 140 | AB 2005 Intl.xls Spreadsheet - Rockwell Customer List | WCP 51381 (native file provide by Defendants) | |
| 141 | Letter from P. Tanck to R. Cook, dated December 22, 2011 | | |
| 142 | CoDeSys Brochure / Marketing | WCP10001-WCP10020 | |
| 144 | Authorship of WCP and WKT documents | WCP10561-WCP10562 | |
| 146 | WAGO Group Policy | WKT232604-WKT232637 | |
| 147 | Distributed 1/O Competitive Analysis | WCP23075-WCP23076 | |
| 148 | Press Release: 750-881 | WCP22666 | |
| 149 | Press Release 750-880 | http://www.wago.us/news/38504.htm | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 150 | Ethernet 2.0 Brochure | Braun Exhibit 700; ROCK0007785-ROCK0007812; http://www.wago.us/downloads/Ethernet_2_Brochure.pdf | |
| 151 | WAGO Automation 750/753 Brochure | DeCramer Exhibit 10 | |
| 152 | Notes of R. Bero from Meetings with Wago | BG000081-BG000094 | |
| 153 | Wago 750-880 User Manual | WCP45864-WCP45279 | |
| 154 | Method of Consistent and Persistent PPT | ROCK0005020-ROCK0005027 | |
| 155 | The Patent Board Article: Rockwell Continues to Lead Industry | ROCK0050640 | |
| 158 | Selection Guide - ControlLogix System | ROCK0002193-ROCK0002236 | |
| 159 | Rockwell Product Price List | ROCK100003- ROCK100010 | |
| 160 | Ethernet Programmable Fieldbus Controller 750-880 data sheet | ROCK0006862-ROCK0006863; http://www.wago.com/wagoweb/documentation/750/eng_dat/d07500880000en.pdf | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 161 | WAGO IO System 758-870 Modular I/O System - manual | ROCK0007894-ROCK0008127; http://www.wago.com/wagoweb/documentation/758/eng_manu/870/m07580870_00000000_0en.pdf; http://www.wago.com/wagoweb/documentation/index_e.htm | |
| 162 | WAGO IO Ethernet TCP/IP 750-841 - Manual | ROCK0008375-ROCK0008604 | |
| 163 | 750-841 PowerPoint | ROCK0006768-ROCK0006823 | |
| 164 | Wago Product Release Dates | WCP 10021-WCP 10024 | |
| 165 | Wago I/O System - PowerPoint | WCP 22837-WCP 22862 | |
| 166 | Rockwell Automation Configuration and Selection Tools Website | http://www.rockwellautomation.com/en/e-tools/ | |
| 167 | WAGO New Product Release - 750-880 Ethernet 2.0 Controller Brochure | WCP 29621-WCP 29623 | |
| 168 | WAGO 750-881 Ethernet 2.0 - Launch Brochure | WCP 29624-WCP 29659 | |
| 169 | WAGO New Product Release - 750-882 Ethernet 2.0 Controller Brochure | WCP 29663-WCP 29664 | |
| 170 | Programmable Logic Controllers Worldwide Outlook - Market Analysis and Forecast Through 2008 | WCP 32708-WCP 32856 | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 171 | ACIG Patent Quarterly Review Meeting Minutes - February - 2001 | ROCK0005237-ROCK0005240 | |
| 173 | File Wrapper for Chuo, Patent No. 5,764,507 | | |
| 174 | File wrapper for Stripf, Patent No. 6,263,487 | | |
| 175 | File wrapper for Li, Patent No. 6,519,594 | | |
| 176 | File wrapper for Yukutomo, Patent No. 5,469,352 | | |
| 177 | Demands on Ethernet Controllers & Wago Ethernet PFC 2.0 | ROCK0007763-ROCK0007784 | |
| 179 | Intelligent Solutions for Building Automation | ROCK0007813-ROCK0007826 | |
| 186 | CoDeSys 2.3 User Manual | ROCK0007278-ROCK0007737; http://www.wago.com/wagoweb/documentation/759/eng_manu/333/m933301e.pdf | |
| 187 | WAGO Full Line Catalog 2010/2011 | | |
| 188 | WAGO 750/753 IP20 WAGO IO System Brochure | | |
| 189 | WAGO IO - IPC PC Performance in the Field -Brochure | | |

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. (PTX) | DESCRIPTION | BATES NO. / EXHIBIT NO. | OBJECTIONS |
|---|---|---|---|
| 190 | WAGO IO System 750/753 Brochure | | |
| 191 | WAGO I/O IPC Brochure | | |
| 192 | Correspondence requesting inspection of products: Letter from Robert Cook to Paul Tanck, dated January 5, 2012 | | |
| 193 | Disk Advanced CoDeSys Tutorial with certified transcription | | |
| 194 | Disk of Ethernet 2.0 WAGO e-learning Module with certified transcription | | |
| 195 | License Agreement between Wago Kontakttechnik GmbH & Co KG and Phoenix Contact and certified translation | WKT233959-WKT233970; previously identified on Defendants' Exhibit List (Docket No. 241) as DTX 819 | |
| 196 | License Agreement between Wago Kontakttechnik GmbH & Co KG and Bernecker + Rainer Industrie-Elektronik Gesellschaaft and certified translation | WKT233945-WKT233958; previously identified on Defendants' Exhibit List (Docket No. 241) as DTX 820 | |
| 197 | License Agreement (Version 18 April 2011) between Wago Kontakttechnik GmbH & Co KG and Crevis Co, LTD | WKT233934-WKT233944; previously identified on Defendants' Exhibit List (Docket No. 241) as DTX 821 | |