IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.,

                                Plaintiffs,

               -against-

WAGO CORPORATION and WAGO KONTAKTTECHNIK GmbH & CO. KG,

                                Defendants.

Case No. 3:10-CV-718-WMC

**PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING ADDITIONAL LATE-PRODUCED DOCUMENTS FOLLOWING THE COURT'S SEPTEMBER 21, 2012 CONTEMPT ORDER**

Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (together "Rockwell" or "Plaintiffs"), by and through their attorneys, Chadbourne & Parke LLP, respectfully make this supplement to their Saturday, September 29, 2012 Submission Regarding Late-Produced Documents Made Pursuant to the Court's September 21, 2012 Contempt Order (the "Contempt Submission"). (See Dkt. No. 327.)

Pursuant to the Court's September 21, 2012 Order sanctioning Defendants (Dkt. No. 300), Plaintiffs filed their Contempt Submission following the review of more than 43,000 of the nearly 46,000 documents that were produced by Wago Corporation ("WCP") and Wago Kontakttechnik GmbH & Co. KG ("WKT") (together "Wago" or "Defendants") beginning on August 31, 2012 (the "Late-Produced Documents"). (See Contempt Submission, Dkt. No. 327.) The Contempt Submission identified approximately 42,000 Late-Produced Documents as being responsive to document requests served as early as September 7, 2012. (Id. at 3-4; Chart Identifying Responsive Documents, Declaration of Lisa Schapira filed in support of Contempt Submission, Dkt. No. 328 at Exh. 6.)

In their Contempt Submission, Plaintiffs indicated that they would file an updated submission once the review of the remaining 2,800 documents was complete. (Id. at 3.) As such, Plaintiffs submit an updated spreadsheet that identifies 44,981 Late-Produced Documents as being responsive document requests served on Defendants as early as September 7, 2011. A true and correct copy of this updated spreadsheet is attached hereto as Amended Exhibit 6.

## CONCLUSION

In light of the foregoing, and in addition to the relief granted in the Court's September 21, 2012 Order, Plaintiffs respectfully request that the Court grant the relief originally requested in their Application for an Order Holding Defendants in Contempt of Court for their Willful Violation of this Court's April 20, 2012 Order and For Sanctions. (Dkt. No. 176.)

Respectfully submitted,

Dated: October 2, 2012  /s/ Lisa Schapira
Scott S. Balber (admitted in W.D. Wis.)
Paul J. Tanck (admitted in W.D. Wis.)
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: sbalber@chadbourne.com
ptanck@chadbourne.com
lschapira@chadbourne.com

COUNSEL FOR PLAINTIFFS ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

/s/ Lisa Schapira
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: lschapira@chadbourne.com