IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Defendants.* | Case No. 3:10CV718-WMC<br><br>The Hon. William M. Conley |

**WITNESSES DEFENDANTS WAGO CORPORATION AND
WAGO KONTAKTTECHNIK GMBH & CO. KG INTEND TO CALL LIVE**

Pursuant to the Text Only Order issued yesterday (Docket No. 332), Defendants WAGO Corporation ("WCP") and WAGO Kontakttechnik GmbH & Co. KG ("WKT") (collectively "WAGO") hereby respectfully advises the Court of the witnesses for which the parties submitted deposition designations that WAGO expected to be available to provide live testimony at any time during the trial.

To the extent Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (collectively "Rockwell") designated deposition testimony, WAGO can represent that the following witnesses will be available for live testimony at trial:

    a.    Mark DeCramer (subpoenaed to appear 10/09/12)
            129 Freistadt Road
            Germantown, Wisconsin 53022
            (414) 354-5511

    b.    Gregory Rinn (subpoenaed to appear 10/09/12)
            129 Freistadt Road
            Germantown, Wisconsin 53022
            (414) 354-5511

  c.  Thomas J. Artmann (subpoenaed to appear 10/09/12)
     129 Freistadt Road
     Germantown, Wisconsin 53022
     (414) 354-5511

  d.  Tracy Dean Norton (subpoenaed to appear 10/09/12)
     129 Freistadt Road
     Germantown, Wisconsin 53022
     (414) 354-5511

  e.  Charles A. Norz (subpoenaed to appear 10/09/12)
     129 Freistadt Road
     Germantown, Wisconsin 53022
     (414) 354-5511

  f.  Thomas Albers
     Hansastrasse 27
     32423 Minden
     Federal Republic of Germany
     +49 (0) 571 887 0

To the extent WAGO can rely on Plaintiffs' Amended Witness List (Docket No. 250) stating the witnesses Rockwell expects to call at trial, WAGO had designated deposition testimony from the following witnesses:

  g.  Jeffrey L. Hamilton
     Cedarburg, Wisconsin
     Inventor, U.S. Patent No. 7,123,974

  h.  David Allen Johnston
     Mentor, Ohio
     Inventor, U.S. Patent No. 6,801,813
     Inventor, U.S. Patent No. 7,065,415

  i.  James J. Kay
     Chardon, Ohio
     Inventor, U.S. Patent No. 6,801,813
     Inventor, U.S. Patent No. 7,065,415

j. Gregory A. Majcher
Broadview Heights, Ohio
Inventor, U.S. Patent No. 6,745,232

k. Stuart Blair Siegel
Mentor, Ohio
Inventor, U.S. Patent No. 6,801,813
Inventor, U.S. Patent No. 7,065,415

l. Shelly Lynn Urdaneta
1611 Sunview Road
Lyndhurst, OH 44124
Inventor, U.S. Patent No. 6,801,813
Inventor, U.S. Patent No. 7,065,415

m. Daniel Schumacher
1 Allen Bradley Drive
Mayfield Heights, Ohio 44124
(440) 646-5000

n. Ronald Bliss
1 Allen Bradley Drive
Mayfield Heights, Ohio 44124
(440) 646-5000

o. David A. Vasko
1 Allen Bradley Drive
Mayfield Heights, Ohio 44124
(440) 646-5000

Dated: October 2, 2012  Respectfully submitted,

/s/ David L. DeBruin
David L. De Bruin, SBN 1016776
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
T: (414) 271-6560; F: (414) 277-0656
Email: dldebruin@michaelbest.com

Marshall J. Schmitt
Gilberto E. Espinoza
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601-6710
T: 312.222.0800; F: 312.222.0818
Email: mjschmitt@michaelbest.com
Email: geespinoza@michaelbest.com

John C. Scheller
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
T: 608.283.2276; F: 608.283.2275
Email: jcscheller@michaelbest.com

*Attorneys for Defendants*
*WAGO CORPORATION and*
*WAGO KONTAKTTECHNIK GMBH & CO. KG*

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>   *Plaintiffs,*<br><br> v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>   *Defendants.* | Case No. 3:10CV718-WMC |

**Certificate Of Service**

 I HEREBY CERTIFY that on this 2nd day of October, 2012, a copy of the foregoing document was served on the following counsel as indicated below.

| | |
|---|---|
| Scott S. Balber<br>Paul Tanck<br>Lisa Schapira<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br> sbalber@chadbourne.com<br> ptanck@chadbourne.com<br> lschapira@chadbourne.com |
| Kristin Graham Noel<br>Matthew J. Duchemin<br>**QUARLES & BRADY LLP**<br>33 East Main Street, Suite 900<br>Madison, WI 53703 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br> kgn@quarles.com<br> matthew.duchemin@quarles.com |

            */s/ Gilberto E. Espinoza*
            Gilberto E. Espinoza