IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                            Plaintiffs,

            -against-                                    Case No. 3:10-CV-718-WMC

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                            Defendants.

**WITNESSES FOR WHICH THE PARTIES SUBMITTED
DEPOSITION DESIGNATIONS THAT PLAINTIFFS EXPECT TO BE
AVAILABLE TO PROVIDE LIVE TESIMONY DURING THE TRIAL**

        Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc.

(together "Rockwell" or "Plaintiffs"), by and through their attorneys, Chadbourne & Parke LLP,

respectfully make this submission pursuant to the Court's October 1, 2012 Order (Docket No.

332) and state that the following witnesses for which the parties submitted deposition

designations will be available to provide live testimony at any time during the trial:

        Stuart Siegel

        Jeffrey Hamilton

        Greg Majcher

        Ronald Bliss

        Mark Decramer

        Charlie Norz

        Tracy Norton

        Tom Artmann

        Gregory Rinn

Respectfully submitted,


Dated:  October 2, 2012                    /s/ Paul Tanck_____
                                           Scott S. Balber (admitted in W.D. Wis.)
                                           Paul J. Tanck (admitted in W.D. Wis.)
                                           Lisa Schapira (admitted in W.D. Wis.)
                                           Chadbourne & Parke LLP
                                           30 Rockefeller Plaza
                                           New York, NY  10112
                                           Tel.:  (212) 408-5100
                                           Fax:  (212) 541-5369
                                           Email:  sbalber@chadbourne.com
                                                   ptanck@chadbourne.com
                                                   lschapira@chadbourne.com

                                           COUNSEL FOR PLAINTIFFS ROCKWELL
                                           AUTOMATION, INC. and ROCKWELL
                                           AUTOMATION TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

/s/ Lisa Schapira_____
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  lschapira@chadbourne.com