IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.,

                    Plaintiffs,                    ORDER

  v.

                                             10-cv-718-wmc

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GMBH & CO. KG,

                    Defendants.

---

Having reviewed plaintiffs' deposition designations and objections thereto, the court makes the following rulings. The approved designations may be presented to the jury unless the witness is available to testify in person. Plaintiffs shall remove the following from the approved designations: (1) all objections; (2) any "strike that" references or similar language and the preceding question; (3) any complaints about the opposing party's failure to timely produce documents; and (4) any document requests.

**Jens Alder (August 23, 2012)**

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 9:5-9 | | | | |
| 10:1-6 | | | | |
| 11:21-12:2 | | 13:9-14:18 | | Omit defendants' counter-designations. |

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 15:16-19 | RELEVANCE | 15:20-16:1 | | Sustained; omit defendants' counter-designations. |
| 17:11-15 | RELEVANCE | | | Sustained. |
| 18:12-18 | RELEVANCE | | | Sustained. |
| 18:19-19:8 | RELEVANCE | | | Sustained. |
| 19:9-15 | RELEVANCE | | | Sustained. |
| 19:22-20:2 | RELEVANCE | | | Sustained. |
| 20:3-20:5 | RELEVANCE | | | Sustained. |
| 21:14-17 | | | | |
| 22:11-23:13 | RELEVANCE | | | Sustained. |
| 28:22-25 | | | | |
| 31:1-16 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 32:2-34:12 | | | | |
| 34:13-18 | | | | |
| 37:24-38:19 | | | | |
| 38:20-39:11 | FRE 408; RELEVANCE | 39:12-13 | | Sustained. |
| 43:12-20 | | 40:13-43:11 | | |
| 43:21-44:4 | FRE 408; RELEVANCE | | | Sustained. |
| 44:24-45:2 | FRE 408; RELEVANCE | | | Sustained. |
| 45:19-25 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 47:4-8; 47:13-16 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 49:22-24 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |

2

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 51:10-19 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 51:25-52:20 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 57:6-58:10 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 58:23-59:2 | | | | |

**Kurt Braun (August 28, 2012)**

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 4:4-15 | | | | |
| 5:11-13 | | | | |
| 11:16-12:25 | | | | |
| 14:2-16:24 | FOUNDATION; SPECULATION | | | Sustained in part; overruled in part; omit 16:8-15. |
| 17:18-20:13 | | | | |
| 20:23-21:18 | FOUNDATION; SPECULATION | | | Overruled. |
| 22:9-23:22 | | | | |
| 25:1-26:25 | | | | |
| 27:1-13 | | | | |
| 30:14-24 | | | | |
| 30:25-31:2 | | | | |
| 31:3-32:25 | RELEVANCE | | | Sustained in part; overruled in part; omit 31:3-20. |
| 33:13-34:23 | | | | |
| 35:11-21 | | | | |
| 36:9-25 | | | | |

3

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 37:1-17 | | | | |
| 38:19-40:25 | | | | |
| 41:1-25 | | | | |
| 42:8-15 | | 42:1-7, 16-18 | | |
| 42:19-43:15 | | | | |
| 43:23 | INCOMPLETE | | | Sustained; either include 43:24-44:2 or omit 43:23. |
| 45:13-47:7 | | | | |
| 47:18-48:25 | | | | |
| 49:1-55:5 | BEST EVIDENCE; FOUNDATION | | | Sustained in part; overruled in part; omit 54:3-5. |
| 56:25-58:20 | | | | |
| 59:5-60:12 | | | | |
| 60:22-62:13 | | | | |
| 62:17-63:3 | | | | |
| 63:4-64:5 | | | | |
| 64:6-18 | | | | |
| 65:22-67:25 | BEST EVIDENCE; FOUNDATION | | | Overruled. |
| 68:1-25-74:25 | | | | |
| 75:1-10 | | | | |
| 75:11-76:25 | | | | |
| 77:1-78:2 | | | | |
| 79:1-80:25 | | | | |
| 81:1-23 | | | | |
| 82:18-83:15 | | | | |
| 84:25-88:15 | | | | |
| 88:16-89:14 | | | | |
| 90:3-17 | | | | |
| 92:1-23 | | | | |
| 97:25-98:18 | | | | |
| 99:10-105:9 | | | | |
| 105:10-106:9 | | | | |

4

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 106:15-108:19 | | | | |
| 108:24-110:13 | | | | |
| 111:7-112:8 | | | | |

