IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

    *Plaintiffs,*

    v.

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GMBH & CO. KG

    *Defendants.*

Case No. 3:10CV718-WMC

The Hon. William M. Conley

**PARTIES' AGREEMENT REGARDING
SECTIONS 5(a) AND 6(b),(c), (d) OF CLOSING INSTRUCTIONS**

**Section 5(a)**

Plaintiffs contend that Defendants have directly infringed claims **1, 5, 6, 10, 11, 12, 14, 15, 16, 20, 21 of the '813 patent and claims 1, 2, 3, 6, 9, 10, 14, 16, 24 and 29 of the '974 patent**.

\* \* \*

In this case, the parties disagree that the requirements of the asserted claims of the '813 and '974 patents are present in the accused products.

\* \* \*

**Section 6(b) Prior Art**

In determining invalidity, you may need to consider what is disclosed in the "prior art." The parties agree that the following references are "prior art" to plaintiffs' patents:

    6,516,233
    6,543,210
    6,519,594
    6,453,210
    6,438,441

6,516,233
6,198,480
5,911,924
5,896,292
5,801,942
5,796,602
5,792,483
5,764,507
5,631,839
5,576,946
5,470,218
5,469,352
5,134,574
4,907,167
4,517,637

* * *

**Section 6(c) Anticipation**

* * *

Defendants contend that the asserted claims 1, 20 and 21 of the '813 patent and all asserted claims of the '974 patent are anticipated.

* * *

**Section 6(d) Obvious**

* * *

Defendants also contend that all asserted claims of the '813 and '974 patents are obvious.

* * *

Dated: October 5, 2012            Respectfully submitted,

                                   */s/ David L. De Bruin*

David L. De Bruin, SBN 1016776
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
T: (414) 271-6560; F: (414) 277-0656
Email: dldebruin@michaelbest.com

Marshall J. Schmitt
Gilberto E. Espinoza
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601-6710
T: 312.222.0800; F: 312.222.0818
Email: mjschmit@michaelbest.com
Email: geespinoza@michaelbest.com

John C. Scheller
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
T: 608.283.2276; F: 608.283.2275
Email: jcscheller@michaelbest.com

*Attorneys for Defendants*
*WAGO CORPORATION and*
*WAGO KONTAKTTECHNIK GMBH & CO. KG*

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Defendants.* | Case No. 3:10CV718-WMC |

**Certificate Of Service**

I HEREBY CERTIFY that on this 5th day of October, 2012, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and was served on the following counsel as indicated below.

| | |
|---|---|
| Scott S. Balber<br>**COOLEY LLP**<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>   sbalber@cooley.com |
| Paul Tanck<br>Lisa Schapira<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>   ptanck@chadbourne.com<br>   lschapira@chadbourne.com |
| Kristin Graham Noel<br>Matthew J. Duchemin<br>**QUARLES & BRADY LLP**<br>33 East Main Street, Suite 900<br>Madison, WI 53703 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>   kgn@quarles.com<br>   matthew.duchemin@quarles.com |

*/s/ Gilberto E. Espinoza*
Gilberto E. Espinoza