IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                         Plaintiffs,

              -against-

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                        Defendants.

Case No. 3:10-CV-718-WMC

## NOTICE OF INTENDED WITNESSES

Pursuant to the Court's Order at the October 3, 2012 Pretrial Conference (Docket No. 341), and consistent with Plaintiffs' prior representation, Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (together "Rockwell" or "Plaintiffs"), hereby submit the names of the following witnesses they will call at trial on Tuesday, October 9, 2012:

    (1) Robert Kretschmann;

    (2) Stuart Siegel.

Also, consistent with Plaintiffs' prior representation, they intend to call Thomas Albers during the afternoon of Wednesday, October 10, 2012.

Respectfully submitted,

Dated: October 8, 2012 /s/ Paul J. Tanck

        Scott S. Balber (admitted in W.D. Wis.)
        Paul J. Tanck (admitted in W.D. Wis.)
        Lisa Schapira (admitted in W.D. Wis.)
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112
        Tel.: (212) 408-5100
        Fax: (212) 541-5369

        Email:
        sbalber@chadbourne.com
        ptanck@chadbourne.com
        lschapira@chadbourne.com

        COUNSEL FOR PLAINTIFFS ROCKWELL
        AUTOMATION, INC.
        and ROCKWELL AUTOMATION
        TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.


Dated: October 8, 2012

                                      /s/ Lisa Schapira

                                      Lisa Schapira (admitted in W.D. Wis.)
                                      Chadbourne & Parke LLP
                                      30 Rockefeller Plaza
                                      New York, NY 10112
                                      Tel.: (212) 408-5100
                                      Fax: (212) 541-5369
                                      Email: lschapira@chadbourne.com