IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC., AND ROCKWELL AUTOMATION

Plaintiff(s)

Case No.   3:10cv718-WMC

WAGO CORPORATION, AND WAGO KONTAKTTECHNIK GMBH & CO., KG

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Emily Abrahams     of     Cooley LLP
Attorney                    Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   the State of New York.
                                                                                                                                Jurisdiction

Dated this   5th   Day of   October   , 20   12

s/ Emily Abrahams

Name    Emily Abrahams

Firm    Cooley LLP

Address  1114 Avenue of the Americas

City    New York          State NY     Zip  10036

E-Mail  eabrahams@cooley.com

Phone   212.479.6551