IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.,

               Plaintiffs,                      ORDER

     v.

                                                     10-cv-718-wmc

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GMBH & CO. KG,

               Defendants.

Having reviewed defendants' deposition designations and objections thereto, the court makes the following rulings as to the depositions of David Vasko as a 30(b)(6) designee.  The approved designations may be presented to the jury unless the witness is available to testify in person.

To the extent that portions of Vasko' testimony are only relevant to defendants' unclean hands defense, those portions should not included in the videotape for the jury's review.  Defendants shall also remove the following from the approved designations: (1) all objections; (2) any "strike that" references or similar language and the preceding question; (3) any complaints about the opposing party's failure to timely produce documents; (4) any document requests; and (5) any other asides or discussions between counsel.

**David Vasko, 30(b)(6) designee (Sept. 4, 2012)**

| Defendants' Designations | Plaintiffs' Objections | Plaintiff Counter-Designations | Defendant Counter-Objections | Rulings |
|---|---|---|---|---|
| 5:2-10 | | | | |
| 5:17-6:3 | | | | |
| 6:5 | | | | |
| 7:4-8:1 | | | | |
| 8:4-8 | | | | |
| 10:14-17 | | | | |
| 10:19-11:4 | | 11:5-13:5 | | |
| 13:9-15 | | | | |
| 14:3-13 | | | | |
| 15:10-18 | | 15:19-22 | | |
| 15:23-16:2 | | | | |
| 16:3-19 | | | | |
| 16:22-17:8 | | | | |
| 18:2-11 | | | | |
| 21:7-12 | | 21:13-22 | | |
| 21:23-22:1 | | | | |
| 25:16-26:1 | | | | |
| 26:5 | | | | |
| 26:7-17 | | | | |
| 26:23-27:7 | | | | |
| 28:3-11 | | | | |
| 35:1-15 | | | | |
| 36:11-37:4 | | | | |
| 38:14-19 | V | | | Sustained. |
| 38:22-39:1 | | | | |
| 39:3-22 | | | | |
| 40:4-5 | | | | |
| 40:8 | | | | |
| 40:10-16 | | | | |

| 41:2-4 | | | | |
|---|---|---|---|---|
| 41:7-9 | | | | |
| 41:11-14 | | | | |
| 41:17 | | | | |
| 41:24-42:14 | | | | |
| 42:17-19 | | | | |
| 42:21-43:5 | | | | |
| 43:21-44:12 | | | | |
| 44:15-17 | | | | |
| 45:8-10 | | 45:11-22 | | |
| 45:21-23 | | | | |
| 46:7-18 | | | | |
| 46:21 | | | | |
| 47:9-12 | | | | |
| 47:20-48:19 | | | | |
| 49:17-22 | | | | |
| 50:23-25 | | | | |
| 53:3-12 | | | | |
| 53:18-54:2 | FD/HS | | | Overruled. |
| 55:23-56:20 | | | | |
| 57:19-58:6 | | 58:7-23 | | |
| 103:21-23 | | | | |
| 104:12-18 | | | | |
| 105:21-106:12 | | 106:13-17 | | |
| 106:18-19 | | | | |
| 106:22 | | | | |
| 106:24-107:7 | | | | |
| 107:11-13 | | | | |
| 107:18-108:18 | FD/HS | 108:19-109:12 | | Overruled. |
| 109:18-110:1 | FD/HS | | | Overruled. |
| 123:16-124:5 | FD | | | Overruled. |
| 142:15-143:2 | | | | |
| 204:14-205:7 | FD/V/MT/AF/ | 125:10-126:12 | | Overruled. |

3

|          | HS        | 128:13-135:20 |  |           |
|----------|-----------|---------------|--|-----------|
| 234:2-14 | FD/HS/AF  | 234:15-236:20 |  | Overruled.|

Entered this 9th day of October, 2012.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge

4