IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. AND ROCKWELL AUTOMATION TECHNOLOGIES, INC.,<br><br>         Plaintiffs,<br><br>    -against-<br><br>WAGO CORPORATION AND WAGO KONTAKTTECHNIK GmbH & CO. KG,<br><br>         Defendants. | Case No. 3:10-CV-718-WMC |

## PLAINTIFFS' EXPERT NARRATIVES

Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (together "Rockwell" or "Plaintiffs"), hereby submit the following Narratives of Qualifications and Experience for Rockwell's expert witnesses Arthur Zatarain and Emmett J. Murtha.

### ARTHUR ZATARAIN

  Arthur Zatarain holds an M.S. in Engineering and is a Board Certified Forensic Engineer. He is licensed in both electrical engineering and control systems engineering with over 30 years experience in technical areas. Mr. Zatarain has been admitted to the National Academy of Forensic Engineers. He has also been certified in both Systems Integration and Computer Forensics. He is licensed as a Master Electrician, and has qualified as an electrical and instrumentation contractor. Mr. Zatarain owns a consulting firm that specializes in technical and commercial matters related to intellectual property, industrial equipment, electrical and electronic engineering, computers and computerized devices, industrial automation and control.

  Since 2009 he has served in an adjunct advisory capacity for design, manufacture, and service of industrial control and automation systems for a variety of mechanical and process applications. Mr. Zatarain previously held positions of Director, VP of Operations, VP of

1

Engineering and Engineering Manager at companies that were involved with automation and controls, design, manufacturing, architecture and engineering.

He was granted a patent for a nuclear medical device. In addition, Mr. Zatarain has taught at two universities, and has more than 12 publications and presentations.

Mr. Zatarain has given testimony in more than 12 litigations and is qualified as an expert witness in U.S. Federal Court.

## EMMETT J. MURTHA

Emmett Murtha formed Fairfield Resources International in 1997 after 35 years with IBM Corporation. The firm serves clients interested in developing, organizing and leveraging their intellectual assets, as well as with related strategy development, IP licensing or sale transactions and acquisitions.

At IBM, Mr. Murtha was named Director of Licensing in 1981, leading a group which acquired rights from others under patents, copyrights, trademarks and technology, and also granted licenses under IBM's intellectual property. He was responsible as well for worldwide licensing policies and practices. Between 1987 and 1997, IBM's annual royalty revenues grew by over seven thousand percent.

He has been a member of Licensing Executives Society for many years, including as an officer and a member of the Executive Committee. The Society has 13,000 members, of which 6000 are in North America. He also headed the Intellectual Property unit of the National Advisory Committee on Semiconductors, has been a frequent speaker on licensing, negotiating, and related topics, and is an Editorial Board member of *The Licensing Journal and Patent Strategy and Management*. He was named a *Certified Licensing Professional* by the Licensing Executives Society in November 2007 in recognition of his accomplishments in and contributions to the licensing profession. On May 15, 2009, he was selected by *Intellectual Asset*

*Management* magazine as a member of the IAM 250, the 250 leading IP management strategists in the world.

 Mr. Murtha has submitted reports, given testimony or has testified in more than 18 Federal Court proceedings.

Respectfully submitted,

Dated:  October 12, 2012    /s/ Paul J. Tanck_____
               Scott S. Balber (admitted in W.D. Wis.)
               Paul J. Tanck (admitted in W.D. Wis.)
               Lisa Schapira (admitted in W.D. Wis.)
               Chadbourne & Parke LLP
               30 Rockefeller Plaza
               New York, NY  10112
               Tel.:  (212) 408-5100
               Fax:  (212) 541-5369

               Email:  sbalber@chadbourne.com
                   ptanck@chadbourne.com
                   lschapira@chadbourne.com

               COUNSEL FOR PLAINTIFFS ROCKWELL
               AUTOMATION, INC.
               and ROCKWELL AUTOMATION
               TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of October, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

      I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated: October 12, 2012

/s/ Lisa Schapira
Lisa Schapira (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: lschapira@chadbourne.com