IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.,

                           Plaintiffs,                           SPECIAL VERDICT

v.

                                                                10-cv-718-wmc

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GMBH & CO. KG,

                           Defendants.

---

We, the jury, for our special verdict, do find as follows:

<u>Question No. 1</u>: Have plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. proven by a preponderance of the evidence that defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG have infringed one or more of the following claims of U.S. Patent No. 6,801,813 (the '813 patent)?

| Claim | Answer |
|---|---|
| Claim 1 | Yes |
| Claim 5 | Yes |
| Claim 6 | Yes |
| Claim 10 | Yes |
| Claim 11 | Yes |
| Claim 12 | Yes |
| Claim 14 | Yes |
| Claim 15 | Yes |
| Claim 16 | Yes |
| Claim 20 | Yes |



_____
Presiding Juror

Madison, Wisconsin

Dated this ____ day of October, 2012.