AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

Rockwell Automation Inc. and Rockwell Automation Technologies Inc. )
)
)
v. )    Case No.: 3:10-cv-718
)
Wago Corporation and Wago Kontakttechnik GmbH & Co. KG )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___10/15/2012___ against ___Defendants___ ,
*Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk  (See Declaration in Support and Exhibit A) ............................................  $_____350.00

Fees for service of summons and subpoena (See Declaration In Support and Exhibit B) .............................................  _____4,380.00

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... (See Decl.  _____72,904.32
in Support and Exhibits C & D)
Fees and disbursements for printing ....................................................  _____

Fees for witnesses *(itemize on page two)* (See Declaration in Support and Exhibits G & H) ............................  _____5,520.77

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. (See Declaration in Support and Exhibit F) ...  _____60,251.03

Docket fees under 28 U.S.C. 1923 ..........................................................  _____

Costs as shown on Mandate of Court of Appeals .................................................  _____

Compensation of court-appointed experts .....................................................  _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 (See  _____4,208.50
Declaration in Support and Exhibit E)
Other costs *(please itemize)* ..........................................................  _____

TOTAL    $_____147,614.62

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:    /s/ Paul J. Tanck

Name of Attorney:  All Parties via ECF

For:    Plaintiffs Rockwell Automation Inc. & Rockwell Automation Technologies Inc.        Date:    10/29/2012
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____  and included in the judgment.

By: _____

| Clerk of Court | Deputy Clerk | Dat |
|---|---|---|