UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                                        Plaintiffs,

                    -against-                                    Case No. 3:10-CV-718-WMC

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                                        Defendants.

### JOINT MOTION TO EXTEND TIME TO RESPOND TO WAGO'S OPPOSITION TO ROCKWELL'S REQUEST FOR A PERMANENT INJUNCTION

WHEREAS Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc.'s ("Rockwell") response to Wago Corporation and Wago Kontakttechnik GmbH & Co. KG's ("Wago") Opposition to Rockwell's Request for a Permanent Injunction (the "Opposition')(Dkt. No. 388) is due on November 5, 2012;

WHEREAS Hurricane Sandy has left many of Rockwell's attorneys displaced from their homes and without power;

WHEREAS an extension of time for Rockwell to respond to Wago's Opposition is in the interest of justice and for good cause; and

WHEREAS the parties have met and conferred and have agreed that a modest extension of time to respond should be granted until November 8, 2012.

THE PARTIES AGREE AS FOLLOWS:

The parties respectfully request that the Court grant the extension of time and set November 8, 2012 as the revised deadline for the submission of Rockwell's response to Wago's Opposition.

**WE SO MOVE/STIPULATE and agree to abide by the terms of this Order.**

Respectfully submitted,

Dated:  November 1, 2012

/S/_Paul Tanck_____                    /S/ David DeBruin (*with consent*)____

Paul J. Tanck                                David L. DeBruin
Lisa Schapira                                Michael Best & Friedrich LLP
Chadbourne & Parke LLP                       100 East Wisconsin Avenue, Suite 3300
30 Rockefeller Plaza                         Milwaukee, WI  53202
New York, NY  10112                          Tel.:  (414) 271-6560
Tel.:  (212) 408-5100                        Fax:  (414) 277-0685
Fax:  (212) 230-8888                         Email:  dldenruin@michaelbest.com
Email:  ptanck@chadbourne.com
        lschapira@chadbourne.com             Marshall J. Schmitt
                                             Gilberto E. Espinoza
COUNSEL FOR PLAINTIFFS                        Michael Best & Friedrich LLP
ROCKWELL AUTOMATION, INC.                     Two Prudential Plaza
and ROCKWELL AUTOMATION                       180 N. Stetson Avenue, Suite 2000
TECHNOLOGIES, INC.                            Chicago, IL 60601
                                             Tel.:  (312) 222-0800
                                             Fax:  (312) 222-0818
                                             Email:  mjschmitt@michaelbest.com
                                                     geespinoza@michaelbest.com

                                             COUNSEL FOR DEFENDANTS
                                             WAGO CORPORATION and
                                             WAGO KONTAKTTECHNIK
                                             GmbH & CO. KG

**SO ORDERED.**

Dated: _____        _____
                                      U.S. District Court Judge

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of November, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  November 1, 2012

/s/ Paul Tanck
Paul Tanck (admitted in W.D. Wis.)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  ptanck@chadbourne.com

3