IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Rockwell Automation Inc., et al. | ) |
| | ) |
| Plaintiff(s), | ) **NOTICE OF INTENT TO** |
| | ) **REQUEST REDACTION** |
| v. | ) |
| | ) Case No. 3:10-cv-718 |
| Wago Corp., et al., | ) |
| | ) |
| Defendant(s). | ) |

Notice is hereby given that a Statement of Requested Redaction will be electronically filed with the court and served upon the court reporter/transcriber within 21 days from the filing of the transcript with the clerk of court.

Type of Transcript: Trial Transcripts and Trial Exhibit

Date of Hearing: 10/11/2012 (Dkt. No. 369); 10/12/12 (Dkt. Nos. 374 & 375); 10/15/12 (Dkt. No. 385)

By: /s/ Paul J. Tanck

Date: November 2, 2012.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2012., I electronically filed this document with the clerk of court using the CM/ECF system which will send notification of such filing to the following: All Parties.

and I hereby certify that I have mailed to the United States Postal Service the document to the following non CM/ECF participants: _____.

By: /s/ Lisa Schapira