IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and
ROCKWELL AUTOMATION
TECHNOLOGIES, INC.

     *Plaintiffs,*

  v.

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GMBH & CO. KG

     *Defendants.*

Case No. 3:10CV718-WMC

The Hon. William M. Conley

## JOINT MOTION TO EXTEND TIME TO
## RESPOND TO PLAINTIFFS' MOTION FOR AN AWARD AND
## JUDGMENT OF PREJUDGMENT AND POSTJUDGMENT INTEREST

Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & CO. KG (collectively, "WAGO") respectfully move the Court for a seven-day extension of time to respond to Plaintiffs' Motion for an Award and Judgment of Prejudgment and Postjudgment Interest (Docket No. 397). In support of this Motion, the parties state as follows:

1. On November 5, 2012, Rockwell filed Plaintiffs' Motion for an Award and Judgment of Prejudgment and Postjudgment Interest ("the Rockwell Motion") (Docket No. 397). The response to the Rockwell Motion is due on November 13, 2012.

2. The parties hereby stipulate: (1) There is good cause for a seven-day extension of time for WAGO to respond to the Rockwell Motion, and (2) Such an extension will serve the interests of justice.

3. The parties have met and conferred and have agreed that a seven-day extension to and including November 20, 2012 should be granted to respond to the Rockwell Motion.

WHEREFORE the parties jointly request that the deadline for responding to the Rockwell Motion be extended to and including November 20, 2012.

Dated: November 12, 2012  Respectfully submitted,

/s/ Paul Tanck  /s/ David L. De Bruin

Paul Tanck
Lisa Schapira
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 230-8888
Email: ptanck@chadbourne.com
Email: lschapira@chadbourne.com

Scott S. Balber
Emily Abrahams
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Tel.: (212) 479-6000
Fax: (212) 479-6275
Email: sbalber@cooley.com
Email: eabrahams@cooley.com

*Attorneys Plaintiffs ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.*

David L. De Bruin, SBN 1016776
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
T: (414) 271-6560; F: (414) 277-0656
Email: dldebruin@michaelbest.com

Marshall J. Schmitt
Gilberto E. Espinoza
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601-6710
T: 312.222.0800; F: 312.222.0818
Email: mjschmitt@michaelbest.com
Email: geespinoza@michaelbest.com

John C. Scheller
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
T: 608.283.2276; F: 608.283.2275
Email: jcscheller@michaelbest.com

*Attorneys for Defendants*
*WAGO CORPORATION and*
*WAGO KONTAKTTECHNIK GMBH & CO. KG*