IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Defendants.* | Case No. 3:10CV718-WMC<br><br>The Hon. William M. Conley |

**JOINT NOTICE TO WITHDRAW BILL OF COSTS**

Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (collectively, "Rockwell") and WAGO Corporation and WAGO Kontakttechnik GmbH & CO. KG (collectively, "WAGO") hereby provide notice to the Court that Plaintiffs wish to withdraw Plaintiffs' Bill of Costs (Docket No. 390) and the Declaration of Lisa Schapira In Support of Plaintiffs' Bill of Costs (Docket No. 391) without prejudice to re-submission.  In support of this Notice, Rockwell and WAGO state as follows:

1. On October 29, 2012, Rockwell filed its Bill of Costs (Docket No. 390) and the Declaration of Lisa Schapira In Support of Plaintiffs' Bill of Costs (Docket No. 391).

2. On November 8, 2012, WAGO filed WAGO's Objections to Rockwell's Bill of Costs. (Docket No. 400.)

3. On November 9, 2012, counsel for WAGO asked counsel for Rockwell to withdraw the Bill of Costs.

4. Counsel for Rockwell agreed to withdraw the Bill of Costs without prejudice to resubmission.

5. WAGO preserves all rights to file appropriate objections to the re-filing of Rockwell's Bill of Costs.

WHEREFORE the parties stipulate that Rockwell's Bill of Costs should be withdrawn without prejudice to re-file and that WAGO preserves its right to file appropriate objections at that time.

Dated:  November 12, 2012               Respectfully submitted,

*/s/ Paul Tanck*                         */s/ David De Bruin (with consent)*

Paul Tanck
Lisa Schapira
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 230-8888
Email: ptanck@chadbourne.com
Email: lschapira@chadbourne.com

Scott S. Balber
Emily Abrahams
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Tel.: (212) 479-6000
Fax: (212) 479-6275
Email: sbalber@cooley.com
Email: eabrahams@cooley.com

*Attorneys Plaintiffs ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.*

David L. De Bruin, SBN 1016776
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
T:  (414) 271-6560; F:  (414) 277-0656
Email:  dldebruin@michaelbest.com

Marshall J. Schmitt
Gilberto E. Espinoza
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois  60601-6710
T: 312.222.0800; F: 312.222.0818
Email: mjschmitt@michaelbest.com
Email: geespinoza@michaelbest.com

John C. Scheller
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin  53701-1806
T: 608.283.2276; F: 608.283.2275
Email: jcscheller@michaelbest.com

*Attorneys for Defendants WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG*