# EXHIBIT F

01AB085

## ASSIGNMENT OF INVENTION
## TO
## ROCKWELL AUTOMATION TECHNOLOGIES, INC.

WHEREAS, James J. Kay of Ohio, David Allen Johnston of Ohio, Shelly Lynn Urdaneta of Ohio and Stuart Blair Siegel of Ohio (hereinafter sometimes referred to as "said inventors"), have invented certain new and useful improvements in METHOD FOR CONSISTENT STORAGE OF DATA IN AN INDUSTRIAL CONTROLLER which invention (hereinafter sometimes referred to as "said invention") has been disclosed to and filed, under Docket No. 01AB085, in the patent files of ROCKWELL AUTOMATION TECHNOLOGIES, INC., an Ohio Corporation having a principal place of business at 1 Allen-Bradley Drive, Mayfield Heights, Ohio 44124; and which invention is covered by a patent application, executed and filed concurrently herewith in the Patent and Trademark Office for the United States of America.

NOW THEREFORE, it is agreed that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, said inventor has sold, assigned and transferred and by these present do sell, assign and transfer unto ROCKWELL AUTOMATION TECHNOLOGIES, INC., the entire right, title and interest in said invention in the United States of America and all foreign countries and in and to said U.S. provisional patent application and all patent applications, divisions, substitutions, continuations and continuations-in-part thereof, and in all United States Letters Patents which may be granted thereon and all reissues and extensions thereof, and in all priority rights under the International Convention for the Protection of Industrial Property for every member country, and in all applications for patents (including related rights such as utility-model registrations, inventor's certificates, and the like) heretofore or hereafter filed for said invention in any foreign countries, and in all patents (including all extensions, renewals and reissues thereof) granted for said invention; said applications and patents to be held and enjoyed by the said ROCKWELL AUTOMATION TECHNOLOGIES, INC., for its own use and for the use of its successors and assigns, to the full end of the term for which Letters Patent on same may be granted, as fully and entirely as the same would have been held by said inventors had this assignment and sale not been made.

FURTHER, said inventors hereby agree to sign all lawful papers necessary or helpful in obtaining patents on said invention or in filing any divisional, continuation, substitution, or reissue patent application or re-examination proceedings on said invention whether in the United States of America or in any foreign country.

01AB085

ASSIGNMENT OF INVENTION
To
ROCKWELL AUTOMATION TECHNOLOGIES, INC.

Signed: *James J. Kay* (signature)

James J. Kay

Date: *July 26, 2001* (handwritten)

## CERTIFICATE OF ACKNOWLEDGMENT

State of __OHIO__

County of __CUYAHOGA__

On __7/26/01__ before me, __Melissa Mominey, Notary Public__,
Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __James J. Kay__
Name(s) of Signer(s)

☐ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

*Melissa R. Mominey* (signature)
Signature of Notary Public

**MELISSA R. MOMINEY**
Notary Public, State of Ohio
Recorded in Cuyahoga Cty.
My Comm. Expires 03-13-05

01AB085

ASSIGNMENT OF INVENTION
To
ROCKWELL AUTOMATION TECHNOLOGIES, INC.

Signed:                     Date:

*[signature]*               July 26, 2001
David Allen Johnston

### CERTIFICATE OF ACKNOWLEDGMENT

State of __OHIO__

County of __CUYAHOGA__

On __7/26/01__ before me, __Melissa Mominey, Notary Public__,
Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __David Allen Johnston__
Name(s) of Signer(s)

☐ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

*[signature]* Melissa R. Mominey
Signature of Notary Public

MELISSA R. MOMINEY
Notary Public, State of Ohio
Recorded in Cuyahoga Cty.
My Comm. Expires 03-10-05

Page 3 of 5

ROCK0000236

01AB085

ASSIGNMENT OF INVENTION
TO
ROCKWELL AUTOMATION TECHNOLOGIES, INC.

Signed:                           Date:

*Shelly L Urdaneta*               07/26/01
Shelly Lynn Urdaneta

## CERTIFICATE OF ACKNOWLEDGMENT

State of  OHIO

County of  CUYAHOGA

On  7/26/01  before me, Melissa Mominey, Notary Public,
                        Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared   Shelly Lynn Urdaneta
                      Name(s) of Signer(s)

☐ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

*Melissa R. Mominey*
Signature of Notary Public

**MELISSA R. MOMINEY**
Notary Public, State of Ohio
Recorded in Cuyahoga Cty.
My Comm. Expires 03-13-05

Page 4 of 5

ROCK0000237

01AB085

## ASSIGNMENT OF INVENTION
## TO
## ROCKWELL AUTOMATION TECHNOLOGIES, INC.

Signed: *[signature]* Stuart Blair Siegel

Date: 7-26-01

### CERTIFICATE OF ACKNOWLEDGMENT

State of __OHIO__

County of __CUYAHOGA__

On __7/26/01__ before me, __Melissa Mominey, Notary Public__,
Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __Stuart Blair Siegel__
Name(s) of Signer(s)

☐ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

*[signature]* Melissa R. Mominey
Signature of Notary Public

MELISSA R. MOMINEY
Notary Public, State of Ohio
Recorded in Cuyahoga Cty.
My Comm. Expires 03-13-05