IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                Plaintiffs,

-against-                    Case No. 3:10-CV-718-WMC

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                Defendants.

**PLAINTIFFS' RESPONSE TO WAGO'S MOTION TO SEAL PORTIONS OF THE TRIAL TRANSCRIPTS AND A TRIAL EXHIBIT CONTAINING CONFIDENTIAL FINANCIAL INFORMATION**

Plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc. (together "Rockwell"), by and through their counsel, respond to defendants Wago Corporation's and Wago Kontakttechnik GmbH & Co. KG's (together "Wago") Motion to Seal Portions of the Trial Transcripts and a Trial Exhibit Containing Confidential Financial Information (Docket. No. 405). Rockwell does not object to the Court sealing PTX 83 or the portions of the trial transcript that have been designated by Wago.

Respectfully submitted,

Dated: November 28, 2012        /s/ Lisa Schapira

                                      Paul J. Tanck (admitted in W.D. Wis.)
                                      Lisa Schapira (admitted in W.D. Wis.)
                                      Chadbourne & Parke LLP
                                      30 Rockefeller Plaza
                                      New York, NY  10112
                                      Tel.:  (212) 408-5100
                                      Fax:  (212) 541-5369
                                      Email:  ptanck@chadbourne.com
                                                   lschapira@chadbourne.com

                                      COUNSEL FOR PLAINTIFFS ROCKWELL
                                      AUTOMATION, INC. and ROCKWELL
                                      AUTOMATION TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of November, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Dated:  November 28, 2012

                                        /s/ Lisa Schapira

                                        Lisa Schapira (admitted in W.D. Wis.)
                                        Chadbourne & Parke LLP
                                        30 Rockefeller Plaza
                                        New York, NY  10112
                                        Tel.:  (212) 408-5100
                                        Fax:  (212) 541-5369
                                        Email:  lschapira@chadbourne.com