UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROCKWELL AUTOMATION, INC. and ROCKWELL
AUTOMATION TECHNOLOGIES, INC.,

                                 Plaintiffs,

         -against-

WAGO CORPORATION and WAGO
KONTAKTTECHNIK GmbH & CO. KG,

                           Defendants.

Case No. 3:10-CV-718-WMC

## JOINT MOTION TO HOLD IN ABEYANCE ROCKWELL'S MOTION FOR PREJUDGMENT AND POSTJUDGMENT INTEREST AND TO EXTEND ROCKWELL'S TIME TO RESPOND TO WAGO'S ABEYANCE MOTION

WHEREAS plaintiffs Rockwell Automation, Inc. and Rockwell Automation Technologies, Inc.'s ("Rockwell") filed Plaintiffs' Motion for an Award and Judgment of Prejudgment and Postjudgment Interest (the "Interest Motion") (Dkt. 397);

WHEREAS Rockwell filed Plaintiffs' Motion for Leave to Reply to Opposition to Motion for an Award of Prejudgment and Postjudgment Interest (the "Motion for Leave", Dkt. 414);

WHEREAS Defendants WAGO Corporation and WAGO Kontakttechnik GmbH & Co. KG's ("WAGO") filed WAGO's Motion to Hold in Abeyance Entry of Judgment and Rulings on WAGO's Unclean Hands Affirmative Defense and Rockwell's Request for a Permanent Injunction and to Grant Additional Relief (the "Abeyance Motion") (Dkt. 409);

WHEREAS WAGO seeks to hold in abeyance Rockwell's Interest Motion until after entry of judgment in this action and to respond to Rockwell's Motion for Leave within five days after entry of judgment;

WHEREAS Rockwell seeks an extension of time to respond to WAGO's Abeyance Motion from Friday, November 30, 2012 until Wednesday, December 5, 2012; and

WHEREAS the parties have met and conferred and have agreed not to contest their respective requests, that the foregoing requests concerning abeyance of and extensions of time for briefing concerning the above-referenced motions are in the interest of justice and for good cause.

THE PARTIES AGREE AS FOLLOWS:

The parties respectfully request that the Court grant:

1. WAGO's request to hold in abeyance any ruling on the Interest Motion (Dkt. 397) until after judgment has been entered in this action and that WAGO have five days after entry of judgment to respond to Rockwell's Motion for Leave; and

2. Rockwell's request for an extension of time to oppose WAGO's Abeyance Motion from Friday, November 30, 2012 until Wednesday, December 5, 2012.

**WE SO MOVE/STIPULATE and agree to abide by the terms of this Order.**

Respectfully submitted,

Dated:  November 29, 2012

/S/  Paul Tanck_____                      /S/ David DeBruin (*with consent*)

Paul J. Tanck                                  David L. DeBruin
Lisa Schapira                                  Michael Best & Friedrich LLP
Chadbourne & Parke LLP                         100 East Wisconsin Avenue, Suite 3300
30 Rockefeller Plaza                           Milwaukee, WI  53202
New York, NY  10112                            Tel.:  (414) 271-6560
Tel.:  (212) 408-5100                          Fax:  (414) 277-0685
Fax:  (212) 230-8888                           Email:  dldebruin@michaelbest.com
Email:  ptanck@chadbourne.com
        lschapira@chadbourne.com               Marshall J. Schmitt
                                               Gilberto E. Espinoza
COUNSEL FOR PLAINTIFFS                          Michael Best & Friedrich LLP
ROCKWELL AUTOMATION, INC.                      Two Prudential Plaza
and ROCKWELL AUTOMATION                        180 N. Stetson Avenue, Suite 2000
TECHNOLOGIES, INC.                             Chicago, IL 60601
                                               Tel.:  (312) 222-0800
                                               Fax:  (312) 222-0818
                                               Email:  mjschmitt@michaelbest.com
                                                       geespinoza@michaelbest.com

                                               COUNSEL FOR DEFENDANTS
                                               WAGO CORPORATION and
                                               WAGO KONTAKTTECHNIK
                                               GmbH & CO. KG

**SO ORDERED.**

Dated: _____        _____
                                     U.S. District Court Judge

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 29th day of November, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated:  November 29, 2012                    /s/ Paul Tanck_____
                                             Paul Tanck (admitted in W.D. Wis.)
                                             Chadbourne & Parke LLP
                                             30 Rockefeller Plaza
                                             New York, NY  10112
                                             Tel.:  (212) 408-5100
                                             Fax:  (212) 541-5369
                                             Email:  ptanck@chadbourne.com

4