IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>   *Plaintiffs,*<br><br> v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>   *Defendants.* | Case No. 3:10CV718-WMC<br><br>The Hon. William M. Conley |

## NOTICE OF APPEARANCE – MARK C. JOHNSON

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for defendants WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG. I certify that I am admitted to practice in this Court as of September 27, 2012.

Dated: December 12, 2012   Respectfully submitted,

           */s/ Mark C. Johnson*
           Mark C. Johnson
           Renner, Otto, Boisselle & Sklar, LLP
           1621 Euclid Avenue
           Nineteenth Floor
           Cleveland, Ohio 44115
           (216) 621-1113 (voice)
           (216) 621-6165 (fax)
           mjohnson@rennerotto.com

           *Attorney for Defendants*
           *WAGO CORPORATION and*
           *WAGO KONTAKTTECHNIK GMBH & CO. KG*

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. and ROCKWELL AUTOMATION TECHNOLOGIES, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>WAGO CORPORATION and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Defendants.* | Case No. 3:10CV718-WMC<br><br>The Hon. William M. Conley |

**Certificate Of Service**

I HEREBY CERTIFY that on this 12th day of December, 2012, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and was served on the following counsel as indicated below.

| | |
|---|---|
| Scott S. Balber<br>**COOLEY LLP**<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>sbalber@cooley.com |
| Paul Tanck<br>Lisa Schapira<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>ptanck@chadbourne.com<br>lschapira@chadbourne.com |
| Kristin Graham Noel<br>Matthew J. Duchemin<br>**QUARLES & BRADY LLP**<br>33 East Main Street, Suite 900<br>Madison, WI 53703 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>kgn@quarles.com<br>matthew.duchemin@quarles.com |

*/s/ Mark C. Johnson*
Mark C. Johnson