**Sven Hohorst (August 23, 2012)**

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 10:3-9; 10:19-20 | | | | |
| | | | | |
| 11:1-3 | | | | |
| 14:23-15:4 | | | | |
| 15:18-23 | | | | |
| 16:2-22:8 | RELEVANCE | | | Overruled in part; sustained in part; omit 16:2-19:6. The court will take judicial notice of the testimony concerning ownership and organizational structure of the various WAGO entities. |
| 22:23-26:18 | RELEVANCE | | | Sustained. |
| 26:22-25 | RELEVANCE | | | Sustained. |
| 27:8-12 | RELEVANCE | | | Sustained. The court will take judicial notice of the testimony concerning the WAGO entity which holds WAGO's patents. |
| 28:6-29:23 | RELEVANCE | | | Sustained. The court will take judicial notice of the testimony concerning the WAGO entity which holds WAGO's patents. |
| 30:9-32:2 | RELEVANCE | | | Sustained. The |

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| | | | | court will take judicial notice of the testimony concerning the WAGO entity which holds WAGO's patents. |
| 32:4-11 | RELEVANCE | | | Sustained. |
| 32:12-33:25 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 34:2-20 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 35:2-6 | RELEVANCE | | | Sustained.  The court will take judicial notice of WAGO's business units. |
| 35:17-24 | RELEVANCE | | | Sustained.  The court will take judicial notice of WAGO's business units. |
| 35:25-36:23 | RELEVANCE | | | Sustained.  The court will take judicial notice of WAGO's business units. |
| 37:3-5 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 38:9-39:9 | RELEVANCE; COMPOUND | | | Sustained as to liability; overruled as to damages. |
| 40:12:15 | RELEVANCE | | | Sustained as to |

7

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| | | | | liability; overruled as to damages. |
| 42:8-24 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 42:25-43:7 | | | | |
| 43:8-11 | | | | |
| 46:5-18 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 50:19-23 | | | | |
| 50:24-51:5 | | | | |
| 51:6-11 | | | | |
| 52:15-53:13 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 54:2-55:1 | | | | |
| 55:16-56:12 | RELEVANCE | 56:18-23 | | Overruled. |
| 57:14-17 | RELEVANCE | 57:1-13, 19-21 | | Sustained. |
| 57:22-58:1 | RELEVANCE | | | Sustained. |
| 58:14-59:6 | RELEVANCE | | | Overruled. |
| 59:7-23 | RELEVANCE | 59:24-60:3 | | Overruled. |
| 60:4-61:9 | | | | |
| 61:10-15 | | | | |
| 61:20-62:6 | | | | |
| 62:7-13 | | 62:12-14 | | |
| 63:23-65:21 | RELEVANCE | | | Overruled. |
| 68:6-69:22 | | | | |
| 69:23-70:16 | | | | |
| 71:9-25 | | | | |
| 72:1-12 | | | | |
| 73:14-25 | | | | |
| 76:23-82:7 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |

8

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 82:8-84:12 | RELEVANCE | | | Sustained. |
| 85:3-22 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 86:3-25 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 87:9-91:20 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 91:21-98:9 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 98:15-100:10 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 100:15-103:25 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 104:1-8 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 105:17-107:25 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 108:1-12 | | | | |
| 108:25-112:16 | RELEVANCE | | | Sustained. |
| 113:1-114:15 | RELEVANCE | | | Sustained. |
| 116:14-117:25 | RELEVANCE | | | Sustained. |
| 119:25-121:8 | RELEVANCE | | | Sustained. |

| Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-designations | Plaintiffs' Counter-objections | Ruling |
|---|---|---|---|---|
| 121:23-25 | RELEVANCE | | | Sustained. |
| 122:1-7 | RELEVANCE | | | Sustained. |
| 122:17-123:1 | RELEVANCE | | | Sustained. |
| 123:15-124:6 | RELEVANCE | | | Sustained. |
| 124:10-126:2 | RELEVANCE | | | Sustained. |
| 126:10-127:3 | | | | |
| 127:10-128:2 | | | | |
| 128:17-21 | | | | |
| 129:16-130:13 | | | | |
| 130:21-133:24 | RELEVANCE | | | Sustained. |
| 133:25-136:9 | RELEVANCE | | | Sustained. |
| 136:19-138:1 | RELEVANCE | | | Sustained. |
| 138:14-25 | RELEVANCE; PRIVILEGED | | | Sustained. |
| 139:1-25 | RELEVANCE | | | Sustained. |
| 140:5-14 | RELEVANCE | | | Sustained. |
| 140:15-151:6 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |
| 151:9-154:13 | RELEVANCE | | | Sustained as to liability; overruled as to damages. |

Entered this 3rd day of October, 2012.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge